1          UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF FLORIDA
2                TAMPA DIVISION

3          CASE NO. 8:16-cv-02048-T-30JSS

4

RUTH CHAREST and JENNIFER N.
5   KUFRIN,

6          Plaintiffs,

7      vs.

8   SUNNY-AAKASH, LLC d/b/a
    HOLIDAY INN EXPRESS HOTEL &
9   SUITES SPRING HILL and
    JAYPRAKASH PANJABI a/k/a JAY
10  PANJABI, Individually,

11         Defendants.
    _____/
12

13

14

15

16      DEPOSITION OF JENNIFER N. KUFRIN

17        Wednesday, March 1, 2017
            9:32 a.m. - 1:02 p.m.
18
            THE FRALEY FIRM, P.A.
19           2525 Park City Way
             Tampa, Florida 33609
20
    ---------------------------------------------
21

22

23

24            REPORTED BY:
            LISA ORTEGA, RPR
25          Job No.: 1524580

Page 2

```
1  APPEARANCES:
2
3  Attorney for Plaintiffs, RUTH CHAREST and JENNIFER N.
   KUFRIN:
4
       RON FRALEY, ESQUIRE
5      THE FRALEY FIRM, P.A.
       2525 Park City Way
6      Tampa, Florida 33609
       813.229.8300
7
8  Attorney for Defendant, SUNNY-AAKASH, LLC HOLIDAY INN
   EXPRESS HOTEL & SUITES SPRING HILL:
9
       KELLY A. CAVANAUGH, ESQUIRE
10     WHITTEL & MELTON, P.A.
       11020 Northcliff Boulevard
11     Spring Hill, Florida 34605
       352.683.2016
12
13 Attorney for Defendant, JAYPRAKASH PANJABI:
14     KELLY CHARLES-COLLINS, ESQUIRE
       SMOAK CHISTOLINI BARNETT, P.A.
15     320 West Kennedy Boulevard
       Fourth Floor
16     Tampa, Florida 33606
       813.221.1331
17
18
19
20
21
22
23
24
25
```

Page 3

```
1              I N D E X
2
3  EXAMINATION BY MS. CHARLES-COLLINS          4
4  CERTIFICATE OF OATH                       151
5  CERTIFICATE OF REPORTER                   150
6  ERRATA SHEET                              148
7  Witness Notification Letter               149
8
9
10
11           E X H I B I T S
12
13 Exhibit Number 1 (Handwritten Notes)       91
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1      The deposition of JENNIFER N. KUFRIN was taken
2  pursuant to Notice by counsel for the Defendants on
3  Wednesday, March 1, 2017, commencing at 9:32 a.m. at THE
4  FRALEY FIRM, P.A., 2525 Park City Way, Tampa, Florida
5  33609.  Said deposition was reported by LISA ORTEGA,
6  RPR, Notary Public, State of Florida at Large.
7          - - - - - - - - - -
8  WHEREUPON:
9          THE REPORTER:  Please raise your right hand.
10         Do you swear or affirm the testimony you are
11     about to give in this matter will be the truth, the
12     whole truth and nothing but the truth?
13         THE WITNESS:  Yes.
14             JENNIFER N. KUFRIN,
15 a witness, having been duly sworn to tell the truth, the
16 whole truth and nothing but the truth, was examined and
17 testified as follows:
18             EXAMINATION
19 BY MS. CHARLES-COLLINS:
20     Q.   Please state your full name for the record.
21     A.   Jennifer Kufrin.
22     Q.   Ms. Kufrin, my name is Kelly Charles-Collins
23 and I represent Mr. Panjabi in this lawsuit.
24     A.   Okay.
25     Q.   I'm going to be asking you some questions
```

Page 5

```
1  today, and just a few ground rules.  Have you ever had
2  your deposition taken before?
3      A.   No.
4      Q.   Okay.  So as we are speaking I'm going to ask
5  that you allow me to ask my questions and complete my
6  questions before you answer.  I'll allow you to answer
7  your questions in full before I ask the next question.
8      A.   Okay.
9      Q.   Sometimes as we're having a conversation we
10 interrupt each other, but we'll try to make sure so that
11 the court reporter can get it down correctly, okay?
12     A.   Okay.
13     Q.   If at any time you need to take a break, just
14 tell me that you need to take a break.  If there's a
15 question pending, however, I need you to answer the
16 question before you take the break.  Do you understand
17 that?
18     A.   Yes.
19     Q.   I just said uh.  Sometimes when we speak we use
20 um, uh, uh-huh.  The court reporter can't take that down
21 and the record won't be clear, so I'm going to ask that
22 you use actually words, so if you're saying uh-huh
23 meaning yes, then say yes or ung-ugh meaning no, then
24 say no, okay?
25     A.   Sure.
```

Page 6

```
1     Q.   At times your attorney may object.  You may
2  hear him say object to form.  If he says object to form,
3  you can answer the question.  However, he may -- there
4  are times where he may say objection and instruct you
5  not to answer and that's between you and your attorney
6  whether or not you're going to answer the question, but
7  just give him some time maybe to lodge his objection.
8     A.   Okay.
9     Q.   Is there anything -- I see that you have a neck
10 brace on.  Are you under the influence of any type of
11 medication that would affect your ability --
12    A.   No.
13    Q.   Hold on.
14         -- that would affect your ability to answer my
15 questions truthfully today?
16    A.   No.
17    Q.   Okay.  What is your address?
18    A.   6285 Waverly Road, Weeki Wachi, Florida.
19    Q.   Spell it for me.
20    A.   W-e-e-k-i W-a-c-h-e-e, Florida 34607.
21    Q.   And what's your phone number?
22    A.   (630) 401-5854.
23    Q.   And what's your marital status?
24    A.   Single.
25    Q.   Have you ever been married?
```

Page 7

```
1     A.   No.
2     Q.   Do you have any children?
3     A.   No.
4     Q.   Are you currently employed?
5     A.   No.
6     Q.   Why is that?
7     A.   I've been looking for a job, but just haven't
8  found anything yet.
9     Q.   And how long have you been unemployed?
10    A.   Since May of 2016.
11    Q.   Are you collecting any type of unemployment
12 benefits?
13    A.   No.
14    Q.   How do you support yourself?
15    A.   My boyfriend.
16    Q.   What's your boyfriend's name?
17    A.   Jonathan.
18    Q.   What's Jonathan's last name?
19    A.   Rodriquez.
20    Q.   J-o-h-n?
21    A.   J-o-n-a-t-h-a-n.
22    Q.   And what does Mr. Rodriguez do?
23    A.   He's a roofer.
24    Q.   What's the name of the company?
25    A.   Arry's Roofing.
```

Page 8

```
1     Q.   A-r-i-e-s?
2     A.   A-r-r-y apostrophe s.
3     A.   I'm getting everything wrong.
4     A.   That's okay.
5     Q.   Do you have any children?  No children you
6  said.
7     A.   Ung-ugh.
8     Q.   What's your national origin?
9     A.   Spanish, Polish, Cherokee Indian,
10 Czechoslovakian, Croatian, Asian, and I think that's it.
11    Q.   When you fill out a job application, what do
12 you --
13    A.   White.
14    Q.   -- check?
15         So the last employer that you've had since you
16 worked for the Holiday Inn, that was the last employer
17 before today?
18    A.   Yes.
19    Q.   Okay.  When did you start working at the
20 Holiday Inn Express?
21    A.   In July of 2015.
22    Q.   How did you find out about that position?
23    A.   I was just applying everywhere and they called
24 me in for an interview.
25    Q.   Who called you in?
```

Page 9

```
1     A.   Jay.
2     Q.   Did you go to the interview?
3     A.   Yes.
4     Q.   Do you remember when that interview was?
5     A.   Not exactly.
6     Q.   Is there anything that would refresh your
7  recollection as to when that interview was?
8     A.   It was maybe a day or two before I started
9  working there, so sometime in July.
10    Q.   Anybody else at that interview?
11    A.   No.
12    Q.   How long was the interview?
13    A.   Probably about hour-and-a-half, two hours.
14    Q.   And only Mr. Panjabi was present?
15    A.   Yes.
16    Q.   And yourself?
17    A.   Yes.
18    Q.   What position were you applying for?
19         MR. FRALEY:  Let me just make -- could I just
20 make one statement for the deposition for whatever
21 it's worth?  I know that this is counsel for
22 Panjabi's deposition and as far as any -- I'm not
23 going to make any objections based upon relevancy or
24 scope or anything with the hope that maybe a lot of
25 the questions can be asked today and I understand
```

Page 10

1    that counsel for Sunny-Aakash has a right to do it,
2    but maybe -- and I wouldn't even object and say you
3    waived your right to redepose if you had any
4    questions at some point.  I just wanted to put that
5    on the record, okay?  Don't worry about that.
6         THE WITNESS:  Okay.
7         MR. FRALEY:  Okay.  Thank you.
8    Q.  (By Ms. Charles-Collins)  What position were
9    you applying for?
10   A.  Any position that was available.
11   Q.  What did you and Mr. Panjabi discuss for an
12   hour-and-a-half to two hours in the interview?
13   A.  My work experience.  He flirted a little bit,
14   which I just blew off.  He asked if I'd be able to
15   accommodate certain positions there and stuff such as
16   breakfast attendant, which I was able to do, and then he
17   said that if I do a good job that I would be promoted
18   and trained in other positions as well.
19   Q.  All right.  What do you mean by he flirted a
20   little bit?
21   A.  Like he asked me what I'd be willing to do
22   exactly to get a job and I told him any position that he
23   had available, and he said, oh, well, are you willing to
24   wash my car, and, you know, joking around I said, you
25   know, sure, I'll wash his car, I need a job; if I don't

Page 11

1    get me the job here, sure, but, you know, that was about
2    it.
3    Q.  Okay.  So you took him asking if you'd wash his
4    car to mean that he was flirting?
5    A.  He said it in a way that was very flirty.
6    Q.  Okay.  Explain that to me because I don't
7    understand.
8    A.  Just the way he went about saying it.  He was
9    just like -- he was making googly eyes.  He was kind of,
10   you know, like trying to get closer to me and just
11   making me very uncomfortable, but I needed the job.
12   Q.  Okay.  So you were willing to do anything to
13   get that job?
14   A.  Right.
15   Q.  Okay.  So regardless of whether he was making
16   googly eyes, flirting with you --
17   A.  Yeah.
18   Q.  -- making you uncomfortable, you were going to
19   do whatever it took --
20   A.  To get a job.
21   Q.  -- to get that job?
22   A.  Yes.
23   Q.  How long had you been looking for a job?
24   A.  Probably about a year.
25   Q.  Where did you work before you worked for

Page 12

1    Holiday Inn Express?
2    A.  I actually need to refer to these because I
3    don't even remember.
4    Q.  When you say refer to this, what are you
5    referring to?
6    A.  The -- my answers to the questionnaire for the
7    deposition.  Oh, actually, that's why I don't remember.
8    I was a full-time student and before that I worked for
9    AAA.
10   Q.  So you were a full-time student when?
11   A.  From 2010 to 2014, so it actually had been
12   about four years I was -- well, one year after that I
13   was looking for the job, but four years without
14   employment, if that makes sense.
15   Q.  Where were you a full-time student?
16   A.  At Keiser University.
17   Q.  And what was your major?
18   A.  Business management and administration.
19   Q.  Did you graduate?
20   A.  Yes, with a bachelor's degree.
21   Q.  And you were unable to find employment in the
22   field of business management with your bachelor's
23   degree?
24   A.  Yes.
25   Q.  And prior to being a full-time student you were

Page 13

1    working where?
2    A.  At AAA as a sales representative.
3    Q.  How long did you work there?
4    A.  About a year.
5    Q.  Why did you leave?
6    A.  It wasn't paying the bills.  It was commission
7    only and my grandma had agreed to pay for my schooling
8    if I went to -- back to school.
9    Q.  Okay.  So you -- going back to the Holiday Inn
10   Express, for an hour-and-a-half to two hours you had
11   this interview, you're willing to do whatever to get the
12   job.  Did you -- were you offered a job?
13   A.  Yes.
14   Q.  What job were you offered?
15   A.  Breakfast attendant.
16   Q.  What was the pay?
17   A.  I believe it was 8.05 an hour.  Let's see if I
18   can find it.  Yeah, 8.05 an hour.
19   Q.  Was it full-time or part-time?
20   A.  Part-time.
21   Q.  How many hours per week?
22   A.  He was giving me anywhere between 30 and 42
23   hours even though it was part-time.
24   Q.  Did you receive any type of benefits?
25   A.  No.

Page 14

1    Q.   Okay.  So when did you start working?
2    A.   In July of 2015.
3    Q.   Did you have a set schedule?
4    A.   No.  It changed every week.
5    Q.   And as a breakfast attendant, who was your
6  supervisor?
7    A.   Jay.
8    Q.   How many employees -- do you know how many
9  employees worked at the hotel at the time that you
10 started as a breakfast attendant?
11   A.   Maybe roughly 20 to 30.
12   Q.   And how many worked on the breakfast shift?
13   A.   Just me.  At least in the beginning it was just
14 me.
15   Q.   How many employees -- so breakfast shift is
16 what time?
17   A.   It was from 6:30 to 9:30.
18   Q.   And are those all the hours that you would work
19 when you were working as a breakfast attendant?
20   A.   No.  I had to be there at 5:30 in the morning
21 to set up and I would have to stay as late as 12:00 or
22 1:00 to finish cleaning up.
23   Q.   Okay.  So breakfast itself was 6:30 to 9:30?
24   A.   Uh-huh.
25   Q.   Yes?

Page 15

1    A.   Yes.
2    Q.   During that breakfast shift or that 5:30 to
3  12:00, 1:00 P.M. time frame, about how many employees
4  would be working on a regular day?
5    A.   None around me.  Everybody -- because the
6  breakfast was a separate room, so everybody else was
7  either -- housekeepers would be upstairs cleaning, front
8  desk people were behind front desk, and then the
9  maintenance guy was wherever in the building fixing
10 things, so roughly maybe 10 at any given time in the
11 building at once.
12   Q.   How many of those employees were supervisors or
13 managers?
14   A.   None.  We had just Jay and then the
15 housekeeping supervisor which wasn't really anything to
16 me.
17   Q.   Okay.  So when you were on your breakfast shift
18 from 5:30 to noon or 1:00, who would be in that
19 breakfast room with you?
20   A.   Just me.
21   Q.   Who would cook the food?
22   A.   Me.
23   Q.   So you were the only person who cooked food?
24   A.   I cooked the food.  I served it all, put it out
25 on the buffet, had to restock everything, and then when

Page 16

1  it was all done I'd put it all away, cleaned up the
2  kitchen and cleaned up the breakfast room.
3    Q.   Did Mr. Panjabi help you in the breakfast room?
4    A.   No.
5    Q.   When you were offered the part-time position,
6  did you request or ask whether or not you could have
7  full-time instead of part-time?
8    A.   No.  I was just willing to take any position he
9  had open at the time because he had told me that we'd
10 start at part-time and if he liked my performance that
11 he would move me to full-time.
12   Q.   Okay.  Had you worked in a hotel before?
13   A.   Yes.
14   Q.   What hotel did you work in before?
15   A.   Fairfield Inn & Suites in Illinois.
16   Q.   And what did you do there?
17   A.   Front desk.
18   Q.   Had you ever worked in the breakfast area
19 before?
20   A.   No.
21   Q.   Did you receive any type of training when you
22 came to the Holiday Inn Express for working in the -- as
23 a breakfast attendant?
24   A.   Not initially.  He kind of just threw me in the
25 breakfast room, but then after he failed a few

Page 17

1  inspections, then he decided to put me through the
2  training that was mandatory.
3    Q.   And when was that?
4    A.   Maybe two months after I had already been
5  working there.
6    Q.   Where did you get this training?
7    A.   He gave me a booklet that I had to read and do
8  a test on and then I also did an online class that he
9  signed me up for.
10   Q.   Any other training?
11   A.   No.
12   Q.   Who was doing the breakfast attendant duties
13 before you started in July 2015?
14   A.   I don't remember the girl's name, but she was
15 only there maybe a day that I was there and that was it.
16   Q.   And since you were only working part-time, who
17 would do breakfast --
18   A.   Jay --
19   Q.   When you were not working there?
20        MR. FRALEY:  Jen, one thing.
21        THE WITNESS:  Yes.
22        MR. FRALEY:  You need to allow her to finish
23 her question because it will be a nightmare in the
24 transcript.
25        THE WITNESS:  Sure.

Page 18

1        MR. FRALEY:  They'll have half a question,
2    so --
3        THE WITNESS:  Right.  Okay.
4        MR. FRALEY:  Okay.  Thanks.
5        THE WITNESS:  Yeah, it would be Jay covering on
6    days that I wasn't there.
7        Q.   (By Ms. Charles-Collins)  And so he would do
8    the cooking, the clean-up, the set-up?
9        A.   Well, not really.  He did -- he usually would
10   have night audit do the cooking for him because he would
11   show up late and then he would just kind of keep it
12   stocked while breakfast was open and then he would tell
13   the housekeepers to clean it all up when it was done.
14       Q.   How do you know he would show up late if you
15   weren't there?
16       A.   I would hear about it from all the other
17   employees and he did it to me even when I did night
18   shift.
19       Q.   Okay.  When did you do night shift?
20       A.   About five, six months in he trained me on
21   night shift and had me doing it two times a week every
22   single week and he wouldn't show up usually -- he was
23   supposed to be there at 6:00, 6:30 and he wouldn't show
24   up until 8:30 usually.
25       Q.   And when you say night shift, what position is

Page 19

1    that?
2        A.   Night audit.  I believe that's 10:00 to 6:00.
3        Q.   10:00 P.M. to 6:00 A.M.?
4        A.   Yes.
5        Q.   Okay.  So you started as a part-time breakfast
6    attendant.  What was the next position that you had?
7        A.   The next position he made me was a housekeeping
8    supervisor and that was about a month into it.
9        Q.   And why did you -- why were you promoted to
10   housekeeping supervisor?
11       A.   He claimed it was because he liked my
12   performance in the breakfast room and that he wanted to
13   give me more hours.
14       Q.   Did you ever ask him for more hours?
15       A.   Yes.
16       Q.   When did you do that?
17       A.   All the time, because he was constantly playing
18   with my hours.
19       Q.   What does that mean?
20       A.   One week he would give me like 42 hours, the
21   next week he would give me like 20 hours, the next week
22   it would be 46 like just as an example.
23       Q.   When you were hired, did he guarantee you any
24   number of hours?
25       A.   No, but he did say that he would make sure I'd

Page 20

1    always have at least 30 hours a week.
2        Q.   Okay.  So if you worked 42 hours one week and
3    20 hours the other week, the average would be 30 hours a
4    week, right?
5        A.   More or less, but he didn't say, you know,
6    combined.
7        Q.   Right, but the net effect would be the same.
8    You would either be paid -- you would still get paid for
9    60 hours whether you worked 30 hours one week, 30 hours
10   the next week or 40 and 20?
11       A.   Right.
12       Q.   Okay.  When you asked him for more hours, what
13   did he say?
14       A.   He said it depended on my performance.
15       Q.   When you were promoted to housekeeping
16   supervisor, did you get a raise?
17       A.   No.
18       Q.   Did you get any more hours?
19       A.   Yes.
20       Q.   Did you get benefits?
21       A.   No.
22       Q.   And when you were the housekeeping supervisor,
23   who did you report to directly?
24       A.   Still Jay.
25       Q.   And did you have any employees who reported to

Page 21

1    you?
2        A.   Yes.
3        Q.   Who was that?
4        A.   All the housekeepers.
5        Q.   What are their names?
6        A.   We had a lot of them.  We had Selena, Liz,
7    Emma, Alex, Ruthie, Genesis.  I can't remember all the
8    rest of them.  Doris, Maggie.
9             There were a few that were like in and out.
10   They were hired and didn't last long, so I don't
11   remember all of them.
12       Q.   Okay.  And what was your shift as a
13   housekeeping supervisor?
14       A.   I came in only on weekends I believe it was,
15   and I worked from 8:00 until whenever the girls
16   finished, which was usually about 5:00 or 6:00.
17       Q.   I'm sorry, you said you only did this on the
18   weekends?
19       A.   Yes.
20       Q.   So were you doing this in addition to still
21   being the breakfast attendant?
22       A.   Yes.
23       Q.   Okay.  So you had your hours for being a
24   breakfast attendant and then you had these hours for
25   being housekeeping supervisor?

Page 22

1    A.   Right, but when I became the housekeeping
2 supervisor he cut my breakfast hours.
3    Q.   Okay.  So how many hours were you working
4 between both on average?
5    A.   About the same until he put me on front desk
6 and then my hours went up a little bit more.
7    Q.   Okay.  How long were you the breakfast
8 attendant and the housekeeping supervisor at the same
9 time?
10   A.   Once I became the housekeeping supervisor I
11 stayed both the entire time I was there.
12   Q.   Okay.  What was the next position that you
13 held?
14   A.   Then he trained me on front desk.
15   Q.   Okay.  And trained you to do what at the front
16 desk?
17   A.   Answer the phones, do reservations, just like
18 everything involved in front desk, handling guest
19 complaints, stuff like that.
20   Q.   And Jay Panjabi trained you?
21   A.   Yes.
22   Q.   Did you receive any other type of training?
23   A.   I did a few exams online that he signed me up
24 for and I think one or two classes for that as well.
25   Q.   And is this front desk position that you're

Page 23

1 talking about, is this different from the night audit
2 position?
3    A.   Yes.
4    Q.   Okay.  So when were you trained on the front
5 desk?
6    A.   It was anywhere between maybe seven and nine
7 months of me working there.
8    Q.   And how long did you work at the front desk?
9    A.   About a month before he trained me for night
10 audit and then I ended up doing all four jobs every
11 week.
12   Q.   Okay.  So when you were training -- when you
13 were doing the front desk, what was your shift?
14   A.   It actually varied depending on the schedule
15 he'd make and where he needed me.  He'd put me sometimes
16 on morning shift, which was from 6:00 to 2:00, and then
17 sometimes I was on night shift, which was 2:00 to 10:00,
18 and other days I did the night audit, which was the
19 10:00 to 6:00, which usually ended up being 8:00, 8:30.
20   Q.   Okay.  So we'll get there in one minute.
21   A.   Okay.
22   Q.   When you were working at the front desk, who
23 was your supervisor?
24   A.   Jay.
25   Q.   Did you get any type of pay increase when you

Page 24

1 started working at the front desk?
2    A.   Yes, eventually I did.  It bumped up to -- I
3 believe at first it was $9.00 and then eventually he
4 gave me 9.25.
5    Q.   Any benefits?
6    A.   No.
7    Q.   Okay.  So about seven to nine months into
8 working at the Holiday Inn Express you were working as a
9 breakfast attendant, a housekeeping super -- a breakfast
10 attendant in the mornings, a housekeeping supervisor on
11 the weekends, and the front desk in the mornings or the
12 night?
13   A.   Uh-huh.
14   Q.   You were working all three positions?
15   A.   Yes.
16   Q.   Okay.  And how many hours were you working?
17   A.   At that point about 40 to 45 a week.
18   Q.   Okay.  And was getting all of these hours and
19 these positions in response to you requesting additional
20 hours?
21   A.   No.
22   Q.   Okay.  So why did you -- why was he promoting
23 you?
24   A.   Because I was doing sexual favors for him.
25   Q.   Okay.  So we'll get there in a second.

Page 25

1        So was that part of your I will do anything to
2 get more -- to get this job?
3    A.   No.  Initially, no.  He just -- he kept
4 threatening my job and saying that if I lost the job
5 with him that he'd make sure I'd never find another job.
6    Q.   Okay.  So you went from front desk and then he
7 trained you on night audit?
8    A.   Yes.
9    Q.   Okay.  When did he do that?
10   A.   About a month after he trained me on front
11 desk.
12   Q.   And that's when you said that you were working
13 from 10:00 P.M. to 6:00 A.M.?
14   A.   Yes.
15   Q.   All right.  When you worked at the front desk
16 in the morning, who would work with you?
17   A.   In the morning nobody, just whoever came in for
18 breakfast.  The housekeepers didn't show up until
19 usually 8:30, 9 o'clock.
20   Q.   All right.  And what time would Jay get there?
21   A.   Usually around the same time.
22   Q.   8:30, 9 o'clock?
23   A.   Yeah, if he was scheduled to work.  If he
24 wasn't there, he would show up 1 o'clock, 2 o'clock,
25 whenever he felt like it.

Page 26

1    Q.   Okay.  So that would be at the end of your
2  shift?
3    A.   Yeah.
4    Q.   All right.  And then when you worked the night
5  shift at the front desk from 2:00 to 10:00 P.M., who
6  else would be working?
7    A.   Nobody.
8    Q.   What time would Jay come in?
9    A.   He would stay right -- if I did night audit
10 he'd usually work the shift before me and he would stay
11 until 12:00 when I got there at 10:00.
12   Q.   Wait.  I'm talking about the night shift from
13 2:00 to 10:00 P.M. at the front desk.
14   A.   Oh, from 2:00 to 10:00?
15   Q.   Yes.
16   A.   Nobody would be there then.  It was just me
17 because by then the housekeepers were starting to go
18 home, the breakfast person was gone, maintenance was
19 gone.
20   Q.   All right.  So would Jay be there?
21   A.   Yes.
22   Q.   What time?
23   A.   Usually all day until everybody left.
24   Q.   So he would be there from 2:00 to 10:00 P.M.?
25   A.   Uh-huh.  He would stay there until he had

Page 27

1  everybody out of the building except for me.
2    Q.   And then he would leave?
3    A.   No, then he would harass me and then he would
4  leave.
5    Q.   Okay.  So then he trained you to be night audit
6  from 10:00 P.M. to 6:00 A.M.?
7    A.   Right.
8    Q.   Anybody else work on that shift?
9    A.   No, just me.  There was another guy who did
10 night audit on the days that I didn't do night audit.
11   Q.   Who was that?
12   A.   What was his name?  I can't think of his name
13 right now.  I'm not sure.  I don't remember his name.
14   Q.   Who worked the front desk on the days that you
15 were not working the front desk?
16   A.   Either Dawn or Teresa.
17   Q.   Who?
18   A.   Dawn.
19   Q.   What's Dawn's last name?
20   A.   I'm not sure.
21   Q.   What's Teresa's last name?
22   A.   I'm not sure of their last names.
23   Q.   How long did you work as a night auditor?
24   A.   Up until the time I was terminated.
25   Q.   When was that?

Page 28

1    A.   In May of 2016.
2    Q.   Did you hold any other positions at Holiday Inn
3  Express?
4    A.   No, just those four.
5    Q.   While working as a breakfast attendant, did you
6  receive any type of discipline or reprimand?
7    A.   On days that I turned down his advances, yes.
8    Q.   What about as a front desk attendant?
9    A.   Same thing.  The only time I got disciplined
10 for poor performance was when I wouldn't give in to his
11 advances.
12   Q.   Okay.  And how often did you not give in to his
13 advances?
14   A.   Maybe five to 10 times.
15   Q.   And how many times did you give in?
16   A.   Anywhere between 10 and 20.
17   Q.   Okay.  So let's talk about -- let's go back for
18 a second.  You mentioned before somebody named Ruthie.
19 Who is Ruthie?
20   A.   Ruthie was one of the housekeepers.
21   Q.   What's her last name?
22   A.   Charest, I think.
23   Q.   What's your relationship to Ruthie, Ruth
24 Charest?
25   A.   I was her supervisor.

Page 29

1    Q.   Do you-all have any other relationship besides
2  a working relationship?
3    A.   No.
4    Q.   She's not your friend?
5    A.   No.
6    Q.   When's the last time that you spoke to her?
7    A.   I don't even recall.
8    Q.   Is there anything that would refresh your
9  recollection as to the last time you spoke to her?
10   A.   No.  It's been a while.
11   Q.   What's a while?
12   A.   Months.
13   Q.   And how did that interaction come about?
14   A.   When we realized that we were both being abused
15 by the same guy.
16   Q.   All right.  How did that realization come
17 about?
18   A.   He tried to get us -- well, he did get us to do
19 stuff together.
20   Q.   Okay.  So this was before you left the Holiday
21 Inn Express?
22   A.   Uh-huh.
23   Q.   So is it your testimony today that the last
24 time that you had any conversation or contact with Ruth
25 Charest was prior to being -- prior to leaving Holiday

Page 30

1  Inn Express?
2      A.    No.  We had spoken like one time after, but it
3  wasn't -- like we were just checking up on each other to
4  see how we were since this had affected both of us.
5      Q.    Okay.  And when was that?
6      A.    Right after we got terminated.
7      Q.    And who initiated that conversation?
8      A.    I don't remember.  I think she said hi and I
9  said hey, how are you doing or something.
10     Q.    Where did she say that?
11     A.    I ran into her at a store.
12     Q.    Tell me what that -- tell me about your
13  conversation, what you said and what she said.
14     A.    I honestly don't remember.  I just -- we just
15  made small talk and were just seeing how each other were
16  since we hadn't seen each other since we both were
17  terminated.
18     Q.    And since that time that you ran into her at
19  the store and you had this small talk, is it your
20  testimony that you have had no conversations with Ruth
21  Charest?
22     A.    No.
23     Q.    Are you saying no, you have not had any contact
24  with her?
25     A.    Yeah, I haven't.

Page 31

1      Q.    By text message?
2      A.    No.
3      Q.    Cell phone?
4      A.    No.
5      Q.    Facebook?
6      A.    No.
7      Q.    Instagram?
8      A.    No.
9      Q.    Twitter?
10     A.    No.  I don't even have those.
11     Q.    Okay.  So absolutely no conversations
12  whatsoever?
13     A.    No.
14     Q.    Has anyone on your behalf other than your
15  attorney, anyone, your boyfriend, friend, family member,
16  had any conversations with Ruthie?
17     A.    No.
18     Q.    How long has Mr. Rodriguez been your boyfriend?
19     A.    About a year.
20     Q.    During the time that you worked at the Holiday
21  Inn Express, did you have a boyfriend?
22     A.    I did, but not the same one I have now.
23     Q.    Okay.  Who was your boyfriend at that time?
24     A.    Christian.
25     Q.    What's Christian's last name?

Page 32

1      A.    His last name was Rodriguez also.
2      Q.    Do you have his address?
3      A.    No, I don't.
4      Q.    Do you have his phone number?
5      A.    No.
6      Q.    Is there anywhere -- do you have that in a
7  phone or somewhere?
8      A.    No.  I deleted it when we stopped talking.
9      Q.    Do you know what city he lives in?
10     A.    I have no idea where he is now.
11     Q.    Was he employed when you-all were together?
12     A.    When who were together?  Me and --
13     Q.    When you and Christian Rodriguez were together
14  as boyfriend and girlfriend.
15     A.    Yeah, but we didn't work together.
16     Q.    I didn't say work together.
17     A.    Oh, okay.  I don't think he was -- I mean, he
18  was on and off employed, so I don't think he was when I
19  was working there.  We didn't live together or anything,
20  so it wasn't super serious.
21     Q.    How long were you with him?
22     A.    Maybe six months.
23     Q.    Were you in any type of relationship,
24  boyfriend-girlfriend, dating anyone else other than
25  Christian Rodriguez --

Page 33

1      A.    No.
2      Q.    Let me finish my question.
3      A.    Oh, sure.
4      Q.    -- during the time -- the entire time that you
5  worked at the Holiday Inn Express?
6      A.    No.
7      Q.    Between dating Christian Rodriguez and Jonathan
8  Rodriguez, did you -- were you dating or in a
9  relationship with anyone else?
10     A.    No.
11     Q.    Okay.  You mentioned a couple things, that you
12  were abused by Mr. Panjabi, taken advantage of,
13  etcetera.
14           Okay.  So tell me, when did -- tell me what you
15  mean by you were abused by him.
16     A.    He grabbed me.  He forced me to perform oral on
17  him.  He forced me into intercourse.  He would grab me.
18  It was just everything.
19     Q.    Okay.  When did this start?
20     A.    Maybe a month or two after I started working
21  there.
22     Q.    Okay.  Tell me how that came about.
23     A.    He started off making comments and I ignored
24  him and then he --
25           MR. FRALEY:  Let me get you a tissue.  Can we

Page 34

```
 1     take just a couple minute break while I get a
 2     tissue?
 3          MS. CHARLES-COLLINS:  Sure.
 4               (Off the record.)
 5     Q.   (By Ms. Charles-Collins)  All right.  So this
 6   started a month after you started working there, so when
 7   was that?
 8     A.   About August.
 9     Q.   When in August?
10     A.   I don't remember the exact date.  It was just
11   -- it was very shortly after I started working there.
12     Q.   Okay.  And what comments did he make to you?
13     A.   He would say that I had a nice butt and that he
14   wanted me to touch him.  At one point he pulled his
15   thing out and was like, here, look at it, and I wouldn't
16   look at it, so then he grabbed my hand and put it on it.
17     Q.   And when you say thing, what are you talking
18   about?
19     A.   His penis.
20     Q.   When was that?
21     A.   I believe that was when he was training me on
22   front desk that he did that one.
23     Q.   So this -- you said that he trained you on the
24   front desk seven to nine months after you started, so
25   seven --
```

Page 35

```
 1     A.   Right.  Yeah.  That's probably not --
 2     Q.   Hold on for a second.  So that's not the first
 3   time?
 4     A.   No.  He did things before that.  That's just
 5   one of the first things that popped in my head.
 6     Q.   Okay.  So I need you to be focused on what I'm
 7   asking you.  Hold on for a second.  You said that he
 8   pulled his penis out, wanted you to look at it, and when
 9   you wouldn't look at it he made you touch it?
10     A.   Yes.
11     Q.   Okay.  When did that happen?
12     A.   That was when he was training me on front desk.
13     Q.   So that was seven to nine months after you
14   started working there?
15     A.   Yes.
16     Q.   Okay.  But when you started a month -- after a
17   month of working there, what comments -- you said he
18   made comments to you that --
19     A.   Yeah.  He made comments to me about my body and
20   how he wanted to touch me and how he wanted me to do
21   stuff to him and he would always like be -- like
22   instigated, just start stuff.
23     Q.   What did he tell you that he wanted you to do
24   to him?
25     A.   He wanted me to give him oral.
```

Page 36

```
 1     Q.   When was the first time that he told you that
 2   he wanted you to give him oral sex?
 3     A.   About a month into it.
 4     Q.   And what did you say?
 5     A.   No.
 6     Q.   Did you give him oral sex at that point?
 7     A.   Not at that point, no.
 8     Q.   When you said no, what did he say?
 9     A.   He said if you don't in the next week, then
10   I'll make sure I find someone to replace you.
11     Q.   Okay.  What other comments did he -- what else
12   did he tell you he wanted you to do?
13     A.   I was training Ruthie in breakfast so that she
14   could work the days that I was doing housekeeping.  He
15   came in there and wanted me and her to kiss and stuff in
16   front of him.
17     Q.   When was that?
18     A.   Maybe like three months or so into it.  I was
19   already doing -- I started housekeeping, so.
20     Q.   Did you-all kiss each other?
21     A.   Not at first.  We kind of laughed it off and
22   thought he was joking, but then he closed the kitchen
23   door and was like, no, girls, I'm serious, you guys need
24   to do this.
25     Q.   Okay.  And did you-all do it?
```

Page 37

```
 1     A.   Yeah.  Eventually we had to.
 2     Q.   Why did you have to?
 3     A.   He wasn't going to leave us alone until we did.
 4     Q.   So let's go back for a second.  Other than
 5   saying that you had a nice butt, a nice body, that he
 6   wanted you to do stuff to him -- and I'm talking about
 7   in this August time frame, right --
 8     A.   Yeah.
 9     Q.   -- so the first month.
10     A.   Yeah.
11     Q.   In the first month, what did he say to you
12   other than -- or you tell me what he said to you because
13   now what you just told me was three months later.
14     A.   Okay.  He also in the first month was saying
15   that if I didn't comply to his wishes that he would get
16   rid of me and that all white women are white trash, so
17   that -- he said him and his investors had the money so
18   they had the power and they could basically get us to do
19   whatever they wanted.
20     Q.   And what did you say?
21     A.   I didn't really know what to say.
22     Q.   Okay.  When he says if you did not comply to
23   his wishes, what were his wishes in that first month?
24     A.   He wanted me to give him oral and then said
25   that he would move on to other things later on.
```

Page 38

1    Q.   How many times in that first month did you give
2 him oral sex?
3    A.   Probably between two and four times.
4    Q.   And how many times did you reject giving him
5 oral sex in that first month?
6    A.   I think just the one time.
7    Q.   All right.  When did you reject giving him oral
8 sex?
9    A.   The first time he asked.
10   Q.   When was the first time that you gave him oral
11 sex?
12   A.   I don't remember the date.  It was in August.
13   Q.   How many times in August did he ask you for
14 oral sex?
15   A.   Probably about five.
16   Q.   Okay.  So in August he asked you for oral sex
17 five times?
18   A.   Yeah.
19   Q.   And of those five time you gave him --
20   A.   I turned him down once.
21   Q.   You turned him down once?
22   A.   Uh-huh.
23   Q.   Okay.  So tell me where you were when he asked
24 you for oral sex the first time.
25   A.   The first time was in the kitchen of the

Page 39

1 breakfast room and then the second time he pulled me
2 into the meeting room which was next to the breakfast
3 room.  Another time he had me go to one of the vacant
4 guest rooms and then another time he had me go to the
5 maintenance room because the maintenance guy wasn't
6 there that day.
7    Q.   Okay.  So in the meeting room, the vacant room,
8 the maintenance room, all those times you performed oral
9 sex?
10   A.   Yes.
11   Q.   And why did you do that?
12   A.   Because he threatened my job.
13   Q.   So why didn't you just quit your job instead of
14 giving him oral sex?
15   A.   Because he made it sound like I would never
16 find another job and that he would ruin my life.
17   Q.   But you had worked before, didn't you?
18   A.   Yeah.  I had never been in this situation
19 before.
20   Q.   Do you want to take a break?
21   A.   No.  I'm okay.
22   Q.   But you had only worked at this job for a
23 month, right?
24   A.   Yeah, but I really needed the job.
25   Q.   Okay.  So were you willing to just do anything

Page 40

1 to keep the job?
2    A.   No.  I mean, I wasn't willing to do anything,
3 but I didn't know what else to do.  There was nobody to
4 go to.
5    Q.   Could you go to the police?
6    A.   No.  He threatened us if we went to the police.
7    Q.   What did he say about going to the police?
8    A.   He said he would make sure he destroyed our
9 lives if we told anyone.
10   Q.   All right.  So in August you performed oral sex
11 on him two to four times?
12   A.   Right.
13   Q.   When was the next incident that you're saying
14 that he abused you, grabbed you, forced you into oral
15 sex or intercourse?
16   A.   Probably with Ruthie in the kitchen.
17   Q.   Okay.  So you said that that was three months
18 into your job?
19   A.   Yeah.
20   Q.   Okay.  So if you started working in June, that
21 would have been when?
22   A.   Well, I started working in July.
23   Q.   July.
24   A.   So it would be October-ish.
25   Q.   Okay.  So between August and October you didn't

Page 41

1 perform oral sex, have intercourse, or was grabbed or
2 anything by --
3    A.   He was still grabbing me and making comments,
4 but he kind of had laid off me for a little bit.
5    Q.   Okay.  So between August of 2015 and October of
6 2015 what occurred?
7    A.   He grabbed me in the elevator because he said
8 he wanted to show me one of the rooms that I guess one
9 of the housekeepers had messed up and it ended up being
10 a vacant room that was clean and he just basically
11 pulled me in there just so he could grab me again and
12 stuff.
13   Q.   Where did he grab you?
14   A.   My chest.
15   Q.   How did he grab you?
16   A.   He said, hey, come give me a hug, and then when
17 I went to give him a hug he went like this (indicating)
18 and grabbed me.
19   Q.   Why would you agree to give him a hug?
20   A.   Because he said -- he apologized for making me
21 -- yeah, for making me give him oral sex and said that
22 he wasn't going to do that anymore and that kind of
23 thing and promised to stop and he's like give me a hug
24 for no hard feelings.
25   Q.   So then you gave him a hug?

Page 42

1    A.    Yeah, and he grabbed me.
2    Q.    All right.  And what did you do?
3    A.    I backed off and I was like, I thought you said
4  you were going to stop, and he laughed.
5    Q.    Okay.  And what was -- between August and
6  October, did anything else happen?
7    A.    He may have had me perform intercourse with him
8  one time, too.  I don't know exactly what date that
9  started, though.  He was constantly after me for
10  everything, so.
11    Q.    So between August and October, originally you
12  said between August and October he had laid off of
13  you --
14    A.    Yeah.
15    Q.    -- but now you're saying that sometime between
16  August and October that you had intercourse with him?
17    A.    Maybe.  I don't remember the exact dates.
18    Q.    Okay.  So tell me how it came about that you
19  started to have intercourse with Mr. Panjabi.
20    A.    He had given me a uniform for front desk and
21  told me to go try it on because there was nobody else in
22  the building and I guess I wanted me to wear it that
23  night for my night shift and I went in the bathroom, put
24  it on.  He kept knocking on the door and was like, let
25  me see.  I'm like, well, I don't have it on yet.  He's

Page 43

1  like, I don't care.  Open the door and let me see.
2  Well, I finished putting it on and I opened the door and
3  he pulled my shirt up and was like, I wanted to see
4  without the shirt, and then he pushed me over to the
5  laundry table in the housekeeping office and just
6  started taking my clothes off.
7    Q.    And what did you do while he was taking your
8  clothes off?
9    A.    I told him to stop and he's like, if you want
10  your job you'll shut up.
11    Q.    So did you shut up?
12    A.    Yeah.
13    Q.    Okay.  So you were willing to shut up and do
14  whatever so that you could keep your job?
15    A.    Yeah.
16    Q.    When did you say you started working at the
17  front desk?
18    A.    I don't even remember now.
19    Q.    I have here that he trained you seven to nine
20  months after you started working.
21    A.    That sounds about right.
22    Q.    Okay.  So would this have been the first time
23  -- this incident that you just discussed, would that
24  have been the first time that you had sexual intercourse
25  with him?

Page 44

1    A.    I believe so, yeah.
2    Q.    So would that have been seven to nine months
3  after you started working there?
4    A.    Yes, sounds right, but then after he started
5  that he was doing it all the time.
6    Q.    Okay.  We'll get to that in a second.
7          Did this act of intercourse occur before or
8  after the incident that you described where he asked you
9  and Ruthie to kiss in the breakfast room?
10    A.    It was after.
11    Q.    Okay.
12    A.    He also asked me and Ruthie in the breakfast
13  room to give him oral, too, at the same time.
14    Q.    You're talking about the incident where he
15  asked you to kiss?
16    A.    Yeah.  He had us start off with kissing, but
17  then eventually wanted us to give him oral.
18    Q.    And did you-all?
19    A.    Yes.
20    Q.    Okay.  So this -- so three months into your
21  job, right, he asked both you and Ruth?
22    A.    Yes.
23    Q.    Both of you were there at the same time?
24    A.    Yes.
25    Q.    And both of you complied?

Page 45

1    A.    Uh-huh.
2    Q.    Yes?
3    A.    Yes.
4    Q.    What was one doing while the other one was
5  giving him oral sex?
6    A.    He wanted us to watch each other.
7    Q.    Why didn't you-all leave?
8    A.    We couldn't.
9    Q.    Was the door locked?
10    A.    He was blocking the door.
11    Q.    Okay.  So he --
12    A.    There was no way of leaving.
13    Q.    Okay.  So it's your testimony -- describe for
14  me the area where you were.
15    A.    The kitchen, there's a door right here and
16  there's like the microwaves and the cabinets and
17  everything and he was standing in front of the door.
18    Q.    Okay.  So is he --
19    A.    And he had it closed, too.
20    Q.    Okay.  And so while one of you is giving him
21  oral sex, what's the other one doing?
22    A.    Standing there.
23    Q.    Why didn't the other one try to open the door?
24    A.    Because he was standing in front of it.
25    Q.    Okay.  And do you know why Ruthie was complying

Page 46

1  with giving him oral sex?
2      A.   She was scared, too.
3      Q.   Okay.  Do you know if she was doing whatever
4  she needed -- wanted to do to keep her job?
5      A.   I mean, I can't answer for her, but I'm sure
6  that she was -- he was threatening her the same way he
7  was threatening me.
8      Q.   Okay.  But you have no personal knowledge of
9  that?
10     A.   No.
11     Q.   All right.  So what was the next thing that
12 happened after this incident with you and Ruthie in
13 the --
14     A.   He had asked us another day to meet him in one
15 of the vacant rooms that was clean to do stuff to him
16 again.  I think he had me go there first because he had
17 cameras in the hallways, had me go in the room first to
18 make it look like I was checking the room because I was
19 supervising that day, and Ruthie was in breakfast, so he
20 pulled her out of breakfast after they finished closing
21 it down.  Like before she could clean up he told her
22 lock the doors, pulled her out and made her go meet in
23 the room, too, and then he walked in and made us do
24 things with each other and then do things to him.
25     Q.   When was this?

Page 47

1      A.   I don't remember exact dates.  I mean, he was
2  doing this stuff to us all the time, so I didn't keep
3  track of exact dates.
4      Q.   Okay.  So he had you and Ruth do this together
5  all the time?
6      A.   Not all the time, but he had us do it a couple
7  times together.
8      Q.   Okay.  So this room, this incident that you're
9  talking about where he made you go in the room first and
10 then had her come from the breakfast room --
11     A.   Yeah.
12     Q.   -- when did this occur?
13     A.   When I was supervising, so probably like in the
14 seven- to nine-month range.
15     Q.   Okay.  So how long were you in the room before
16 Ruth came in the room?
17     A.   Like five minutes.
18     Q.   When you were in the room for this five
19 minutes, was Mr. Panjabi in the room?
20     A.   No.  He waited until we were both in the room
21 so it wouldn't look obvious to the other employees.
22     Q.   Why didn't you just leave the room?
23     A.   I couldn't.  My job depended on being there.
24     Q.   He locked you in the room?
25     A.   Well, no, but I -- if I left I'd be fired,

Page 48

1  which I was fired anyway, so.
2      Q.   Okay.  So then Ruth came into the room and what
3  did he make you and Ruth do?
4      A.   He made me and her kiss and touch each other a
5  little bit and then he made us perform oral on him and
6  have intercourse with him.
7      Q.   So each of you had to perform oral on him?
8      A.   Yes.  And then when we were done he walked out
9  first and made her stay in the room to clean up the
10 room.
11     Q.   And then each of you had intercourse with him?
12     A.   Yes.
13     Q.   And when you say that he forced you guys to
14 kiss and touch each other --
15     A.   He literally took our heads and pushed us
16 together.
17     Q.   Okay.  So he grabbed your heads?
18     A.   Yes.
19     Q.   Okay.  Is there a reason why the descriptions
20 that you're giving here today are not in your responses
21 to interrogatories?
22     A.   What do you mean?  In here?
23     Q.   Yeah.
24     A.   I don't know.  I just was kind of summing it up
25 in here.

Page 49

1      Q.   Okay.  Did somebody tell you that you should
2  sum up --
3      A.   No.
4      Q.   -- as opposed to provide the information?
5      A.   No.  I was just answering to the best of my
6  ability at the time.
7      Q.   Okay.  And what has caused you to be able to
8  elaborate on those --
9      A.   It's just kind of coming back talking about it.
10     Q.   Listen to my question.  What has caused you to
11 be able to elaborate since the time that you responded
12 to our interrogatories?
13     A.   Thinking about it.
14     Q.   Okay.  So at the time that we sent the
15 interrogatories to you and you were sitting down to
16 respond you didn't think about it?
17     A.   Well, I thought about it, but I wasn't really
18 in the same state of mind because I was trying to forget
19 about this happening.
20     Q.   Do you need to take a break?
21     A.   No.
22         MR. FRALEY:  I'd like to object, too, because I
23     mean, I put an objection that it asked for a
24     narrative response.  The thing would be 50 pages
25     long.

Page 50

1    MS. CHARLES-COLLINS:  Okay.

2    MR. FRALEY:  She gave you the incidents.  She

3    didn't describe where each and every table or thing

4    was, but we had an objection to the answer as far as

5    that type of specificity.  I thought that's why

6    you're taking the depo.  Why don't we take a couple

7    minute break, okay?

8    THE WITNESS:  Okay.

9    MR. FRALEY:  Is it okay?

10   MS. CHARLES-COLLINS:  Yeah.

11   MR. FRALEY:  Okay.

12   (Recess from 10:30 a.m. until 10:39 a.m.)

13   Q.   (By Ms. Charles-Collins)  Okay.  Ms. Kufrin,

14   the incident that -- where you said that Mr. Panjabi

15   asked you and Ms. Charest to kiss and then have

16   intercourse and oral sex, that you said happened three

17   months after you started?

18   A.   I believe so.

19   Q.   Okay.  And was that the first occasion where

20   you and Ms. Charest were involved in sexual acts with

21   each other?

22   A.   No; in the kitchen, not in the room.

23   Q.   I'm sorry, in the kitchen.

24   A.   Yeah, the kitchen was the first time.

25   Q.   All right.  So that was the first time and that

Page 51

1    was three months into your --

2    A.   Right.

3    Q.   -- employment?

4    Okay.  Prior to that incident, had you and Ms.

5    Charest had any discussions about any type of treatment

6    or mistreatment by Mr. Panjabi?

7    A.   No.

8    Q.   The incident that we were discussing before we

9    took a break where you said that he had you go in the

10   room and then had Ms. Charest go in the room, that was

11   you said in this seven to nine months after you started

12   working there.

13   A.   Uh-huh.

14   Q.   Between the incident in the kitchen, which was

15   three months that you started working there, and this

16   approximately, and this incident that was seven to nine

17   months, were there any other incidents between that

18   three-month period and this seven- to nine-month period

19   where you engaged in any type of sexual conduct with Ms.

20   Charest?

21   A.   Not with Ms. Charest, no.

22   Q.   Okay.  But there were -- were there incidents

23   that you engaged in sexual conduct with Mr. Panjabi

24   during that time period?

25   A.   Yes.

Page 52

1    Q.   When you were engaging in sexual contact with

2    Mr. Panjabi, were other employees working?

3    A.   Not usually, no.

4    Q.   Okay.  So --

5    A.   He waited until everybody else was out of the

6    building usually, so he'd put me like on night shift and

7    him on breakfast or he would put him on second shift

8    with me on night shift to where there was always that

9    few hours where nobody was in the building.

10   Q.   And then when you and Mr. Panjabi were having

11   sex, who was watching the hotel?  Who was taking care of

12   guests?

13   A.   Nobody.

14   Q.   You ever receive any complaints from guests

15   that there was nobody there to help?

16   A.   Yes.  Yes, a lot.

17   Q.   So you worked there from July of 2015 to May of

18   2016, right?

19   A.   Uh-huh.

20   Q.   Between July 2015 and May 2016, how many times

21   did you perform oral sex on Mr. Panjabi?

22   A.   Probably anywhere between 15 and 20 times.

23   Q.   How many times did you reject?

24   A.   I think just the one time.

25   Q.   How many times did you have intercourse with

Page 53

1    Mr. Panjabi?

2    A.   Like 10 to 15 times.

3    Q.   How many times did you reject?

4    A.   I don't think I ever did because he didn't let

5    me.

6    Q.   How many times did you and Ruth Charest

7    together have oral sex with Mr. Panjabi?

8    A.   I believe twice, two to three times.

9    Q.   How many times did you-all reject his request

10   for you-all to perform oral sex together on him?

11   A.   Zero.

12   Q.   How many times did you have intercourse with

13   Ms. Charest and Mr. Panjabi?

14   A.   I believe just the one time, but it might be

15   two.

16   Q.   How many times did you reject the request to do

17   that?

18   A.   Zero.

19   Q.   Other than Mr. Panjabi and Ms. Charest, did you

20   have oral sex with any other employees at the Holiday

21   Inn Express?

22   A.   No.

23   Q.   Did you have sexual intercourse with any other

24   employees at the Holiday Inn Express?

25   A.   No.

Page 54

1    Q.   Did you have oral sex or sexual intercourse
2   with any other -- with anyone else, I'm not talking
3   about your boyfriend, related to your claims in this
4   lawsuit between July 2015 and May 2016?
5    A.   No.  He tried to get me to have sex with one of
6   his friends that he brought in one night, but I told him
7   no and I told him that what he was doing was illegal and
8   shortly after I was terminated.
9    Q.   Okay.  So when did this occur?
10   A.   Sometime in May of 2016.
11   Q.   Who was the friend?
12   A.   I don't know.
13   Q.   Was that the only time that he asked you to
14  have sex with his friend?
15   A.   Yes.
16   Q.   Okay.  And do you consider this rejection -- so
17  when you said before about rejecting intercourse, that
18  was with Mr. Panjabi, right, that you had never done
19  that?
20   A.   Right.
21   Q.   But you rejected having sex with his friend?
22   A.   Yes.
23   Q.   Okay.  When he asked you to have oral sex and
24  you rejected him, did he fire you?
25   A.   Not that time, but he did give me extra work to

Page 55

1   do and said he was putting some kind of disciplinary
2   file in my file for work.
3    Q.   Did you ever see any type of disciplinary form?
4    A.   No.
5    Q.   Okay.  And when --
6    A.   He also had me sign a contract saying that I
7   couldn't work anywhere after leaving the hotel within
8   20 miles of the hotel.
9    Q.   When did you have to sign that contract?
10   A.   In the beginning when I first started working
11  there.  Like as soon as he started making threats he had
12  me sign that contract --
13   Q.   Okay.
14   A.   -- to kind of keep me locked in there.
15   Q.   Okay.  So tell me when in relation to when you
16  started you had to sign this contract?
17   A.   I don't remember the exact date.  I know it was
18  early on, maybe like within the first month or two that
19  he had my sign the contract.
20   Q.   Was this before or after you performed oral sex
21  on him?
22   A.   Before.
23   Q.   Before or after you had intercourse with him?
24   A.   Before, because I remember that's something he
25  used to always bring up, that if I didn't like submit to

Page 56

1   his wishes that he did have that contract against me.
2    Q.   Okay.  What did that contract say?
3    A.   It said I couldn't work anywhere within 20
4   miles of the hotel up to a year after I resigned or I'm
5   terminated.
6    Q.   Okay.  Did you ever ask anybody to review that
7   document?
8    A.   No.
9    Q.   Okay.  When he was supposedly making these
10  threats to you about this document, did you ask anybody
11  and say, can he do this to me?
12   A.   There's nobody to ask.  There was nobody to go
13  to.  He was the only manager, only supervisor.
14   Q.   What about a lawyer?
15   A.   I didn't think about it.  I assumed it was
16  legal coming from a business professional.
17   Q.   You have a bachelor's degree, right?
18   A.   Uh-huh.
19   Q.   You're an educated woman, right?
20   A.   Uh-huh.
21   Q.   Okay.  Did you -- you were able to find Mr.
22  Fraley as a lawyer, right?
23   A.   Yes.
24   Q.   So you knew how to find a lawyer?
25   A.   Yeah.

Page 57

1    Q.   So if you felt that something was wrong you
2   knew how to ask questions about that, right?
3    A.   Well, yes, but he had threatened us that if we
4   said anything to anybody that you, know, he would
5   prosecute us to the fullest extent.
6    Q.   Prosecute you for what?
7    A.   I don't know.  His contract said we'd be
8   prosecuted, so I don't know if that meant legally or if
9   he would just find ways to destroy our lives, you know,
10  in other ways.  I don't know.  I don't know what he was
11  capable of.
12   Q.   Okay.  So you just signed that document?
13   A.   Uh-huh.  Well, I didn't foresee any problems
14  when I signed it.
15   Q.   But I thought you said that when he signed --
16  when he gave you this document that he had already
17  started making threats to you?
18   A.   No.  It was before he started making the
19  threats.
20   Q.   Okay.
21   A.   He just used that as part of his threat.
22   Q.   Okay.  Other than calling you white trash, did
23  he make any other comments about your race?
24   A.   He said white women are stupid.  We're garbage.
25  We're lazy.  That's pretty much it.  That we're

Page 58

1  basically there just to be property for him to exploit.
2      Q.   Okay.  When did he tell you -- when did he call
3  you white trash?
4      A.   All the time.
5      Q.   And what did you say when he called you white
6  trash?
7      A.   Nothing I could say.  He was my supervisor.
8      Q.   So you think that because he was your
9  supervisor he could just call you white trash?
10     A.   Well, I didn't think it was okay, but there
11 wasn't much I can do.  It's not like he had numbers
12 posted for a district manager or somebody higher up.  He
13 always said he's the manager, he's the boss, he's the
14 owner.  If we have problems go to him, but if he's the
15 one causing the problems there's no one to go to.
16     Q.   Did you have a computer?
17     A.   Yes.
18     Q.   Did you have access to e-mail?
19     A.   Uh-huh.
20     Q.   Yes?
21     A.   Yes.
22     Q.   Did you have a telephone?
23     A.   Yes.
24     Q.   You have access to the telephone?
25     A.   Yes.

Page 59

1      Q.   Did you have a cell phone?
2      A.   Yes.
3      Q.   You had access to your cell phone?
4      A.   Uh-huh.
5      Q.   Yes?
6      A.   Yes.
7      Q.   When did he tell you that white women are
8  stupid, garbage, and lazy?
9      A.   All the time.  Constantly.
10     Q.   And what did you do when he told you that?
11     A.   Just tried to ignore him and stay away from him
12 as much as I could.  I tried to always maintain
13 professional behavior when I was at work, so.
14     Q.   Did you consider performing oral sex and having
15 sexual intercourse with your supervisor to be
16 professional behavior?
17     A.   No.
18     Q.   Other than calling you white trash, saying that
19 white women are stupid, garbage and lazy and that white
20 women were there to be -- property to be exploited, did
21 he make any other comments about your race?
22     A.   No.
23     Q.   Did he make any comments about your national
24 origin?
25     A.   I don't think he even knew my national origin.

Page 60

1      Q.   Did he ever say to you that because he believed
2  you to be white trash, stupid, garbage, lazy or property
3  to be exploited, that because of that he was going to
4  fire you or not give you more hours or anything like
5  that?
6      A.   In a way, because he said that if we didn't --
7  if I didn't fulfill his needs that he was going to cut
8  my hours or replace me.
9      Q.   Right.  But what I'm saying is in relation to
10 him calling you white trash, saying that you're stupid,
11 garbage, lazy and property to be exploited, did he say
12 you're those things --
13     A.   No.
14     Q.   Okay.  So the threats, tell me the threats that
15 you're saying that he made to you about your job.
16     A.   Basically what I've been saying.  He would tell
17 us that if we didn't fulfill his needs and make him
18 happy that we'd be replaced or he would cut our hours.
19 His most popular term was I'll hurt your wallets, so, I
20 mean, he found ways to mess with us all the time.
21     Q.   And how do you know -- you keep saying he told
22 us and using the plural.  When you're talking in the
23 plural, who are you talking about?
24     A.   Me and all the other girls he's done this to.
25     Q.   Okay.  So who is you and all these other girls?

Page 61

1      A.   Me, Ruthie, Alex.  I know Alex had said
2  something to me.  I don't know the names of the girls
3  that were there before me, but I had heard stories that
4  he's done this to other girls before and they just quit.
5      Q.   Okay.  So were you around when he supposedly
6  threatened Ruth about her job?
7      A.   Yes.
8      Q.   Okay.  Was that -- when was that?
9      A.   I walked up to her in the hallway one day when
10 he was talking to her and she looked like she was going
11 to cry and he said to her that he was very disappointed
12 with the way her rooms had been cleaned lately and that
13 if she didn't improve her performance that he was going
14 to let her go and I was the one that always inspected
15 her rooms and her rooms were always perfect, so that was
16 just him threatening her.
17     Q.   Okay.  So he said if she didn't improve her
18 performance.  You didn't hear him say if you don't have
19 sex with me or perform oral sex on me you're going to --
20     A.   No, but I knew that --
21     Q.   That's not -- that's not my question.
22     A.   Okay.
23     Q.   Did you hear him say to her that if you don't
24 perform oral sex or have intercourse or some other
25 sexual act that you will be terminated?

Page 62

1   A.   He did when we were both together in the room.
2   Q.   That's not what I'm asking you.
3   A.   He did say that to her, though.
4   Q.   Ms. Kufrin, I need you to listen to the
5   question I'm asking you, not answer what you want to
6   answer.
7   A.   Okay.
8   Q.   The question I asked, you just talked about a
9   situation where you walked up to him when he was
10  speaking with Ms. Charest.  We're on the same page?
11  A.   Yes.
12  Q.   During that conversation, did you ever hear
13  Mr. Panjabi say to Ruth Charest that if she did not
14  perform oral sex, have intercourse, or do any other
15  sexual act that she would be terminated?
16  A.   Not at that moment, no.
17  Q.   Okay.  What you heard him say was that if she
18  didn't improve her job performance she would be
19  terminated, is that correct?
20  A.   Right.
21  Q.   Okay.  Now, you're saying that during the
22  incident -- was it in the -- the one in the kitchen or
23  in the room that you're saying that you heard him say
24  that if she didn't do it --
25  A.   Both times.  He said that to us both times.

Page 63

1   Q.   Okay.  So he said that to you and Ruth Charest?
2   A.   Yes.
3   Q.   Okay.  Any other conversations that you heard
4   between Ruth Charest and Mr. Panjabi where you claim
5   that he threatened her job, threatened to fire her if
6   she did not have sex, oral sex --
7   A.   No.
8   Q.   -- or do any other sexual conduct?
9   A.   No.
10  Q.   Any conversations you heard between Mr. Panjabi
11  and this Alex person where you claim that he threatened
12  her job if she did not perform some type of sex act on
13  him?
14  A.   No.  I only heard it from her.
15  Q.   Okay.  Any other employee that you heard Mr.
16  Panjabi as you say threaten to terminate them or
17  threaten their job if they did not perform some type of
18  sexual act on him?
19  A.   Ung--ugh.
20  Q.   Is that no?
21  A.   No.
22  Q.   Now, you said that you heard stories.  Who did
23  you hear stories about?
24  A.   From Alex.  She told me that he offered her
25  money for sex.

Page 64

1   Q.   When did he do that?
2   A.   I don't know exactly when.  She just told me
3   whenever she felt like telling me, so I don't know the
4   exact days.
5   Q.   Okay.  When did she tell you that?
6   A.   She told me before she was terminated, so
7   probably around October, too.
8   Q.   October of what year?
9   A.   2015.
10  Q.   Did she accept the money?
11  A.   No.
12  Q.   Were you ever offered money by Mr. Panjabi?
13  A.   No.
14  Q.   Did he ever give you money?
15  A.   No.
16  Q.   Other than telling you that if you did not
17  fulfill his needs he would cut your hours and I'll hurt
18  your wallet, any other statements that Mr. Panjabi made
19  to you about -- that you consider to be threats about
20  your job?
21  A.   Not that I can think of right at this moment,
22  no.
23  Q.   When you requested more hours from Mr. Panjabi,
24  what was his response?
25  A.   First he laughed at me and said what do I need

Page 65

1   more hours for and then he said that I would have to do
2   more for him in order to get what I wanted.
3   Q.   Did you ask him what he meant by that?
4   A.   Yes.
5   Q.   And what did he say?
6   A.   He said he wanted more sexual favors.
7   Q.   And what did you say?
8   A.   I told him no.  I would just work harder and do
9   my job to the best of my ability and take any training
10  classes I needed or whatever to earn raises, but he said
11  that if I didn't continue with the sexual favors that he
12  would make sure I was replaced.
13  Q.   When did you have this conversation?
14  A.   I don't remember.
15  Q.   Before or after you were promoted to
16  housekeeping supervisor?
17  A.   It was probably after.
18  Q.   Before or after you were trained at front desk?
19  A.   It was probably during then.
20  Q.   So did you ever ask for more hours before you
21  started performing sexual favors on Mr. --
22  A.   No.  I might have at one point because I know
23  he cut my hours back really, really low for like two
24  weeks in a row, but I don't remember.
25  Q.   When was that?

Page 66

1    A.    I don't -- I don't remember.
2    Q.    Okay.  So prior -- let me make sure the record
3  is clear.
4          Prior to you having sex or performing oral sex
5  on Mr. Panjabi, had you asked for more hours?
6    A.    I don't know.  I think so, but I don't remember
7  a hundred percent.
8    Q.    Did Mr. Panjabi ever increase your hours in
9  response to a request to have more hours?
10   A.    No.  He only increased them because he needed
11 to fill certain positions because people kept quitting.
12   Q.    Okay.  So let's go back.
13         MS. CAVANAUGH:  Can we take a quick break?
14         MS. CHARLES-COLLINS:  Yes.
15         (Recess from 11:01 a.m. until 11:05 a.m.)
16   Q.    (By Ms. Charles-Collins)  You said between
17 July 2015 and May 2016 that you performed oral sex on
18 Mr. Panjabi 15 to 20 times and had intercourse with him
19 10 to 15 times.
20   A.    Uh-huh.
21   Q.    Are those 10 to 15 times separate and apart
22 from the 15 to 20 times that you performed oral sex?
23   A.    Yes.
24   Q.    Okay.  So were -- did you always perform oral
25 sex on him at the hotel?

Page 67

1    A.    Yes.
2    Q.    Did you always have intercourse with him at the
3  hotel?
4    A.    Yes.
5    Q.    All right.  You talked about in October 2015
6  that he grabbed you in the elevator.
7    A.    Uh-huh.
8    Q.    What was the next incident that occurred after
9  that elevator incident?
10   A.    I know there was several times in guest rooms
11 that he would say that he wanted to go up to one of the
12 rooms to show me a room for whatever reason, whether it
13 was a housekeeper did something wrong or there was
14 something broken in the room or whatever excuse he could
15 think of, and when we'd get up there he would
16 immediately just start taking my clothes off and expect
17 stuff.
18   Q.    And when he'd start taking your clothes off,
19 what do you do?
20   A.    I couldn't really -- I mean, there were a
21 couple times I tried to kind of push him away, but he
22 was very forceful and just kind of would throw me around
23 until he got everything off, so --
24   Q.    And when you say throw you around, what do you
25 mean?

Page 68

1    A.    He would physically like push me and hold me
2  down and stuff.
3    Q.    You ever get any type of bruise or --
4    A.    I don't think so.
5    Q.    And after you would perform oral sex on him or
6  have sexual intercourse with him you would just go back
7  to work?
8    A.    Yeah.  He would just get up and walk out.
9    Q.    Okay.  So when he would tell you that he needs
10 you to go and check these guest rooms, would other
11 employees, like the housekeeper, still be on duty?
12   A.    Yeah, but he would pick a room that he knows
13 nobody's in and he would lock the door behind him so
14 nobody could come in.
15   Q.    Okay.  So would you have to meet him in the
16 room?
17   A.    Yes.
18   Q.    Okay.  So he would call you.  How would he --
19 how would he get ahold of you?
20   A.    He would tell me -- usually if I ran downstairs
21 to put a room in the computer, he'd say, hey, I need to
22 see you up in this room in five minutes to show you
23 something.
24   Q.    Right.  So he would contact you by radio, by
25 phone?

Page 69

1    A.    In person, just tell me as he walked past me in
2  the hallway or whenever he saw me.
3    Q.    Okay.  And why wouldn't you then take somebody
4  with you to the room?
5    A.    I actually tried a couple times.  I had our
6  maintenance guy -- I would tell him, go up to this room
7  in five minutes and, you know, go in to try to get him
8  caught, and the maintenance guy would always get
9  distracted or, you know, get there too late or Jay would
10 switch rooms or whatever to where he never would get
11 caught.
12   Q.    How would -- when you say Jay would switch
13 rooms, are you trying to say that --
14   A.    He would --
15   Q.    Are you trying to say that he would switch
16 rooms because he knew the maintenance guy was coming?
17   A.    No.  He would just -- I don't know if he just
18 wouldn't like that room or if he was trying to make it
19 look less suspicious to where he would say, hey, meet me
20 in this room, but then we'd get there and he'd point out
21 one little thing and then take me to another room, point
22 out one other thing and then take me to another room
23 like so it was several rooms in a row to where it looks
24 like he's actually showing me things.
25   Q.    Okay.  So who is this maintenance guy that

Page 70

1  we're talking about?
2      A.   Mike.  I don't know his last name.
3      Q.   How many times did you ask Mike to meet you in
4  rooms that Mr. Panjabi asked you to meet him in?
5      A.   Between five, six, seven times.
6      Q.   So five to seven times --
7      A.   Yeah.
8      Q.   -- you asked Mike to accompany you?
9      A.   Yes.
10     Q.   And none of those five to seven times did Mike
11  accompany you?
12     A.   No.  He would show up too late or Jay would
13  give him something to do to where it would keep him
14  busy.
15     Q.   How would -- how would Jay know to -- that --
16  how would Jay know to give him something to do at the
17  same time that you were asking him to meet you in the
18  room?
19     A.   I don't think he specifically knew.  I think it
20  was just more or less trying to cover his own tracks and
21  not get caught.  He would keep the housekeepers and
22  everybody busy so that nobody would see what he was
23  doing.
24     Q.   How big is the hotel?
25     A.   Three floors.

Page 71

1      Q.   How many rooms?
2      A.   I believe it was 81.
3      Q.   Why would you keep going to these rooms to meet
4  him?
5      A.   I had to.  He would threaten my job.  Half the
6  time he wouldn't tell me, hey, meet me at the room for
7  sex.  He would say, hey, I need to show you something,
8  so I'm assuming it's something job related.
9      Q.   Okay.  So after the first time or the second
10  time where you say that he tells you I need to show you
11  something and he then is taking off your clothes, it
12  didn't dawn on you that maybe the third time I shouldn't
13  go to the room?
14     A.   Well, yeah.  Eventually I realized what he was
15  doing, but there's nothing I could do.  There was nobody
16  to complain to.  He said he would terminate me and then
17  he had that contract against me saying that I couldn't
18  be employed anywhere within 20 miles or I'd be
19  prosecuted.
20     Q.   Okay.
21     A.   So there was literally nothing I could do.
22     Q.   Okay.  You couldn't work 21 miles away?
23     A.   I don't see why I would need to.
24     Q.   How far was AAA from your home?  When you
25  worked at AAA, how far was that from your home?

Page 72

1      A.   It was in Port Richey, so not very far.
2      Q.   How many miles?
3      A.   I don't remember.  I don't recall.
4      Q.   How far did you go to school from where you
5  lived?
6      A.   I went to school at home.  I did online
7  classes.
8      Q.   Okay.  So do you have a car?
9      A.   Yes.
10     Q.   All right.  So if you had to find a job that
11  was more than 20 miles away, could you have done that?
12     A.   Probably not.
13     Q.   You couldn't get to a job that was more than
14  20 miles from your house?
15     A.   I mean, I could there, but there's nothing to
16  say that he wouldn't have stopped me from getting that
17  job because he already threatened to do that.
18     Q.   Okay.  How long would it take you to get from
19  -- to drive from Weeki Wachi to Port Richey?
20     A.   Maybe 30, 40 minutes.
21     Q.   And when you worked for AAA, did you live in
22  Weeki Wachi?
23     A.   No.  I lived in Spring Hill.
24     Q.   Okay.  So how long would it take to get from
25  Spring Hill to Port Richey?

Page 73

1      A.   Like 25 minutes.
2      Q.   Okay.  Did Mike ever come to one of the rooms
3  that you asked him to come to at any time?
4      A.   Yeah.
5      Q.   And did -- was Jay in the room at the time?
6      A.   No.
7      Q.   Who was in the room?
8      A.   By the time he walked in one room Ruthie was in
9  it already cleaning it.
10     Q.   Okay.  So this would have been one of the --
11  one of the two incidents where you say that you -- well,
12  I guess it was only the one incident in the room where
13  you, Ruthie, and Mr. Panjabi were?
14     A.   Right.
15     Q.   Okay.  Were you still in the room?
16     A.   I was walking out, I believe, as he was walking
17  in.
18     Q.   Were you dressed?
19     A.   Yes.
20     Q.   Did you say anything to Mike as you were
21  leaving the room?
22     A.   Not specifically that time, no.
23     Q.   Did you at some other time?
24     A.   Yeah.  I told him that Jay was harassing us and
25  he said that he knew because he found condoms in his

Page 74

1  toolbox in his office.
2      Q.   When did you tell -- when did you have that
3  conversation with Mike?
4      A.   Maybe like November or December.
5      Q.   2015?
6      A.   Yes.
7      Q.   Mike said that Mike found condoms in Mike's
8  toolbox?
9      A.   Yes.  I knew they were left there from Jay from
10 the time that we went into Mike's office.
11     Q.   So when you had sexual intercourse with Mr.
12 Panjabi, he used a condom?
13     A.   Yes.
14     Q.   When you had oral sex, did he use a condom?
15     A.   Yes.
16     Q.   Okay.  So then when Mike said that he found
17 condoms in his toolbox, what did you say?
18     A.   I told him that Jay had put them there because
19 I watched him put it there.  He had bought a three-pack,
20 said he couldn't take two of them home to his wife
21 because she would know what he was doing, so he used one
22 and put the other two in Mike's toolbox so that he would
23 know where they were for next time.
24     Q.   Since you knew where they were, did you get rid
25 of them?

Page 75

1      A.   No; Mike did.
2      Q.   Okay.  Any other conversation that you had with
3  Mike, the maintenance guy, regarding your claims that
4  Mr. Panjabi was harassing you?
5      A.   Not specifically me, but he did tell me I
6  wasn't the first person to be harassed by him.
7      Q.   When did he tell you that?
8      A.   Around the same time that he found the condoms.
9      Q.   So that would be this November, December time
10 period?
11     A.   Yes.  He said there have been multiple girls
12 that have been harassed by him.
13     Q.   Did he tell you the names?
14     A.   No.  I don't remember them.  They were before I
15 was even there.
16     Q.   Okay.  So did he tell you the names or you
17 don't remember the names?
18     A.   He might have mentioned the first names, but I
19 don't remember the names he said because I didn't know
20 any of the girls.
21     Q.   These 10 to 15 times that you had sexual
22 intercourse with Mr. Panjabi, were they always in a
23 vacant room?
24     A.   Yes.  Well, not always.  The intercourse, no.
25 Sometimes they were in the housekeeping office,

Page 76

1  sometimes was in a vacant room, sometimes was in his
2  office, and then the oral sex was other places.
3      Q.   What does that mean?
4      A.   The kitchen, the meeting room, the maintenance
5  room, too.
6      Q.   And is it your testimony that every time that
7  you had intercourse with Mr. Panjabi that nobody else
8  was -- other than the time with -- other than the two
9  times with Ruth, is it your testimony that nobody else
10 was in the hotel at the time?
11     A.   Right.  Right.
12     Q.   Were guests in the hotel?
13     A.   Yes.
14     Q.   And the times that you performed oral sex on
15 him, were other people in the hotel?
16     A.   Yes, but he'd always make sure we were in a
17 room that nobody would find us.
18     Q.   What does that mean?
19     A.   Either a vacant clean room so a housekeeper's
20 not going to be going in that room to clean or he would
21 find -- like if the maintenance guy wasn't there he
22 would use that office because it always locked or he
23 would have us go in his office and lock the door or in
24 the meeting room if nobody was using it, like in rooms
25 that were kind of hidden that locked.

Page 77

1      Q.   Did you ever scream for help, yell for help,
2  ask for help?
3      A.   No.
4      Q.   When you had sexual intercourse with Mr.
5  Panjabi, did you -- did you-all use different positions?
6      A.   Not usually, no.
7      Q.   Okay.  So tell me what position would you have
8  intercourse?
9      A.   Missionary and then doggy-style and that was
10 it.
11     Q.   Did you-all ever use any type of toys?
12     A.   No.
13     Q.   Did he ever use or did you ever use on him any
14 type of foreign objects during intercourse?
15     A.   No.
16     Q.   Did you ever have orgasms when --
17     A.   No.
18     Q.   -- you were having intercourse?
19     A.   Definitely not.
20     Q.   How long were these sexual -- how long in
21 period of time would these sexual encounters last?
22     A.   Anywhere between five and 15 minutes usually.
23     Q.   Did he have orgasms?
24     A.   I have no idea.
25     Q.   Do you know what it would feel like or sound

Page 78

1  like if a male had an orgasm?
2       A.   I would assume so, yeah.
3       Q.   So is it your testimony that you can't tell us
4  whether or not while you were having sex --
5       A.   He had -- he had a condom on, so I don't know.
6       Q.   Okay.  Other than the incident where he, I
7  guess, brought a friend you said you didn't remember,
8  did he ever ask you to engage in sexual activity with
9  anybody except for that friend and with Ruth Charest?
10      A.   No.
11      Q.   Anyone ever witness you coming out of a room
12 after you had sex or performed oral sex on Mr. Panjabi?
13      A.   I don't think so.  I mean, it might have been
14 on camera.  He had cameras in the hallways.
15      Q.   When you say that he made these threats about
16 your job, did he make these during the time that you
17 were having sex with him?
18      A.   No; before, usually, if I was kind of hesitant.
19      Q.   And what would he say to you?
20      A.   He would tell me he could easily replace me.
21      Q.   Okay.  And you didn't want to be replaced?
22      A.   No.  I needed my job.
23      Q.   You haven't worked for almost -- almost a year,
24 right?
25      A.   Uh-huh.

Page 79

1       Q.   And you're able to survive?
2       A.   Only because of my boyfriend.
3       Q.   Okay.  So at the time that you were working for
4  Mr. Panjabi you had a boyfriend, right?
5       A.   Yeah, but he wasn't paying my bills or helping
6  me like this one is.
7       Q.   Okay.  While working at Holiday Inn Express and
8  when you were having sexual intercourse and performing
9  oral sex on Mr. Panjabi --
10      A.   Right.
11      Q.   -- did you look for other jobs?
12      A.   I tried to.
13      Q.   Okay.  And what happened?
14      A.   I applied to a few places, didn't get any
15 callbacks or interviews.  One place specifically I know
16 was hiring for managers, Popeyes, and I applied there
17 and I got a phone call from a girl who used to work
18 there who was a housekeeper of mine saying that Jay
19 offered her money to get ahold of my application from
20 there so that they wouldn't hire me, and then when I
21 called back to check on the application they said they
22 couldn't find it.
23      Q.   Who was this person that you spoke to?
24      A.   Billie.
25      Q.   Sorry?

Page 80

1       A.   Billie.
2       Q.   Billie?
3       A.   Yes.
4       Q.   Do you know her last name?
5       A.   I don't know her last name.  She took over my
6  position after I was terminated.
7       Q.   Okay.  So Billie said that Jay contacted her?
8       A.   Yeah.  She was the new housekeeping supervisor
9  after he fired me and she said that he told her he would
10 give her money to get ahold of my application since she
11 had just quit there and she had a relative still working
12 there.
13      Q.   Okay.
14      A.   And that, you know, for her to pull my
15 application so that they wouldn't call me and hire me.
16      Q.   Okay.
17      A.   And then when I called back to check on the
18 application they said they couldn't find it any longer.
19      Q.   Okay.  So when -- when Billie and Jay had --
20 supposedly had this conversation Billie was working at
21 the Holiday Inn Express?
22      A.   Yes.
23      Q.   Okay.  But she previously worked at the Popeyes
24 where you applied?
25      A.   Right.  And she was the one that even told me

Page 81

1  to go apply there because she said she was a manager
2  there and was leaving to work full-time at Holiday Inn,
3  so she told me I could go apply there since Jay kept
4  threatening my job.
5       Q.   How did Billie know that -- that Jay was
6  threatening your job?
7       A.   She didn't really know he was threatening it,
8  per se.  She just knew that he was giving me a hard time
9  a lot.  A lot of the girls knew he was giving me a hard
10 time because he would follow me around and be constantly
11 complaining to me and just being the horrible person he
12 is, but she's the one that told me -- because I told her
13 I was looking for a second job because I told her the
14 hours I had at Holiday Inn weren't cutting it, I needed
15 more money and Jay wasn't willing to give me more hours
16 or a raise so I was going to get a second job, and he
17 made sure that I was terminated from that job and then
18 didn't get the other job.
19      Q.   Okay.  So when is it that you applied for a job
20 at Popeyes?
21      A.   Maybe in April.
22      Q.   And you testified earlier that up -- that when
23 you were terminated, which we'll get to, that you were
24 working as breakfast attendant?
25      A.   Yeah.

Page 82

1    Q.   Housekeeping supervisor, right?
2    A.   Yes.  Front desk.
3    Q.   Front desk, right?
4    A.   Yes.
5    Q.   And night audit?
6    A.   Yep.
7    Q.   So how many more hours did you want to work?
8    A.   Like another 10, 20.
9    Q.   Okay.  So how many hours were you working?
10   A.   At that time about 45, 45 a week, but I wanted
11   about 60 to 70.
12   Q.   And did you tell Mr. Panjabi that you wanted
13   60 to 70 hours?
14   A.   Yeah.  He said it wasn't doable.
15   Q.   So were you going to get 60 to 70 hours at
16   Popeyes?
17   A.   No.  I was going to keep my job at Holiday Inn,
18   work the 40, 45 there and then just work an additional
19   20 at Popeyes.
20   Q.   Okay.  So even with Mr. Panjabi as you say
21   harassing you, forcing you to have sex with him, forcing
22   you --
23   A.   Well, I mean, had I gotten --
24   Q.   Let me finish.
25   A.   Okay.

Page 83

1    Q.   -- forcing you to perform oral sex, you were
2    going to continue to work there for 40 to 45 hours and
3    then work at Popeyes as a second job?
4    A.   Yeah, until I could get full-time at Popeyes
5    because Popeyes couldn't offer me 60 hours a week
6    either.
7    Q.   So no matter how long it took for you to be
8    able to get full-time at Popeyes you would have
9    continued working for Holiday Inn and continue having
10   sex and performing oral sex on Mr. Panjabi until
11   Popeyes?
12   A.   No.  I had told him at the end that I was done
13   and I couldn't do it anymore.
14   Q.   Okay.  Where was the Popeyes that you applied
15   for a job?
16   A.   In Spring Hill, close by.
17   Q.   Okay.  So how many miles was that away from the
18   hotel?
19   A.   From the hotel, maybe five.
20   Q.   Okay.  So that was within the 20 miles, right?
21   A.   Right.
22   Q.   And you weren't afraid, it didn't bother you --
23   A.   No, I was.
24   Q.   Listen.
25   A.   I was.

Page 84

1    Q.   You weren't -- but you still applied for the
2    job at Popeyes.
3    A.   I was desperate.
4    Q.   Okay.  But it wasn't that if you got the job at
5    Popeyes you were going to quit.  You were just going to
6    work both jobs.
7    A.   Right.
8    Q.   Any place other than Popeyes that you applied
9    to while you were still working at the Holiday Inn?
10   A.   While I was still working there, no.
11   Q.   Okay.  In your complaint, the lawsuit that you
12   filed, you said that Mr. Panjabi coerced you into having
13   sex or performing oral sex on him.  How did he coerce
14   you?
15   A.   What do you mean by coerced?
16   Q.   I don't know.  That was in your lawsuit.  What
17   do you mean by coerced?
18   A.   Like forced?  I mean, I've kind of already
19   explained that he got physical with us.  He threatened
20   -- well, I should say me.  He threatened me.  He got
21   physical with me.  He told me he would destroy my
22   reputation and my career, my life, everything.  That's
23   about it.
24   Q.   So after having sex with him the first time or
25   performing oral sex with him the first time in August of

Page 85

1    2015 and you say that he threatened to ruin your life
2    and destroy your reputation, don't you think that had
3    you quit then as opposed to continuing to have sex with
4    him, that that threat would have been less of a --
5    A.   Yeah, it would have been less, but I wouldn't
6    have been able to survive or pay bills either.
7    Q.   Okay.  In your complaint where you say that he
8    manipulated you into having sex, what do you mean by he
9    manipulated you into having sex?
10   A.   With the threats.
11   Q.   Other than when he asked you to kiss Ruthie in
12   the kitchen --
13   A.   Yeah.
14   Q.   -- and have sex with her in that room, did he
15   ever demand or request that you have sex with any other
16   woman?
17   A.   He tried to get me to do stuff with Alex, but I
18   told him no.
19   Q.   What did he try to get you to do with Alex?
20   A.   He didn't really specify anything.  He just
21   said, I want you to do things with another girl.  And he
22   was like, what about Alex?  And I'm like, no, I don't
23   like girls and I'm not here for that, I'm here to work.
24   And he's like, well, that's okay, Alex isn't that pretty
25   anyways, and then he picked Ruthie.

Page 86

1    Q.   Okay.  And so why didn't you -- did you say no
2  when he asked you about Ruthie?
3    A.   Initially, yeah, and then he waited until he
4  caught us both in the kitchen at the same time and
5  closed the door and basically forced us to then.
6    Q.   Was Alex around when he asked you about having
7  -- doing stuff with Alex?
8    A.   No.  She was upstairs cleaning the rooms.  He
9  had called me in his office.
10   Q.   And when you said no about doing stuff with
11 Ruth -- I mean, sorry.  When you said no about doing
12 stuff with Alex because you don't like girls, did he
13 threaten to fire you?
14   A.   Not right then, no.
15   Q.   Did he threaten to ruin your reputation or ruin
16 or destroy your life when you said no about having sex
17 with Alex?
18   A.   With Alex, no.  He kind of dropped it right
19 then, but then he waited until I was in the kitchen with
20 Ruthie and then just pressed the issue again.
21   Q.   In your complaint you say that Mr. Panjabi came
22 up with this scheme to initiate and coerce and
23 manipulate you-all to have -- to have sex acts.  What
24 scheme are you talking about?
25   A.   I mean, this was all his idea.  I don't really

Page 87

1  know how to explain it.  It's -- you don't accidentally
2  force your employees into sexual acts, so there was some
3  intention behind it on his part.
4    Q.   When did you become aware of this scheme?
5    A.   Probably after it happened the first couple
6  times and I realized it wasn't going to stop.
7    Q.   You said in your responses to the
8  interrogatories, you talked about being slapped in the
9  back of your head during training?
10   A.   Yes.
11   Q.   What training are you talking about?
12   A.   When he was training me on front desk.
13   Q.   Who was there?
14   A.   Just me and Jay.  Everybody else had gone home
15 from their shift.
16   Q.   What did you do when he slapped you?
17   A.   He had showed me something the previous day on
18 the computer and asked me how to pull it up again and I
19 didn't remember how to do it immediately, so he slapped
20 me on the back of the head and he goes, see, all white
21 women are stupid.
22   Q.   Okay.  And what did you do when he slapped you
23 in the back of the head?
24   A.   Nothing.  What can you do against your manager?
25   Q.   You could report him.

Page 88

1    A.   Yeah, but he'd threaten to take action against
2  me if I did.
3    Q.   Okay.  So he slapped you in the back of the
4  head?
5    A.   Uh-huh.
6    Q.   And what else happened?  Did anything else
7  happen?
8    A.   No.  Not that time, no.
9    Q.   How long did you work at AAA?
10   A.   About a year.
11   Q.   Did you work at a location or did you work
12 remotely?
13   A.   Both.
14   Q.   What did you do there?
15   A.   Sales rep.  I was commission only, so it didn't
16 really pay bills either.
17   Q.   Did you ever go through any type of orientation
18 and training?
19   A.   Uh-huh.
20   Q.   Other than Mr. Panjabi you say slapping you in
21 the back of the head, did you get hurt by that?
22   A.   No.
23   Q.   Did you have any bruising?
24   A.   Ung-ugh.
25   Q.   Any cuts?

Page 89

1    A.   No.
2    Q.   Okay.  Any other -- you talked about in your
3  lawsuit and your interrogatories about unwanted
4  touching.  Any other type of unwanted touching that we
5  haven't -- that you haven't described so far?
6    A.   He was constantly walking up behind me and
7  grabbing my butt, grabbing in the front, grabbing my
8  chest like just constantly.
9    Q.   And when you say constantly, what do you mean
10 by that?
11   A.   Every day.  Any day that he was there and I was
12 there he was grabbing me.
13   Q.   Did you ever call in sick from work?
14   A.   I think one time.  I had food poisoning.
15   Q.   When he would grab your butt, your front and
16 your chest every day, what would you do?
17   A.   Nothing.  I just tried to ignore it and keep
18 working.
19   Q.   Anyone ever witness him doing that?
20   A.   No.  He always waited until there was no one
21 around.
22   Q.   How often was Mr. Panjabi at the hotel during
23 the week?
24   A.   Not very often.  He came in when he knew that
25 he'd have me alone or Ruthie alone as far as I know and

Page 90

1 then he'd work -- he'd say he's working breakfast or
2 front desk, but I would usually end up doing two or
3 three positions at once while he was doing whatever.
4    Q.   In your complaint you reference an incident
5 that occurred on August 11th, 2015.
6    A.   Uh-huh.
7    Q.   What is that incident?
8    A.   I would have to look because I don't even
9 remember off the top of my head.  August 11th?
10   Q.   Uh-huh.
11   A.   That was just one of the times that he had me
12 perform intercourse and oral sex on him.  I don't even
13 remember why I wrote that one down.  There were a few
14 instances that he just had me so upset by it that I just
15 narrowed it down just to get it out.
16   Q.   When you say wrote it down, wrote it down
17 where?
18   A.   Like on a piece of paper.  I gave you guys
19 everything that I had, all my documents.
20   Q.   So this August 15th, this was within the month
21 after you started working there, right?
22   A.   (Witness nodding head.)
23   Q.   Do you need to take a break?
24   A.   No.  I'm good.
25   Q.   Okay.

Page 91

1         MS. CAVANAUGH:  What did she say?  I'm sorry, I
2 didn't hear?
3         MS. CHARLES-COLLINS:  About --
4         MS. CAVANAUGH:  Within a month after you
5 started working there?
6         THE WITNESS:  Yeah.
7         MS. CHARLES-COLLINS:  That's the only one I
8 have, so when you're done can you give it to --
9         MS. CAVANAUGH:  Counsel?
10        MS. CHARLES-COLLINS:  Yeah.
11        MR. FRALEY:  Okay.  Thanks.
12        MS. CHARLES-COLLINS:  Thank you.
13        (Exhibit Number 1 was marked for
14 identification.)
15   Q.   (By Ms. Charles-Collins)  Ms. Kufrin, I'm going
16 to show you what will be marked as Defendant's Exhibit
17 1.  Do you recognize this document?
18   A.   Yes.
19   Q.   What is that?
20   A.   That's the document that I wrote down on the
21 days that he asked me for sexual favors that really
22 upset me.
23   Q.   Okay.  What was that written on?
24   A.   Just a piece of paper.
25   Q.   Okay.  Where did you get the piece of paper?

Page 92

1    A.   From my home.
2    Q.   Okay.  When did you create the document that is
3 photocopied in Exhibit 1?
4    A.   On this day.
5    Q.   Which day is that?
6    A.   On August 11th, 2015.
7    Q.   Okay.  So do you still have the original?
8    A.   No.  I gave it to him for you guys.
9    Q.   Okay.
10   A.   Do you want it back?
11   Q.   That's okay.  I'm going to ask you a question
12 about it.
13   A.   Okay.
14   Q.   So it's your testimony that on August 11th,
15 2015 you created this document?
16   A.   Yes.
17   Q.   All right.  And what did you write on August
18 11th, 2015?
19   A.   Was verbally informed by Jay that I would
20 receive a pay raise for my promotion when and if I
21 accepted his sexual advances.
22   Q.   Okay.
23   A.   And then I also put for that same day I was
24 asked to stay behind by Jay while the other employees
25 left the property and then once we were alone he

Page 93

1 solicited me.  I refused and tried to leave and he
2 inappropriately grabbed and touched me and forced me to
3 touch his genitals.
4    Q.   Okay.  So why did you write that down on that
5 day?
6    A.   Because I was really upset about it.
7    Q.   Okay.  Other than writing it down on that piece
8 of paper, did you tell anybody about it?
9    A.   No.
10   Q.   Okay.  When you wrote that down on August 11th,
11 2015, what did you do with that piece of paper?
12   A.   I just saved it.
13   Q.   Okay.  Where did you save it?
14   A.   I think in my bedroom or something.  I just
15 wanted to kind of vent and get it out.
16   Q.   Okay.  And after August 11th of 2015 -- do you
17 need a break?
18   A.   No.
19   Q.   Okay.  After August 11th of 2015 on the other
20 15 -- 15 to 20 times that you performed oral sex on Mr.
21 Panjabi, did you take any type of notes or document
22 those incidences?
23   A.   No.
24   Q.   On the 10 to 15 times that you had intercourse
25 with Mr. Panjabi, did you ever document those incidents?

Page 94

1    A.    No.
2    Q.    On the time that you -- is that August 11th,
3  2015, is that the time that you're saying that you
4  rejected his request for oral sex?
5    A.    Yes.
6    Q.    Okay.  On the times that you had sex with Ms.
7  Charest and Mr. Panjabi and oral sex two to three times,
8  did you ever make any notes about that?
9    A.    No.
10    Q.    Did you ever make any notes about the threats
11  that you say that Mr. Panjabi constantly made to you?
12    A.    No, because I didn't think there was anything I
13  could do about it.
14    Q.    Okay.  So --
15    A.    This I just wrote basically for me so I could
16  vent.
17    Q.    Okay.  So the other times that you were having
18  sex with him --
19    A.    No.
20    Q.    -- oral sex and having oral sex and sex with
21  Ruth Charest you didn't need to vent?
22    A.    No.  I mean, I did, but I just -- this was like
23  the start of it and just really got me.
24    Q.    Okay.  Do you need to take a break?
25    A.    No.

Page 95

1    Q.    Okay.  May I see that for a second?
2    A.    Yes.  (Handing to Attorney Charles-Collins.)
3    Q.    Now, on this same sheet of paper you also have
4  a notation that says Monday, 05-23-16, it says,
5  scheduled himself for 6:00 A.M.
6    A.    Yes.
7    Q.    Showed up at 7:33 A.M.
8    A.    Yes.
9    Q.    What is the significance of that notation?
10    A.    Just to show how much he controlled and played
11  with our schedule based on if we adhered to his sexual
12  wishes.
13    Q.    Explain that to me.  I don't understand how
14  this --
15    A.    Because he --
16    Q.    -- relates to that.
17    A.    This was on a day -- I think he had asked me
18  for something prior, like he wanted oral and intercourse
19  the day prior and I had told him no to intercourse and
20  still gave him oral, and then he had scheduled himself
21  for 6:00, but to punish me showed up and hour-and-a-half
22  late, so he would find ways to punish us if we didn't
23  listen.
24    Q.    So why did you agree to oral sex but not to
25  intercourse?

Page 96

1    A.    Because I just wanted him to leave the building
2  and I knew there was only one way he would go home.
3    Q.    I thought before you testified that you had
4  never rejected him for intercourse.
5    A.    No, I didn't.  He still always got something.
6  I mean, there were times that he wouldn't get both when
7  he wanted, but he always got something.
8    Q.    Right, but my -- I asked you a very specific
9  question.
10    A.    Okay.
11    Q.    So my question was if you had ever rejected him
12  for intercourse?
13    A.    Well, then, yeah.  In that instance there would
14  have been.
15    Q.    Okay.  So that would have been on May 22nd that
16  you rejected him?
17    A.    Yes, because that was the day before that.
18    Q.    Did he fire you on May 22nd?
19    A.    No.
20    Q.    Is it your testimony that from August 11th,
21  2015 until May 23rd of 2016 you kept the original of the
22  sheet of paper that is copied in December of -- in
23  Defendant's Exhibit 1?
24    A.    Yes.
25    Q.    Okay.  When you made that note on May 23rd of

Page 97

1  2016 --
2    A.    Right.
3    Q.    -- about the scheduling, why didn't you make
4  any notation about the fact that you say the day before
5  that he had requested intercourse and oral sex?
6    A.    I didn't even think about it.  I mean, I wasn't
7  documenting to go to court, so I didn't think about
8  writing everything down.
9    Q.    So what was the purpose of making that note on
10  the 23rd?
11    A.    I was upset about it.  I was just kind of
12  writing it down because I was upset.
13    Q.    Okay.  So between August 11th of 2015 and May
14  23rd of 2016, there wasn't anything that made you so
15  upset that you would take notes, that you would need to
16  keep notes?
17    A.    I probably did, but I probably threw them away.
18  I didn't -- I wasn't keeping them to just keep it.  I
19  didn't want to relive the memories.
20    Q.    Do you keep any type of diary or journal?
21    A.    Yeah, at home.
22    Q.    Have you turned that diary or journal over to
23  your attorneys?
24    A.    No, because I don't have anything in there
25  about that.

Page 98

1    Q.   Okay.  Do you have anything documented in your
2  diary from July of 2015 through May of 2016?
3    A.   No.
4    Q.   When's the last --
5    A.   Not from work-related.
6    Q.   That wasn't my question.  Do you have
7  anything --
8    A.   Probably not.
9    Q.   Do you have anything documented in your journal
10 from July '15 through 2016?
11   A.   No.  I stopped using it.
12   Q.   When did you stop using it?
13   A.   I don't even know.
14   Q.   Okay.  I'm going to ask that you produce that
15 diary to your attorney.
16   A.   Okay.  That's fine.
17   Q.   How many diaries do you have?
18   A.   Just one.
19   Q.   What does it look like?
20   A.   It's just pink.
21   Q.   Okay.
22   A.   A little pink notebook.
23   Q.   All right.  Does it have any type of writing on
24 the front of it?
25   A.   No.

Page 99

1    Q.   All right.  Have long have you had that diary?
2    A.   Not very long.
3    Q.   Anywhere else that you would take notes about
4  anything occurring in your life between July of 2015 and
5  May of 2016?
6    A.   No.
7    Q.   Any e-mails that you would have sent to anybody
8  about your life between July 2015 and May 2016?
9    A.   No.
10   Q.   Do you have a cell phone?
11   A.   Yes.
12   Q.   Do you have the same cell phone that you had at
13 the time that you worked at the Holiday Inn Express?
14   A.   No.
15   Q.   What happened to that cell phone?
16   A.   It broke.
17   Q.   Did you ever send any text messages to
18 anyone --
19   A.   No.
20   Q.   Hold on for a second.
21   A.   I'm sorry.
22   Q.   That's all right.
23        Did you send any text messages to anyone
24 between July of 2015 and May of 2016 about what was
25 occurring in your life?

Page 100

1    A.   No.
2    Q.   Never sent your boyfriend at the time,
3  Christian, any text messages about I'm mad, I'm
4  frustrated?
5    A.   No.
6    Q.   Nothing like that?
7    A.   I didn't even want him to know about it.
8    Q.   Okay.  In your lawsuit you say that in March of
9  2016 that Mr. Panjabi demanded that you and Ruth have
10 sex with each other and then with him.  Is that the
11 incident that you were talking about previously in the
12 room?
13   A.   That might have been, yeah.  All the dates run
14 together to me, so I'm -- it was happening so much I
15 don't know the exact dates of everything.
16   Q.   Okay.  So you don't know what this March 2016
17 incident refers to?
18   A.   It's probably the time that happened in the
19 room because it's later on.
20   Q.   And in March of 2016, this would have been at
21 least the second time that you say Mr. Panjabi asked you
22 and -- you and Ms. Charest to engage in sexual acts with
23 each other and him?
24   A.   Right.
25   Q.   Right?

Page 101

1    A.   Uh-huh.
2    Q.   In this same paragraph we were talking about,
3  March 2016, in your complaint, it says, the plaintiffs
4  were thus jointly humiliated, but thereafter empowered
5  to confront Defendant Panjabi and refuse his future
6  demands?
7    A.   Right.
8    Q.   Were you jointly humiliated when it happened
9  three months after you started working?
10   A.   Yeah.
11   Q.   Okay.  So what -- what changed to allow you to
12 be empowered in May as opposed to when you-all were
13 jointly humiliated three months after you start working?
14   A.   We had just had enough.
15   Q.   Okay.  What caused you to have had enough?
16   A.   Because he was pushing for us to try to have
17 sex with other people.  He was pushing for anal.  He was
18 pushing for all kinds of more crazy stuff.
19   Q.   Okay.  So it wasn't the fact that he wanted to
20 continue to have sex or --
21   A.   Well, no.  It was that, too.
22   Q.   Okay.
23   A.   It was that, too, but we didn't want any more.
24   Q.   So in March of 2016 you-all just got empowered
25 and decided no more?

Page 102

1    A.   Yes.
2    Q.   Okay.  So after March of -- so between March of
3  2016 and May of 2016, is it your testimony that you had
4  no other sexual contact with Mr. Panjabi?
5    A.   Nothing, ung-ugh.
6    Q.   So between March and May of 2016, did Mr.
7  Panjabi request from you intercourse?
8    A.   Yes.
9    Q.   And you rejected that?
10    A.   Yes.
11    Q.   Okay.  So when you testified earlier that you
12  had never rejected him that wasn't correct?
13    A.   Well, no.  I did reject him at the end.
14    Q.   Okay.  So between March and May of 2016, how
15  many times did Mr. Panjabi request sexual intercourse
16  from you?
17    A.   After I rejected him the first time maybe
18  another two, three times, one of the times being with
19  his friend.  He wanted me to do stuff with his friend
20  and I told him absolutely not.
21    Q.   Okay.  So that was in this March to May time
22  period?
23    A.   Uh-huh.
24    Q.   So between March and May of 2016 Mr. Panjabi
25  requested sexual intercourse four times?

Page 103

1    A.   Between like two and four, yeah.  I would say
2  that it was quite a few.
3    Q.   And those two to four times you rejected him?
4    A.   Yes.
5    Q.   How many of those two to four times occurred
6  after this March incident with you and Ms. Charest?  How
7  many times in March did he request?
8    A.   I don't know.
9    Q.   How many times in April did he request that you
10  have sexual intercourse with him in two thousand --
11    A.   From March -- March is when I told him no more,
12  right?  So it wasn't -- I didn't do anything with him
13  after that.
14    Q.   Okay.
15    A.   I don't understand the question, I guess.
16    Q.   All right.  In March of 2016 -- when in March
17  did this incident occur with you, Mr. Panjabi, and Ms.
18  Charest?
19    A.   I don't know if I wrote it down.  I don't know
20  the exact date.
21    Q.   Was it the beginning of March, the middle of
22  March, the end of March?
23    A.   I can't recall.  I just know it was in March,
24  but I don't know an exact date.
25    Q.   Okay.

Page 104

1    A.   Or around the exact date.
2    Q.   All right.  How many times did he ask you in
3  April of 2016 to have intercourse with him?
4    A.   Constantly.
5    Q.   Okay.  So what does that mean?  I don't know
6  what that means.
7    A.   Like all the time.
8    Q.   Okay.  So March --
9    A.   Any chance he got.  Like anytime he was in the
10  building and saw me and her there or just me there or
11  just her there.
12    Q.   Okay.  In April of 2016, how many times was he
13  in the building where he would ask you for intercourse?
14    A.   I don't keep track of how many times he's in
15  the building, so I don't know, but it was a lot.
16    Q.   Okay.  So April has 30 days.  Would he ask you
17  once a day?
18    A.   Usually once a day was enough, but usually it
19  wasn't like -- it was every day or every other day.  It
20  varied depending on his mood when he came in.
21    Q.   Okay.  So in April he asked you for intercourse
22  between 15 to 30 times?
23    A.   Yeah.
24    Q.   Okay.  And in those 15 to 30 times in April of
25  2016 you rejected him, correct?

Page 105

1    A.   Yes.
2    Q.   And in April of 2016 when you rejected him
3  those 15 to 30 times, rejected his request for
4  intercourse, did you get fired on any of those 15 to 30
5  times?
6    A.   No, but he made my day miserable every single
7  time.
8    Q.   In April of 2016, how many times did Mr.
9  Panjabi ask you for oral sex?
10    A.   A lot.
11    Q.   Okay.  More than the 15 to 30 times?
12    A.   No.  It was probably about the same.
13    Q.   Okay.  Did he ask you for any other type of
14  sexual conduct or act --
15    A.   Yeah.
16    Q.   -- in April of 2016 other than intercourse and
17  oral sex?
18    A.   He wanted me to do anal and I told him no.
19    Q.   Okay.  And how many times in April of 2016 did
20  he ask you to do anal sex?
21    A.   Maybe twice.
22    Q.   Any other things that he asked you to do that
23  you refused?
24    A.   The sex with his friend which I told him no.
25    Q.   Anything else?

Page 106

1    A.   Not that I can think of, no.
2    Q.   Okay.  The two times that he asked you to do
3 anal sex and you refused, did you get fired?
4    A.   No.
5    Q.   Okay.  Did you get disciplined in any way?
6    A.   Yes.
7    Q.   Okay.  What was the discipline?
8    A.   He pulled me in the office to yell at me and
9 say that my performance was slacking and that he could
10 replace me and that he had other people lined up, that
11 if I didn't want to cooperate that he could make my life
12 horrible and get somebody new.
13    Q.   Okay.  And that didn't cause you to then agree
14 to have anal sex, right?
15    A.   No.
16    Q.   All right.  In May of 2016, how many times did
17 Mr. Panjabi request that you have intercourse with him?
18    A.   Not as many.  Like maybe -- maybe five the
19 entire month.
20    Q.   Okay.  And did you reject him all of those
21 times?
22    A.   Yes.
23    Q.   And did he fire you?
24    A.   No, not until the end.
25    Q.   Okay.  We'll get to that in a minute.

Page 107

1         How many times did he ask you about oral sex in
2 May of 2016?
3    A.   In May, probably like five to seven times.
4    Q.   All right.  Each of those five to seven times,
5 did you reject him?
6    A.   I said no, yeah.
7    Q.   Did you get fired in any of those five to seven
8 times?
9    A.   The last time, yeah.
10    Q.   All right.  Did he ask you about having anal
11 sex or performing any other sex acts in May of 2016?
12    A.   Ung-ugh.
13    Q.   No?
14    A.   I don't think so.
15    Q.   Okay.  So I want to go back to something
16 because originally I had asked you about whether or not
17 you had rejected his requests for sexual intercourse and
18 you said that you never did, but now we see that --
19    A.   Yeah.
20    Q.   Okay.  So before May of 2016 or before -- let's
21 say before March of 2016, how many times had you
22 rejected Mr. Panjabi's request for sexual intercourse?
23    A.   Before March, right?
24    Q.   Before March of 2016.
25    A.   Then it should be like twice because I know it

Page 108

1 was the first time and then you said -- oh, wait.
2 Before March.  Okay.  So just the once then before
3 March.
4    Q.   All right.  And then how many times did you
5 reject oral sex before March of 2016?
6    A.   I believe just the one time -- or no.  I
7 rejected the sex twice and oral once.
8    Q.   Any other sexual acts or conduct that you
9 rejected prior to March of 2016?
10    A.   I mean, I rejected touching his penis.  He
11 grabbed my hand and forced me to, if that matters.
12    Q.   Anything else?
13    A.   I think that's it as far as I can remember.
14    Q.   Okay.  What was your last day at the Holiday --
15 what was the last day that you worked at the Holiday Inn
16 Express?
17    A.   It was the end of May of 2016.  I don't
18 remember the exact date.
19    Q.   Tell me about that day.
20    A.   He called me into the office and had me close
21 and lock the door and then said that my performance was
22 slacking lately because he said I've been on my cell
23 phone too much, which I didn't use my cell phone at
24 work, and asked me if I would perform oral sex on him to
25 make up for it.  I told him no, so he said, well, then

Page 109

1 in that case, then I'm going to find somebody to replace
2 you.  You're free to go.
3    Q.   So it's your testimony that you were
4 terminated --
5    A.   Yes.
6    Q.   Let me finish.
7    A.   Uh-huh.
8    Q.   Is it your testimony that you were terminated
9 by Mr. Panjabi as opposed to you just walking off the
10 job?
11    A.   Yes.
12    Q.   Who else was at work that day?
13    A.   The housekeepers.  I don't remember who was in
14 breakfast or if anybody was even still there.
15    Q.   What time of day was it?
16    A.   Like afternoon because I was checking rooms for
17 the housekeepers.  I was supervising that day.
18    Q.   And when you say afternoon, are you saying
19 after 12 noon or afternoon?
20    A.   Like around 12:00, 1:00 probably.
21    Q.   Did you ever apply for unemployment?
22    A.   No.
23    Q.   Why not?
24    A.   Because he told me not to bother because he
25 would make sure I don't get it.

Page 110

```
 1    Q.   When did he tell you that?
 2    A.   He told us that all the time.  Anytime he would
 3  threaten our job or if somebody retaliated and say, oh,
 4  well, I'll just go get unemployment, then he'd be like,
 5  go ahead and try.  I'll make sure you never get it.  No
 6  one's ever gotten unemployment through me.
 7    Q.   All right.  Now, I asked you before all of the
 8  statements that he's made to you where you say that he
 9  threatened you, so now that that's a new statement, so I
10  need to know every statement that you can remember where
11  you say that he threatened your job in relation to you
12  having sex with him and performing oral sex on him.
13    A.   I'm trying to think if there's any I haven't
14  said yet.  I mean, he said he'd make sure I'd never find
15  another job.  He said he would prosecute me if I found a
16  job within 20 miles or he would make sure that the
17  managers don't hire me.  He said he'd make sure I
18  wouldn't be able to pay my bills.
19    Q.   And even though he supposedly threatened you
20  about not finding a job within 20 miles, you still
21  applied for the job at Popeyes which was within five
22  miles, right?
23    A.   Right, but I hadn't been terminated yet, so it
24  technically wasn't going against the contract.  It
25  wasn't another hotel and I wasn't terminated and hadn't
```

Page 111

```
 1  resigned, so I wasn't breaching contract by applying for
 2  a second job.
 3    Q.   And you understand what it means to breach a
 4  contract, right?
 5    A.   Uh-huh.  Yes.
 6    Q.   And you understand what the word breach means?
 7    A.   Yeah.
 8    Q.   And when you read the contract that you say
 9  that you signed, you understood what you were signing?
10    A.   Uh-huh.
11    Q.   Yes?
12    A.   Yes.
13    Q.   Okay.  And was it any job at all within 20
14  miles or was it another hotel job within 20 miles that
15  you're saying?
16    A.   The contract said a job within 20 miles or a
17  job that is similar to that of the hotel.
18    Q.   Okay.  So it said any job?
19    A.   Yes.
20    Q.   Okay.  Do you have a copy of that document that
21  you signed?
22    A.   I don't.
23         THE WITNESS:  Do you have it, Ron, by chance?
24         MR. FRALEY:  They have it.
25         THE WITNESS:  Oh, okay.
```

Page 112

```
 1         MS. CHARLES-COLLINS:  Are you saying that you
 2  produced it in the request for production?
 3         MR. FRALEY:  No.  Y'all produced it to us.
 4         MS. CHARLES-COLLINS:  Okay.  Do you need to
 5  take a break or anything?
 6         THE WITNESS:  No.  I'm okay.
 7    Q.   (By Ms. Charles-Collins)  In your complaint it
 8  says in paragraph 23 -- actually, let me make sure that
 9  it's in this one.
10         In your second amended complaint it says on
11  other occasions Defendant Panjabi used bananas, bottles,
12  and other objects as sexual toys on plaintiff.
13         Is it your testimony that Mr. Panjabi used
14  bananas, bottles, and other objects on you?
15    A.   Not on me, no.
16    Q.   Okay.  So where it says on plaintiffs, that
17  would not be correct, right?
18    A.   Ung-huh.
19    Q.   No?
20    A.   No.
21         MR. FRALEY:  That may be our mistake.
22    Q.   (By Ms. Charles-Collins)  Do you know -- did
23  you read the complaint?
24    A.   I read the portion about me to make sure it was
25  correct, but that was about it.
```

Page 113

```
 1    Q.   So the part where it said plaintiffs, did you
 2  read that?
 3    A.   No.  I didn't see that.
 4    Q.   Did Mr. Panjabi ever refer to you as poor?
 5    A.   Yes.
 6    Q.   Foreign?
 7    A.   Not foreign, no.
 8    Q.   In your complaint it says at paragraph 18,
 9  Defendant Panjabi constantly told Plaintiff Kufrin to go
10  to certain empty hotel rooms and wait for him.  Once he
11  arrived Defendant Panjabi would pull down his pants to
12  his ankles, point at his penis, and say make it hard.
13    A.   Yeah.
14    Q.   What do you mean by that?
15    A.   To make his penis hard.
16    Q.   Okay.  And how were you going to do that?
17    A.   He wanted me to either use my hands or to give
18  him oral.
19    Q.   Okay.  Did he tell you that or you just knew
20  that that's --
21    A.   No.
22    Q.   -- what you were going to do?
23    A.   He told me that after.
24    Q.   He told you that afterwards?
25    A.   Yeah, because he would say, make it hard, and
```

Page 114

1  I'd be like, what are you talking about, like trying to
2  play dumb, so I can maybe get out of the room, and he's
3  like, this, he's like, make it hard, and usually he
4  would grab my head and push me down.
5       Q.    And would he already have -- who would put the
6  condom on his penis?  You or him?
7       A.    Him.
8       Q.    In April and May of 2016, when you refused the
9  sexual demands or sexual requests for sex or oral sex,
10 what did Mr. Panjabi say to you?
11      A.    What do you mean?  Like when I refused?
12      Q.    Uh-huh.
13      A.    He would usually just say I'm white trash, call
14 me garbage and lazy and tell me I'm not doing my job and
15 would storm out of the room and then come back a few
16 minutes later and tell me I had all these extra jobs to
17 do then to make up for not making him happy.
18      Q.    How long after your last day at the Holiday Inn
19 did you file a complaint with the EEOC?
20      A.    I don't remember the exact date.
21      Q.    Did you file that complaint?
22      A.    Yeah, but I don't know the date of it.
23      Q.    Okay.  But I'm saying, did you personally do
24 that?
25      A.    Well, I had him do it, so I don't know the

Page 115

1  date.
2       Q.    Okay.  So if the date of the charge is June
3  2nd, somewhere between May, the end of May of 2016 --
4       A.    Right.
5       Q.    -- and June 2nd you had already contacted a
6  lawyer?
7       A.    Uh-huh.
8       Q.    Yes?
9       A.    Yes.
10      Q.    How did you know to contact a lawyer?
11      A.    I was just trying to see if there was anything
12 I could do to get help.
13      Q.    Okay.  Did you try to find out how you could
14 get help prior to May of 2016?
15      A.    No.  I was too scared to.
16      Q.    But you weren't scared --
17      A.    Well, I was still scared, but I wanted it to
18 stop.
19      Q.    Okay.  Did you want it to stop prior to --
20      A.    Yeah.
21      Q.    -- the end of May of 2016?
22      A.    Yeah.
23      Q.    Is there any reason you didn't do anything to
24 make it stop or try to make it stop?
25      A.    His constant threats.

Page 116

1       Q.    Okay.  In the responses to interrogatories you
2  list a certain number of people.  You list Gordon
3  Charest.  Do you know who that is?
4       A.    That's I think Ruthie's husband.
5       Q.    Do you know Mr. Charest?
6       A.    No.  Not really personally, no.
7       Q.    Okay.  Would he --
8       A.    I've seen him once or twice.
9       Q.    Would Mr. Charest have any information about
10 your claims in this lawsuit?
11      A.    Probably not.
12      Q.    Okay.  What about Annie Hines?  Who is she?
13      A.    Annie was the other supervisor.
14      Q.    Housekeeping supervisor?
15      A.    Housekeeping supervisor, yep.
16      Q.    When did she work for the hotel?  Do you
17 remember?
18      A.    I think she's still there, but she's been there
19 for a couple years.
20      Q.    All right.  And what would Annie know about
21 your claims in this lawsuit?
22      A.    I don't think she knows anything about me
23 specifically.
24      Q.    Okay.  Magdalena Roderus, R-o-d-e-r-u-s.  Do
25 you know who that is?

Page 117

1       A.    Might be Maggie maybe, my other housekeeper.
2       Q.    Okay.  Would Maggie know anything about your
3  claims in this lawsuit?
4       A.    Ung-ugh, not that I'm aware of.
5       Q.    Gina Rodriguez, who is that?
6       A.    Gina was the name of the girl, the breakfast
7  girl that worked before me.
8       Q.    Okay.  And would Gina have any information
9  about your claims in this lawsuit?
10      A.    Not my claims, no.
11      Q.    Okay.  Why would she be listed?  Do you know?
12 What would she have information about?
13      A.    I think she was harassed by Jay as well.
14      Q.    Okay.  What would Maggie have information
15 about?
16      A.    I don't know.
17      Q.    What would Annie Hines have information about?
18      A.    Annie might have heard about other girls maybe
19 that were harassed.
20      Q.    Okay.  Alex Morrow?
21      A.    Alex was the other girl that was asked.
22      Q.    Okay.  And what would Alex know about your
23 claims?
24      A.    About my claims, probably nothing.
25      Q.    All right.  And Mike Bates, is that the

Page 118

1  maintenance --
2     A.   Yes, that's the maintenance guy.
3     Q.   Teresa Vega Prout, P-r-o-u-t?
4     A.   That's the front desk lady.
5     Q.   Okay.  So when you were talking about Teresa --
6     A.   Yeah, that's Teresa.
7     Q.   All right.  What would Teresa know about your
8  claims?
9     A.   I don't think anybody specifically knows about
10 mine.  They just know hearsay of what Jay's done in the
11 past, I guess.
12    Q.   Okay.  And you're just guessing about that?
13    A.   Yeah.
14    Q.   You don't know?
15    A.   I mean, I don't know for sure.
16    Q.   Do you know who Kevin Patel is?
17    A.   Kevin Patel, no.
18    Q.   Okay.  In your response to interrogatories you
19 talked about being in a car accident.  I see that you
20 have on a neck brace.
21    A.   Yes.
22    Q.   Tell me about this car accident.
23    A.   I was hit from behind.  The guy was looking at
24 his phone, so he wasn't paying attention, hit me, so I
25 just had neck surgery done.

Page 119

1     Q.   Okay.  And when was the car accident?
2     A.   May of 2015.
3     Q.   So prior to starting working at --
4     A.   No.  May of 2016, I'm sorry.
5     Q.   Okay.  So while you were still working at --
6     A.   Yeah, while I was still working there.
7     Q.   And did you have to take any time off?
8     A.   No.  I kept working through it.
9     Q.   All right.  Did you receive any type of medical
10 treatment?
11    A.   Just the surgery.  I mean, through the --
12 through the car accident case, yeah, I received medical
13 treatment, but no missed work.
14    Q.   All right.  And I should have clarified the
15 question.
16         At the time, in May of 2016, did you receive
17 any type of medical treatment?
18    A.   No.
19    Q.   And you didn't take any time off from work
20 related to that?
21    A.   No.
22    Q.   And when did you have your surgery, your neck
23 surgery?
24    A.   Thursday, last Thursday.
25    Q.   Okay.  And what kind of surgery did you have?

Page 120

1     A.   Disc repair.  I had herniated discs.
2     Q.   All right.  In this lawsuit you are claiming
3  lost wages.  Do you know what the amount of your lost
4  wage claim is?
5     A.   I know I wrote it down.  It's 22,576.
6     Q.   And how did you calculate that?
7     A.   I took one of my paycheck stubs and multiplied
8  it by 26 since we were paid every two weeks and got the
9  year's income.
10    Q.   All right.  And then -- and that was based on
11 what hourly rate?  Do you know?
12    A.   The 9.25 that I was terminated at.
13    Q.   And so this 9.25 per hour is times how many
14 hours?
15    A.   It was times I believe 40 hours a week.
16    Q.   And why did you use 40 hours per week?
17    A.   Because that's about what I was averaging.  I
18 was averaging about 45 hours a week.
19    Q.   And was that 9.25 an hour times 40 hours a week
20 only done for 26 weeks or --
21    A.   Right.  For 26 weeks, yeah.
22    Q.   Okay.  And you said that you didn't receive any
23 type of benefits --
24    A.   Nothing.
25    Q.   -- while you were working there, right?

Page 121

1     A.   Nope, nothing.
2     Q.   You're also claiming emotional distress, mental
3  anguish, and loss of enjoyment of life.  Have you sought
4  any type of professional help with regards to any of
5  that?
6     A.   Not yet.
7     Q.   What do you mean not yet?
8     A.   I plan on probably seeking a therapist to help
9  with my emotional distress.
10    Q.   And when are you going to do that?
11    A.   As soon as this is all healed up to where I
12 have some more free time to do it.
13    Q.   So between May of 2016 and today, March 1st of
14 2017, not including last week when you had your neck
15 surgery, why haven't you gone to seek professional help
16 with regards to what you consider --
17    A.   Because I didn't really want to bring back the
18 memories.
19    Q.   Okay.  So what about now makes you want to
20 bring back the memories to go for therapy?
21    A.   Just to feel better.
22    Q.   You say that you have a loss of enjoyment of
23 life.
24    A.   Yeah.
25    Q.   What could you do before you started working at

Page 122

1  the Holiday Inn Express that you can't do now to enjoy
2  your life?
3      A.  I don't trust people as much now.  I have a
4  hard time trusting men because of it.  I've had a hard
5  time finding a job, so it's hard to do anything.  It's
6  hard to even pay bills.  I'm constantly crying all the
7  time and then you just have that sense of humiliation
8  and shame constantly.
9      Q.  None of this interfered with your ability to
10  have -- to get into a relationship with Mr. Jonathan
11  Rodriguez, right?
12      A.  No.  He's been helping me through all of it.
13      Q.  What do you mean by he's been helping you?
14      A.  He's been emotionally supporting me,
15  financially supporting me, just trying to help me get
16  better.
17      Q.  Do you-all live together?
18      A.  Yes.
19      Q.  How long have you lived together?
20      A.  About a year.
21      Q.  Where did you -- who did you live with before
22  you lived with him?
23      A.  I lived by myself.
24      Q.  Why did you move in with him?
25      A.  He actually moved in with me to help me with

Page 123

1  the bills since I wasn't able to work.
2      Q.  Where did he live before?
3      A.  With his brother.
4      Q.  Where did you meet him?
5      A.  Through one of my girlfriends.  I've known him
6  for like three years.
7      Q.  And how long have you-all been together as
8  boyfriend and girlfriend?
9      A.  About a year, since he moved in.
10      Q.  So were you-all boyfriend and girlfriend before
11  he moved in?
12      A.  It was kind of simultaneously.
13      Q.  Okay.  So how did it come about that this
14  person that you'd known for three years --
15      A.  He was a good friend of mine and he knew I
16  needed the help, so he moved in and then once he moved
17  in things just happened and we started dating.
18      Q.  What types of things do you and Mr. Rodriguez
19  do as far as your dating life?  I don't care about the
20  sexual part of your life.  I'm talking about other
21  things that you do together.
22      A.  We watch movies.  We take care of the house
23  together.  He works.  I mean, like what aspect do you
24  mean?
25      Q.  Do you you-all go out?

Page 124

1      A.  Not really.  We don't really have the money to
2  go out.
3      Q.  Okay.  Not everything -- if you go out, not
4  everything costs money.
5      A.  No, I know.  I mean, we go to the beach once in
6  a while, like stuff that's cheaper or free, or go
7  fishing, but nothing that's expensive.  We can't afford
8  it.
9      Q.  I don't do it either, but other -- so you go to
10  the beach, you go fishing.  What other types of things
11  do you do?
12      A.  Movies, like I said.  He likes to play video
13  games, so I play video games with him sometimes.  A lot
14  of it is usually at home.  We've gone kayaking a couple
15  times, gone like for walks in the forest preserve,
16  outdoor stuff kind of.
17      Q.  Do you have pets?
18      A.  Yes.
19      Q.  How many?
20      A.  Two dogs and a cat and a bird.
21      Q.  Who takes care of them?
22      A.  Me.
23      Q.  Who takes care of the house?
24      A.  Me.
25      Q.  What does that mean that you take care of the

Page 125

1  house?
2      A.  I clean the house and cook and then he does the
3  yard, takes care of the car and goes to work.
4      Q.  Any specific activity in your life that you
5  could do or did do prior to working at the Holiday Inn
6  that you now claim that you can't do or don't do because
7  of your employment at the Holiday Inn?
8      A.  Well, I don't go with friends hardly anymore
9  because we don't have money to go out and because I have
10  that lack of trust now with a lot of people and usually
11  I'm just too depressed to go out a whole lot, so, I
12  mean, a lot's kind of changed.
13      Q.  Are you taking any type of medication related
14  to the emotional distress, mental anguish or loss of
15  enjoyment of life that you're claiming in this lawsuit?
16      A.  No, but I probably should be.
17      Q.  Is that your diagnosis that you should be or
18  somebody has diagnosed and said that you should be?
19      A.  No one's diagnosed me yet, but I probably need
20  to go get diagnosed.
21      Q.  Have you ever taken any type of illegal drugs?
22      A.  No.
23      Q.  Never taken cocaine?
24      A.  No.
25      Q.  Smoked marijuana?

Page 126

1    A.   Ung-ugh.
2    Q.   Crystal meth?
3    A.   No.
4    Q.   Nothing?
5    A.   Ung-ugh.
6    Q.   Drink alcohol?
7    A.   No.
8         MS. CHARLES-COLLINS:  Can we take a break for a
9    second?
10        MR. FRALEY:  Yes.
11        (Recess from 12:27 p.m. until 12:31 p.m.)
12   Q.   (By Ms. Charles-Collins)  Ms. Kufrin, do you
13   have a lawsuit pending related to your car accident?
14   A.   Yes.
15   Q.   And do you know where that's filed?
16   A.   No.
17   Q.   Who's your attorney?
18   A.   Tim Prugh.
19   Q.   P-R --
20   A.   -- U-G-H.
21   Q.   Have you ever been a party to -- besides this
22   lawsuit that we're here for today and this lawsuit
23   related to your car accident, have you ever been a party
24   to any other lawsuit?
25   A.   No.

Page 127

1    Q.   Any other situation, incident where you sought
2    the advice of an attorney besides these?
3    A.   No.
4    Q.   Anyone in your family an attorney?
5    A.   No.
6    Q.   Any friends that are attorneys?
7    A.   Ung-ugh.
8    Q.   No?
9    A.   No.
10   Q.   Anyone that you worked with before that's an
11   attorney?
12   A.   No.
13   Q.   Anybody that you know is in law enforcement?
14   A.   No.
15   Q.   Any friends that are law enforcement?
16   A.   Ung-ugh.
17   Q.   No?
18   A.   No.
19   Q.   Ever worked with anybody who worked in law
20   enforcement?
21   A.   No.
22   Q.   At any time -- strike that.
23        When did you file your car accident lawsuit?
24   Do you know?
25   A.   I initially started it I believe in June, but

Page 128

1    then I had to switch attorneys because the first
2    attorney wasn't doing their job, so I don't know when
3    the official day it was filed was.
4    Q.   Have you given a deposition in that case?
5    A.   No, not yet.
6    Q.   Are you scheduled to give one?
7    A.   Not yet.
8    Q.   While you were working at the hotel, ever had
9    an occasion where you had to call the police like for a
10   guest or an issue at the hotel?
11   A.   Not at this hotel.  My old hotel, yes.
12   Q.   Okay.  Tell me about that.
13   A.   There were a bunch of kids in the back of the
14   hotel blasting music from their cars in the middle of
15   the night and I guess they weren't guests at the hotel,
16   so I had to go out there and tell them to keep it down
17   and they didn't and hotel guests were calling and
18   complaining, so I was forced to call the police to have
19   them be escorted off the property.
20   Q.   How long did you work at that hotel?  This is
21   the Fairfield, right?
22   A.   Yeah, the Fairfield.  That one I think was
23   about a year-and-a-half and then I had to transfer
24   because I moved to Florida.
25   Q.   Are you from New Jersey?

Page 129

1    A.   From Illinois.
2    Q.   From Illinois, I'm sorry.
3    A.   Uh-huh.
4    Q.   So how long have you been in Florida?
5    A.   Since 2009.
6    Q.   Other than AAA, Holiday Inn Express, any other
7    jobs that you've had since 2009 when you moved here?
8    A.   No, not in Florida.
9    Q.   Okay.  Do you have records, written records, of
10   the attempts that you've made to find employment since
11   you left the Holiday Inn Express?
12   A.   I've got a resumé that I was giving to
13   different locations, but that's about it.
14   Q.   Okay.  Did you --
15   A.   I don't get like a receipt for submitting a
16   resumé, so -- I mean, I don't know what you mean by
17   written documents.
18   Q.   Have you ever e-mailed someplace your resumé?
19   A.   No.  I just usually go in and give them my
20   resumé.
21   Q.   Okay.  So all of the positions that you have
22   applied for since leaving the Holiday Inn --
23   A.   Yes.
24   Q.   -- they've all -- all of those efforts, job
25   seeking efforts you're saying have been done in person?

Page 130

1    A.   Yes.
2    Q.   None have been done by e-mail or other written
3 correspondence?
4    A.   No.
5    Q.   Have you had any interviews for jobs from May
6 of the time that you left the Holiday Inn until today?
7    A.   No.
8    Q.   Do you know why not?
9    A.   No.
10   Q.   What types of jobs have you applied for?
11   A.   Secretary jobs.  Management jobs.  Front desk
12 jobs.  I think that's it.
13   Q.   Have you applied for jobs that request your
14 bachelor level education?
15   A.   I haven't found one yet that needs that.  For
16 some reason management jobs are hard to find.
17   Q.   Have you looked online to find jobs like, for
18 example, looked on Indeed.com, Monster --
19   A.   Uh-huh.  I have looked at a couple websites,
20 but all the jobs I find for management are in different
21 states.  There's nowhere close that I found.
22   Q.   Okay.  So it's your testimony that nowhere
23 close to where you live in Weeki Wachi -- and what do
24 you mean by close?
25   A.   Within driving distance.  I mean, I don't want

Page 131

1 to have to drive a day to go to work and a day to come
2 back.
3    Q.   Okay.  I'm not asking you about driving a day.
4 So what's driving distance to you that would make it
5 suitable for you to be able to drive to work?
6    A.   Within like 30 miles, 40 miles, like nothing
7 crazy far.
8    Q.   Okay.  So it's your testimony that from the
9 time that you left the Holiday Inn until today that
10 within a 30- to 40-mile radius there have been no
11 management jobs in that 30- to 40-mile radius?
12   A.   Right.
13   Q.   Not one?
14   A.   Not one that will take me so far.
15   Q.   No, that wasn't my question.  Not that will
16 take you.  Are you saying that there's not one
17 management job --
18   A.   I mean, there might be.
19   Q.   Listen to my question.
20   A.   Uh-huh.
21   Q.   Is it your testimony that from the time that
22 you left the Holiday Inn until today that there was not
23 one management job within a 30- to 40-mile radius of
24 where you live that you could have applied for?
25   A.   I did apply to the ones that I could have.

Page 132

1    Q.   Okay.  But you just told me that you didn't
2 apply for any jobs online?
3    A.   Not online because those ones weren't close.  I
4 didn't find any close.
5    Q.   Okay.  And close, you mean 30 to 40 miles?
6    A.   Close, I'm saying within the state.
7    Q.   Okay.  So now you're testifying that between
8 May when you left Holiday Inn until March 1st, which is
9 today of 2017, there were no management jobs within the
10 state of Florida --
11   A.   Nope, not that --
12   Q.   Listen to me.  There were no management jobs
13 within the state of Florida that required or that were
14 looking for a bachelor's degree in management or that
15 fit your qualifications?
16   A.   Nope.
17   Q.   Not one?
18   A.   Not that I found.
19   Q.   Okay.  I'm not saying that you found.  Not one,
20 because you said that there weren't any?
21   A.   Yeah.  As far as I'm concerned, no, I can't
22 find any, so --
23   Q.   Okay.  So there's a difference between you
24 being able to find a job and there being jobs out there.
25   A.   Okay.

Page 133

1    Q.   Right?  So is your testimony that you applied
2 for these jobs that were out there and you couldn't find
3 one --
4    A.   Yeah.
5    Q.   -- or is it your testimony that there weren't
6 any jobs at all out there?
7    A.   I applied for any of the ones that I could
8 locate.
9    Q.   Okay.  So what documentation do you have that
10 you applied for these job?
11   A.   My resumé.  That's it.
12   Q.   Okay.  So is it your testimony that for all the
13 jobs that you -- let's back up.
14        These jobs that you're talking about that these
15 are these management jobs --
16   A.   Uh-huh.
17   Q.   -- where did you find these jobs?  When you're
18 looking, where did you find them?
19   A.   By driving around and applying to random
20 places.
21   Q.   Okay.  Did you ever look on Indeed.com?
22   A.   Yes.
23   Q.   Did you see any management positions on there?
24   A.   No, none that I could do.  None that I was
25 qualified for.

Page 134

1    Q.   Okay.  And what do you mean by none that you
2  were qualified for?
3    A.   Because they're in certain career fields.
4    Q.   Okay.  You have a background in business
5  management, right?
6    A.   Uh-huh.
7    Q.   Yes?
8    A.   Yes.
9    Q.   You have a background in sales?
10   A.   Yes.
11   Q.   You have a background in hospitality?
12   A.   Yes.
13   Q.   Is it your testimony that in the period of time
14 since you left the Holiday Inn until today that in any
15 of those fields that you could not find one job that you
16 could apply for on Indeed.com, Monster.com, or some
17 other online service?
18   A.   No.  Not an online one, no.
19   Q.   Okay.  Did you ever try to find a job beyond
20 the 30- to 40-mile radius outside of where you live?
21   A.   Not really, because I wouldn't have the means
22 to get there and back gas-wise.
23   Q.   Okay.  Do you have a car?
24   A.   Yes.
25   Q.   Okay.  If you had a job and you were being

Page 135

1  paid, then you could put was gas in your car.
2    A.   Yes, but then I may not be able to pay bills.
3  They only pay minimum wage usually to me.
4    Q.   Okay.  So if you're in management it's your
5  testimony that -- let's back up.
6         The jobs that you looked at that were outside
7  the 30- to 40-mile radius, it's your testimony --
8    A.   Yes.
9    Q.   -- that those jobs are paying minimum wage,
10 those management jobs are paying minimum wage?
11   A.   Yeah.
12   Q.   Okay.  And those -- and you're basing that on
13 what?
14   A.   Experience.
15   Q.   Okay.  Did you ever call those jobs to find out
16 how much they pay?
17   A.   Most of them that I called weren't even hiring.
18   Q.   I'm talking about the ones that you saw online,
19 like on --
20   A.   Yes.
21   Q.   So when you called those jobs --
22   A.   The ones that I applied to I did ask and most
23 of them start at minimum wage.
24   Q.   Okay.
25   A.   They don't care that I have a bachelor's.

Page 136

1    Q.   Okay.  Great.  Tell me exactly who you called
2  and who told you that you would be starting at minimum
3  wage?
4    A.   Okay.  Motel 6, Quality Inn, JM Smith Roofing.
5  Popeyes was going to start me off a little bit more than
6  minimum wage, but then they lost my application, so
7  yeah.
8    Q.   Okay.  So those jobs, how did you find those
9  jobs?
10   A.   Just by looking.
11   Q.   Looking where?
12   A.   Looking for people that were hiring, if I saw
13 signs on their building saying hiring or I would call
14 them and say, hey, do you guys -- are you hiring right
15 now?  Do you need people?
16   Q.   Right.  So those are the ones that you drove
17 to?
18   A.   Yes.
19   Q.   Okay.  I'm talking about the ones that you saw
20 online, for example, on Indeed.com, Monster.com, any of
21 the other job boards dot com, Craigslist.com.
22   A.   Uh-huh.
23   Q.   Did you call any of those jobs that were
24 looking for management or somebody in the hospitality
25 field or somebody --

Page 137

1    A.   No.
2    Q.   -- in the sales field?
3    A.   I wasn't qualified for those jobs.  Most of
4  them needed so much experience in certain fields.
5    Q.   Okay.  Tell me which of those jobs that you
6  looked at.  Tell me what companies you looked at.
7    A.   I don't remember off the top of my head.  I was
8  looking all over the place for a job.
9    Q.   Okay.  In your responses -- in number six, the
10 response to interrogatory number six where it asks,
11 identify and provide the name and address of all persons
12 or entities to which you have applied for employment
13 since your employment with defendant you list Popeyes,
14 but you said that you applied for Popeyes while you were
15 working at the hotel, correct?
16   A.   Right.
17   Q.   All right.  You list Motel 6.
18   A.   Uh-huh.
19   Q.   How many Motel 6's did you apply to?
20   A.   Just the one right by my house.
21   Q.   You list the Quality Inn?
22   A.   Uh-huh.
23   Q.   How many Quality Inns did you apply to?
24   A.   The one by my house.
25   Q.   You list JM Smith Roofing in Weeki Wachi.

Page 138

1    A.   Right.
2    Q.   Is that the only one?
3    A.   That's just one business, yes.
4    Q.   Okay.  So since you left the hotel in May of
5  2016 until today, March of 2017, you have applied for
6  three positions?
7    A.   Uh-huh.
8    Q.   That's it?
9    A.   Well, four if you include Popeyes, but, yes.
10   Q.   Since you left the hotel.
11   A.   Since I left, yes.
12   Q.   Okay.  So for almost a year you've only applied
13  to three jobs?
14   A.   Those are the three I found so far and I didn't
15  receive anything back from them.
16   Q.   Okay.  When did you apply at JM Smith Roofing?
17   A.   I believe in December, November or December of
18  this year.
19   Q.   When did you apply -- of 2016?
20   A.   Yes.
21   Q.   When did you apply at Quality Inn?
22   A.   I don't remember exact dates.
23   Q.   Before or after JM Roofing?
24   A.   Before or after what?
25   Q.   Before or after you applied for JM Smith

Page 139

1  Roofing?
2    A.   It was before.
3    Q.   When did you apply to Motel 6?
4    A.   Before then.
5    Q.   Before the Quality Inn?
6    A.   Uh-huh.
7    Q.   Yes?
8    A.   Yes.
9    Q.   Okay.  So since November or December of 2016
10  you've applied for no jobs?
11   A.   Since November, December, yeah.
12   Q.   Okay.  And since May, the end of May 2016
13  through today, March 1st of 2017, you applied for all of
14  three jobs?
15   A.   Wait.  Say that again.
16   Q.   Since May of -- the end of May of 2016 when you
17  left the hotel --
18   A.   Right.
19   Q.   -- until today, March 1st of 2017, you've
20  applied for all of three jobs?
21   A.   Right.
22   Q.   Okay.  Did you have to sign a contract -- and I
23  don't know what the -- did you have to sign a contract
24  with Mr. Fraley's office as it relates to this lawsuit?
25   A.   What do you mean by contract?

Page 140

1    Q.   To hire him, did you have to sign a contract?
2    A.   I believe so.
3    Q.   Okay.  In your responses to the
4  interrogatories, we asked about whether or not you had
5  any type of social media sites and you put Facebook
6  account, Jenny Kufrin, had five plus years, post daily,
7  no case information is posted.  What does that mean?
8    A.   I don't post private information on there.  I
9  just repost little pictures like funny pictures and
10  videos and stuff.
11   Q.   Why did you specifically write no case
12  information is posted?
13   A.   So that you guys are aware of that.
14   Q.   Are you currently being treated by a Dr.
15  Robinson?
16   A.   Yes.
17   Q.   And Dr. Siddiqi is the one who did your
18  surgery?
19   A.   Yes.
20   Q.   Are you under the treatment of any other
21  medical professional?
22   A.   No.
23   Q.   Do you own a car?
24   A.   Yes.
25   Q.   Is it paid for?

Page 141

1    A.   No.
2    Q.   Who pays for it?
3    A.   My boyfriend.
4    Q.   Does he own a car?
5    A.   No.
6    Q.   When did you get that car?
7    A.   July of last year, I believe.
8    Q.   So July of 2016?
9    A.   Uh-huh.
10   Q.   Yes?
11   A.   Yes.
12   Q.   That was after you left the hotel?
13   A.   Yes.
14   Q.   How did you purchase that?  With what money?
15   A.   My uncle owned it and gave it to me and I'm
16  buying it from him.
17   Q.   And how much do you pay your uncle a month for
18  the car?
19   A.   Two hundred dollars a month.
20   Q.   How much did he sell the car to you for?
21   A.   Ten thousand.
22   Q.   What kind of car is it?
23   A.   Toyota Corolla.
24   Q.   What year?
25   A.   2013.

Page 142

1   Q.   How do you afford to put gas in it?
2   A.   My boyfriend works.
3   Q.   How much money does your boyfriend make?
4   A.   It varies from week to week.  Not very much
5   usually.
6   Q.   On average?
7   A.   On average like 500 a week, 600 a week.
8   Q.   All right.  How much is your rent?
9   A.   Six-fifty a month.
10  Q.   And how much -- what other bills do you have to
11  pay?
12  A.   Phone, car payment, the rent, electric, water,
13  got to put gas in the car, food, car insurance.  I think
14  that's it.
15  Q.   Food for the pets?
16  A.   Well, yeah, food for the animals.  I tack that
17  into our grocery bill.
18  Q.   Do each of you have a cell phone?
19  A.   Yes.
20  Q.   How much is your cell phone bill?
21  A.   A hundred and twenty.
22  Q.   How much is his?
23  A.   It's together 120.
24  Q.   Okay.  And the car you said is 200 a month?
25  A.   Right.

Page 143

1   Q.   How much is the electric a month?
2   A.   Electric is about 130.
3   Q.   Water?
4   A.   Water is about 70.
5   Q.   Do you pay water every month or every --
6   A.   Yes.
7   Q.   -- couple months?
8        And gas for the car, how much do you pay a
9   month?
10  A.   It's usually about $100 a week.
11  Q.   Food?
12  A.   Food's usually between 100 and 200.
13  Q.   Car insurance?
14  A.   Insurance is 120.
15  Q.   And the food, that's 100 to 200 a month or a
16  week?
17  A.   Usually a week because he goes through a lot of
18  food.
19  Q.   And then the rent you said is how much?
20  A.   Six-fifty a month.
21  Q.   And he makes 500 to 600 a week?
22  A.   Yes.
23  Q.   Anybody else helping you-all pay your bills?
24  A.   No.  We're actually currently behind on bills.
25  Q.   Which bills?

Page 144

1   A.   On rent and the car payment.
2   Q.   How far are you behind on rent?
3   A.   Two months.
4   Q.   And what about the car?
5   A.   A month-and-a-half.
6   Q.   When did you begin having problems with paying
7   your bills, the rent and the car?
8   A.   It's just been tight ever since I wasn't able
9   to work.
10  Q.   Prior to -- when you worked at the Holiday Inn
11  you said you lived by yourself, right?
12  A.   Yes, and I had no problems paying bills.  I
13  mean, it was tight.  I didn't have money left over, but
14  I was still making ends meet.
15  Q.   And how much were you making a month?
16  A.   About 700 every two weeks, so it was like 14,
17  1500 a month.
18  Q.   And are the animals his or yours?
19  A.   Mine.
20  Q.   Okay.  So you always had those animals?
21  A.   Yes.
22  Q.   So the only additional -- well, not the only,
23  but the additional things in your bills are a cell
24  phone?
25  A.   Uh-huh.

Page 145

1   Q.   Right?
2   A.   Yes.
3   Q.   Extra food, I guess?
4   A.   Yeah, extra food, extra electric, and then the
5   gas is more because instead of me driving five miles to
6   the hotel he has to drive to Tarpon Springs to work.
7   Q.   Where is that?  How far is that?
8   A.   About 40 miles from Weeki Wachi.  That's one
9   way.  It's like 30, 40 miles.
10  Q.   Any other bills?
11  A.   Not that -- oh, he pays child support to his
12  son.
13  Q.   How much is that?
14  A.   A hundred dollars a week.
15  Q.   Does he smoke, too?
16  A.   Yes.
17  Q.   How much do you spend on cigarettes a week?
18  A.   He spends more than I do.  I spend maybe 10
19  dollars a week.  He probably spends about 40.
20  Q.   So between the two of you-all spend about
21  $50 a week on cigarettes?
22  A.   Uh-huh.
23  Q.   Do you have any credit cards?
24  A.   No.
25  Q.   What about him?

Page 146

1   A.   Thank God.  No.
2   Q.   Any student loans for school?
3   A.   I do have student loans, too.
4   Q.   Are you paying those back?
5   A.   Yeah.  It's five dollars a month.
6   Q.   Are you on the income reduction thing?
7   A.   Yeah.
8   Q.   Any other bills that are taken care of by
9   his --
10  A.   I don't think so.
11  Q.   -- pay?  Does anyone in your family help you?
12  A.   No.
13  Q.   And you said that -- do you-all receive any
14  type of food stamps or government assistance?
15  A.   Nothing.
16  Q.   Do you rent from a private person or are you in
17  an apartment building?
18  A.   From a landlord, private person.
19  Q.   Is that person related to either one of you?
20  A.   No.
21  Q.   Has your uncle said anything about repossessing
22  the car?
23  A.   Not yet.  He came close one month, but then I
24  gave him another $100, so he's kind of being a little
25  bit more patient.

Page 147

1   Q.   Has the landlord said anything to you about not
2   paying your rent?
3   A.   Yeah.  He did once.
4   Q.   Okay.  So are you-all -- what are you doing
5   about paying your rent?
6   A.   We're just trying to get it caught up as fast
7   as possible.
8   Q.   Okay.  Would getting money from this lawsuit or
9   your car accident lawsuit alleviate those problems?
10  A.   Yeah.
11       MS. CHARLES-COLLINS:  Can we take a break?
12       MR. FRALEY:  Yes.
13       (Recess from 12:56 p.m. until 1:03 p.m.)
14       MS. CHARLES-COLLINS:  All right.  I don't think
15  I have any other questions for you, Ms. Kufrin,
16  today.
17       THE WITNESS:  Okay.
18       MS. CAVANAUGH:  And I think we're going to wait
19  for Jay.
20       MR. FRALEY:  I don't have any questions.
21  She'll read if it's ordered.  Thank you.
22       (The deposition was concluded at 1:02 p.m.)
23
24
25

Page 148

1                    ERRATA SHEET
2            DO NOT WRITE ON THE TRANSCRIPT
             ENTER CHANGES ON THIS PAGE
3
     IN RE: CHAREST/KUFRIN v HOLIDAY INN EXPRESS/PANJABI
4            DEPOSITION OF: JENNIFER N. KUFRIN
                      MARCH 1, 2017
5              (US Legal Job No. 1524580)
6   PAGE    LINE    CORRECTION AND REASON THEREFOR
7   ____   ____    _____
    ____   ____    _____
8   ____   ____    _____
    ____   ____    _____
9   ____   ____    _____
    ____   ____    _____
10  ____   ____    _____
    ____   ____    _____
11  ____   ____    _____
    ____   ____    _____
12  ____   ____    _____
    ____   ____    _____
13  ____   ____    _____
    ____   ____    _____
14  ____   ____    _____
    ____   ____    _____
15  ____   ____    _____
    ____   ____    _____
16  ____   ____    _____
    ____   ____    _____
17  ____   ____    _____
    ____   ____    _____
18  ____   ____    _____
    ____   ____    _____
19  ____   ____    _____
    ____   ____    _____
20  ____   ____    _____
21  Under penalties of perjury, I declare that I have read
    the foregoing document and that the facts stated in it
22  are true.
23  _____    _____
    DATE                           JENNIFER N. KUFRIN
24
25

Page 149

1              US LEGAL SUPPORT, INC.
         4350 West Cypress Street, Suite 701
2                 Tampa, Florida 33607
                    813-876-4722
3
4   JENNIFER N. KUFRIN            March 10, 2017
    c/o RONALD FRALEY, ESQUIRE
5   THE FRALEY FIRM, P.A.
    2525 Park City Way
6   Tampa, Florida 33609
7   RE:  CHAREST/KUFRIN V. HOLIDAY INN EXPRESS/PANJABI
8   Deposition taken on March 1, 2017
    USL Job No:  1524580
9
10  The transcript of the above-referenced proceeding has
    been prepared, and is ready for your review.
11
    Any corrections you wish to make to the transcript
12  should be made on the errata sheet. Please do not write
    on the transcript itself.
13
    Please complete review of your transcript within 30 days
14  and return the errata sheet to our offices. You need not
    return the entire transcript.
15
16              Very truly yours,
17              LISA ORTEGA, RPR
                US Legal Support, Inc.
18              4350 West Cypress Street
                Suite 701
19              Tampa, Florida 33607
                813-876-4722
20
21
    cc via transcript:
22
        Kelly Charles-Collins, Esquire
23      Kelly A. Cavanaugh, Esquire
24
25

Page 150

```
 1                    CERTIFICATE OF REPORTER
 2   STATE OF FLORIDA        )
 3   COUNTY OF HILLSBOROUGH   )
 4
 5       I, LISA ORTEGA, RPR, certify that I was authorized to
 6   and did stenographically report the deposition of
 7   JENNIFER N. KUFRIN; that a review of the transcript was
 8   requested; and that the foregoing pages are a true and
 9   complete record of my stenographic notes taken during
10   said deposition.
11
12       I further certify that I am not a relative, employee,
13   attorney, or counsel of any of the parties, nor am I a
14   relative or employee of any of the parties' attorneys or
15   counsel connected with the action, nor am I financially
16   interested in the action.
17
18       Dated this 10th day of March, 2017.
19
20
21
22       _____
         LISA ORTEGA, RPR
23
24
25
```

Page 151

```
 1                     CERTIFICATE OF OATH
 2   STATE OF FLORIDA        )
 3   COUNTY OF HILLSBOROUGH   )
 4
 5
 6
 7       I, LISA ORTEGA, RPR, Notary Public, State of Florida
 8   certify that JENNIFER N. KUFRIN personally appeared
 9   before me on the 1st day of March, 2017, and was duly
10   sworn.
11
12       Signed this 10th day of March, 2017.
13
14
15
16
17
18
         _____
19       LISA ORTEGA, RPR
         My Commission Number: FF  247368
20       Expires:  August 29, 2019
21
22
23
24
25
```