```
1                 UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
2                        TAMPA DIVISION

3              CASE NO. 8:16-cv-02048-T-30JSS

4

     RUTH CHAREST and JENNIFER N.
5    KUFRIN,

6          Plaintiffs,

7       vs.

8    SUNNY-AAKASH, LLC d/b/a
     HOLIDAY INN EXPRESS HOTEL &
9    SUITES SPRING HILL and
     JAYPRAKASH PANJABI a/k/a JAY
10   PANJABI, Individually,

11         Defendants.
     _____/
12

13

14

15
                          VOLUME I
16              DEPOSITION OF RUTH CHAREST

17               Friday, March 3, 2017
                 9:31 a.m. - 12:46 p.m.
18
                 THE FRALEY FIRM, P.A.
19                2525 Park City Way
                  Tampa, Florida 33609
20
         ---------------------------------------------
21

22

23

24               REPORTED BY:
                 LISA ORTEGA, RPR
25               Job No.: 1524572
```

Page 2

```
1  APPEARANCES:
2
3  Attorney for Plaintiffs, RUTH CHAREST and JENNIFER N.
   KUFRIN:
4
      RON FRALEY, ESQUIRE
5     THE FRALEY FIRM, P.A.
      2525 Park City Way
6     Tampa, Florida 33609
      813.229.8300
7
8  Attorney for Defendant, SUNNY-AAKASH, LLC HOLIDAY INN
   EXPRESS HOTEL & SUITES SPRING HILL:
9
      KELLY A. CAVANAUGH, ESQUIRE
10    WHITTEL & MELTON, P.A.
      11020 Northcliff Boulevard
11    Spring Hill, Florida 34605
      352.683.2016
12
13 Attorney for Defendant, JAYPRAKASH PANJABI:
14    KELLY CHARLES-COLLINS, ESQUIRE
      SMOAK CHISTOLINI BARNETT, P.A.
15    320 West Kennedy Boulevard
      Fourth Floor
16    Tampa, Florida 33606
      813.221.1331
17
18
19
20
21
22
23
24
25
```

Page 3

```
1            I N D E X
2
3  EXAMINATION BY MS. CHARLES-COLLINS          4
4
5
6
7
8
9
10          E X H I B I T S
11
12 Defendant's Exhibit Number 1              112
13     (Noncompete)
14 Defendant's Exhibit Number 2              113
15     (Handbook Acknowledgement)
16 Defendant's Exhibit Number 3              114
17     (Noncompete)
18
19
20
21
22
23
24
25
```

Page 4

```
1       The deposition of RUTH CHAREST was taken pursuant to
2  Notice by counsel for the Defendants on Friday,
3  March 3, 2017, commencing at 9:31 a.m. at THE FRALEY
4  FIRM, P.A., 2525 Park City Way, Tampa, Florida 33609.
5  Said deposition was reported by LISA ORTEGA, RPR, Notary
6  Public, State of Florida at Large.
7            - - - - - - - - - -
8  WHEREUPON:
9        THE REPORTER:  Please raise your right hand.
10       Do you swear or affirm the testimony you are
11    about to give in this matter will be the truth, the
12    whole truth and nothing but the truth?
13       THE WITNESS:  Yes.
14              RUTH CHAREST,
15 a witness, having been duly sworn to tell the truth, the
16 whole truth and nothing but the truth, was examined and
17 testified as follows:
18              EXAMINATION
19 BY MS. CHARLES-COLLINS:
20    Q.   Please state your full -- you can put your hand
21 down.  Please state your full name for the record.
22    A.   Ruth E. Cemanes Charest.
23    Q.   Spell Cemanes.
24    A.   C-E-M-A-N-E-S.
25    Q.   Okay.  And Charest is C-H-A-R-E-S-T?
```

Page 5

```
1  A.   Correct.
2  Q.   And what's your address?
3  A.   6125 Nantucket Lane.
4  Q.   Nantucket?
5  A.   Yes.
6  Q.   All right.  And what's --
7  A.   Spring Hill, Florida.
8  Q.   Okay.  And how long have you lived there?
9  A.   Four years.
10 Q.   What's the ZIP code?
11 A.   34608.
12 Q.   Do you own or rent?
13 A.   Own.
14 Q.   Okay.  Is that where you lived when you worked
15 at the Holiday Inn Express?
16 A.   Yes.
17 Q.   Are you married?
18 A.   Yes.
19 Q.   What's your husband's name?
20 A.   Gordon E. Charest.
21 Q.   And how long have you been married?
22 A.   Thirteen years.
23 Q.   Okay.  What's your phone number?
24 A.   (352) 610-3342.
25 Q.   Is that a home or cell phone?
```

Page 6

1    A.   Cell phone.
2    Q.   Okay.  Did you have that same number when you
3  worked at the Holiday Inn Express?
4    A.   Yes.
5    Q.   Do you have any children?
6    A.   We had two, now only one.
7    Q.   One of them passed away, right?
8    A.   Yes.
9    Q.   Sorry to hear that.  How old is your living
10 child?
11   A.   Eight years old.
12   Q.   Girl or boy?
13   A.   Girl.
14   Q.   What's her name?
15   A.   Tiffini.
16   Q.   T-I-F-F-A-N-Y?
17   A.   T-I-F-F-I-N-I.  It's a different --
18   Q.   You tried to change it up.
19   A.   Right.
20   Q.   Okay.  Where are you from?  What's your
21 national origin?
22   A.   Philippines.
23   Q.   How long have you been in the US?
24   A.   Fourteen years.
25   Q.   How often do you go back to the Philippines?

Page 7

1    A.   Last we went 2014.
2    Q.   Okay.  During a year, how many times do you go
3  approximately?
4    A.   Three years.  Four years.
5    Q.   So like in a normal year, so between January
6  and December, how often do you go to the Philippines?
7    A.   Two months.
8    Q.   So two months at a time you go?
9    A.   Yes, because it's in the summer for my
10 daughter.
11   Q.   Okay.  And let me just back up for a second.  I
12 should have done this to begin with and introduced
13 myself properly.
14        My name is Kelly Charles-Collins and I am the
15 attorney for Mr. Panjabi.
16   A.   Okay.
17   Q.   This is Kelly Cavanaugh and she represents the
18 hotel, okay?
19   A.   Okay.
20   Q.   So that you know who we are.
21        When I'm asking you questions if at any time
22 you don't understand what I'm saying to you, just let me
23 know --
24   A.   Okay.
25   Q.   -- and I'll rephrase it, use different words,

Page 8

1  anything like that.
2        If at any time you need to take a break, just
3  let me know that you need to take a break.  You kind of
4  speak softly, so just try to keep your voice up a little
5  bit so that the court reporter can get down everything
6  that you're saying, okay?
7    A.   Okay.
8    Q.   At times maybe your attorney may say something,
9  like object to form.  If he says that you can still
10 answer the question.  Only if he instructs you not to
11 answer the question, then you wouldn't answer the
12 question, okay?
13   A.   Okay.
14   Q.   And anytime you need to take a break as long as
15 there's not a question pending we're fine, we can take a
16 break, okay?
17   A.   Okay.
18   Q.   All right.  Where are you currently employed?
19   A.   Brooksville Healthcare Center.
20   Q.   Where is that located?
21   A.   Brooks -- Chatman Boulevard.  It's Brooksville.
22   Q.   Okay.  And how long have you worked there?
23   A.   Six months.
24   Q.   And what do you do at Brooksville Healthcare
25 Center?

Page 9

1    A.   Laundry.
2    Q.   Who is your supervisor?
3    A.   Tina Caplan.
4    Q.   Spell it for me?
5    A.   C-A-P-L-A-N.
6    Q.   And prior to Brooksville, where did you work?
7    A.   What do you mean?  Besides --
8    Q.   Before.
9    A.   Before?
10   Q.   Uh-huh.
11   A.   I work in Quality Inn.
12   Q.   Which one?
13   A.   In 50.
14   Q.   On Route 50, is it?
15   A.   Yes.
16   Q.   I'm new to this area, so I don't really know.
17 When I ask you these things it's because I don't know.
18        How long did you work at the Quality Inn?
19   A.   Seven months.
20   Q.   And what did you do there?
21   A.   Housekeeping.
22   Q.   And why did you leave?
23   A.   Because I cannot work two jobs.
24   Q.   So at the time that you were working at Quality
25 Inn you were working somewhere else?

Page 10

1    A.   Right.

2    Q.   Okay.  Where were you working at the same time?

3    A.   The -- in Brooksville doing laundry.

4    Q.   Okay.

5    A.   I'm doing in the morning housekeeping and then

6    at nighttime Brooksville laundry.

7    Q.   Okay.  Which one did you start working at

8    first, Quality Inn or Brooksville?

9    A.   Quality Inn.

10   Q.   Before working at the Quality Inn, where did

11   you work?

12   A.   I didn't work for one month.

13   Q.   Okay.  And prior to not working for one month,

14   where did you work?

15   A.   I stayed home.

16   Q.   Okay.

17   A.   I don't understand.

18   Q.   Okay.  No problem.

19        So you didn't work for one month?

20   A.   Right.

21   Q.   Right?  Before worked at the Quality Inn?

22   A.   Uh-huh.

23   Q.   Before the period where you were not working,

24   where were you working?

25   A.   Holiday Inn Express.

Page 11

1    Q.   Okay.  And how long did you work at the Holiday

2    Inn Express?

3    A.   Three years.

4    Q.   How did you find the position at the Holiday

5    Inn Express?

6    A.   I apply.

7    Q.   Online or in person?

8    A.   In person.

9    Q.   How did you know that they were hiring?

10   A.   I just went there for asking if they are

11   hiring.

12   Q.   Who did you speak to when you --

13   A.   Jay.

14   Q.   Hold on for a second.

15        MR. FRALEY:  One thing you want to do is let

16   her finish her entire question because she's going

17   to type this up --

18        THE WITNESS:  Okay.

19        MR. FRALEY:  -- question and then your answer,

20   and if you interrupt or say something before she's

21   finished it's going to be question, answer.  It's

22   all going to be messed up, okay?

23        THE WITNESS:  Yes.

24        MR. FRALEY:  And same if you're going to ask

25   her to repeat the question or to clarify, let her

Page 12

1    finish it and then do it.  It's very hard for her to

2    take it when both people are talking, okay?

3        THE WITNESS:  Okay.  You're doing great,

4    though.

5        MS. CHARLES-COLLINS:  It's fine.

6        MR. FRALEY:  I'm not -- I'm just --

7        MS. CHARLES-COLLINS:  You're good.

8    Q.   (By Ms. Charles-Collins)  Okay.  So when you

9    first went in to apply, the first person you spoke to

10   was Jay?

11   A.   Yes.

12   Q.   Do you remember when that was?

13   A.   I don't remember the date, but I remember the

14   month.

15   Q.   Okay.  What was that?

16   A.   April.

17   Q.   Do you remember the year?

18   A.   2013.

19   Q.   And did you -- when you went in that day, were

20   you interviewed that day or you just asked about a

21   position?

22   A.   I asked for application.

23   Q.   And what happened?  Did you get one?

24   A.   Yes.  He give me one.  I ask if they are

25   hiring.

Page 13

1    Q.   What did he say?

2    A.   He said not -- no, they're not hiring.

3    Q.   Okay.  Did you still --

4    A.   But I got the application with me.

5    Q.   Okay.

6    A.   Then he told me to give it to him when I'm

7    ready.

8    Q.   Okay.  And did you complete the application

9    that day or some other day?

10   A.   Some other day.

11   Q.   When was that?

12   A.   One week after.

13   Q.   Okay.  And when you turned in the application,

14   who did you give it to?

15   A.   The lady in front desk.

16   Q.   Do you remember who that was?

17   A.   Dawn.

18   Q.   Dawn?

19   A.   Yes.

20   Q.   Okay.  Do you remember Dawn's last name?

21   A.   No, I don't.

22   Q.   Okay.  Did you speak to anyone other than Dawn

23   when you turned in your application?

24   A.   I just give her the application.

25   Q.   And did someone call you back about the

Page 14

1  application?
2      A.   Nobody.
3      Q.   All right.  So between turning in the
4  application and starting working there, how did that
5  come about?
6      A.   I went back.  I follow up my application.
7      Q.   Okay.  And who did you speak to when you
8  followed up?
9      A.   Jay was there.
10     Q.   All right.  And what did you say to Jay?
11     A.   I asked him, I said, are you hiring?  And he
12  recognized me, then he said, you really need a job?  I
13  said, yes, I really need a job badly.
14     Q.   Okay.  What did he say?
15     A.   Then he said, let me find your application,
16  so --
17     Q.   Go ahead.
18     A.   He did, then he interviewed me that day.
19     Q.   Okay.  Do you remember what day that was?
20     A.   I don't remember.
21     Q.   Was anyone else there when you were
22  interviewed?
23     A.   Yes.
24     Q.   Who was there?
25     A.   Judy.

Page 15

1      Q.   Judy?
2      A.   Yes.
3      Q.   Do you remember Judy's last name?
4      A.   No.
5      Q.   Do you remember what Judy's position was?
6      A.   Supervisor.
7      Q.   Of what department?
8      A.   Housekeeping.
9      Q.   Were you interviewing for a particular position
10  or just any position?
11     A.   Housekeeping position.
12     Q.   Was your husband there?
13     A.   At that time, yes.
14     Q.   Okay.  Was he in the interview?
15     A.   No.  He -- he's in the car.
16     Q.   Okay.  Tell me about the interview.  How long
17  did it last?  What did you-all discuss?
18     A.   I don't remember how long it last, but the
19  interview was just about like, you know, housekeeping
20  duty.  That's all I remember.
21     Q.   Okay.  Did you have housekeeping experience?
22     A.   Yes.
23     Q.   Where did you work before the Holiday Inn
24  Express?
25     A.   Can I look?

Page 16

1      Q.   Yes.
2      A.   That was in Holiday Inn, 1401 S. Atlantic
3  Avenue, New Smyrna Beach, Florida.
4      Q.   Okay.  How long did you work there?
5      A.   Three years.
6      Q.   In housekeeping?
7      A.   Housekeeping, yes.
8      Q.   Why did you leave there?
9      A.   To give birth to my second child.
10     Q.   All right.  So then you had the interview with
11  Jay.  Did you get hired that day?
12     A.   Tomorrow, like --
13     Q.   The next day?
14     A.   The next day, yes.
15     Q.   Okay.  And how long after you were told that
16  you were hired did you start?
17     A.   I don't understand.
18     Q.   Okay.  After he told you the next day that you
19  got the job --
20     A.   Yes.
21     Q.   -- when did you start working?
22     A.   That day.
23     Q.   Okay.  So the day that he told you you got the
24  job, you started working that day?
25     A.   Yes.

Page 17

1      Q.   And what position were you working in?
2      A.   Housekeeping.
3      Q.   Who was your supervisor?
4      A.   Judy.
5      Q.   Was Jay your supervisor at all?
6      A.   Manager.
7      Q.   Huh?
8      A.   He's the manager.
9      Q.   Of the hotel?
10     A.   Yes.
11     Q.   But your day-to-day every day was Judy?
12     A.   Judy, yes.
13     Q.   Okay.  What was your schedule?  Did you have a
14  set schedule?
15     A.   I work six days a week.
16     Q.   And what time?
17     A.   From 9 o'clock.  And it really depends.  Every
18  day is different.  Whenever we're done, like 1:00 or
19  2 o'clock.
20     Q.   But it would be the morning shift?
21     A.   Right.
22     Q.   And what was your pay?  How much were you paid?
23     A.   It start at 7.65.
24     Q.   Okay.  And did you get any type of benefits?
25     A.   No benefits.

Page 18

1    Q.   And you said it started at 7.65.  At some point
2  did you get a raise?
3    A.   Yes, 8.25.
4    Q.   When was that?
5    A.   Like two years after I get the raise.
6    Q.   Did you work at the Holiday Inn Express
7  continuously or would you end your employment and go to
8  the Philippines and then come back and start your
9  employment again?
10   A.   Okay.  I don't understand.
11   Q.   That's okay.  While you worked at the Holiday
12 Inn Express, would you leave to go to the Philippines?
13   A.   I did, yes.
14   Q.   Okay.  And when you left to go to the
15 Philippines, how long would that be for?
16   A.   Two months.
17   Q.   Okay.  In that two-month period that you would
18 go to the Philippines, before you went, would you
19 terminate or end your employment at the Holiday Inn and
20 then when you come back, then would you restart your job
21 at the Holiday Inn?
22   A.   I start all over again.
23   Q.   All right.  So you didn't take vaca -- you
24 didn't take vacation time.  You just stopped working --
25   A.   Right.

Page 19

1    Q.   -- and then restarted?
2    A.   Right.
3    Q.   Okay.  How many times did you stop and restart
4  during the time that you worked for the Holiday Inn
5  Express?
6    A.   Twice.
7    Q.   Okay.  What years were those, did that happen?
8    A.   2013 and '14.
9    Q.   So in 2015 you didn't go to the Philippines?
10   A.   I didn't go to Philippines.
11   Q.   Okay.  And in 2016?
12   A.   I did not.
13   Q.   Okay.  Who else -- how many other housekeepers
14 worked from the 9:00 to 1:00 to 2:00 P.M. shift?
15   A.   Six or eight girls.
16   Q.   And that would be on any day or that's how many
17 housekeepers there were?
18   A.   That's how many housekeeping were.
19   Q.   Okay.  How many would work on a particular day?
20 So if you were working, how many other housekeepers
21 would there be?
22   A.   Like four.
23   Q.   Did you ever work on the night shift?
24   A.   No.
25   Q.   Did you ever work any other position other than

Page 20

1  housekeeping?
2    A.   Yes.
3    Q.   Okay.  What other position?
4    A.   Breakfast bar.
5    Q.   When did you work breakfast bar?
6    A.   Like after two years he put me breakfast bar.
7    Q.   Jay?
8    A.   Yes.
9    Q.   Okay.
10   A.   And laundry, part-time laundry.
11   Q.   And then so when you were doing breakfast bar
12 and part-time laundry, were you also still doing
13 housekeeping?
14   A.   Yes.
15   Q.   Okay.  So two years into working there, so
16 around 2015?  Would that be right?
17   A.   Right.
18   Q.   You were doing housekeeping, breakfast bar, and
19 laundry?
20   A.   Yes.
21   Q.   Okay.  What time would you do breakfast bar?
22   A.   5:30 in the morning.
23   Q.   Until what time?
24   A.   11:00.
25   Q.   And what time would you do laundry?

Page 21

1    A.   When -- sometimes we are short-handed, so he'll
2  just -- like when I'm done breakfast, he said do laundry
3  and when I'm done laundry, do housekeeping.
4    Q.   Okay.  Approximately how many hours per week
5  would you work?
6    A.   Thirty-four to 40 hours.
7    Q.   When you were doing the breakfast bar, who was
8  your supervisor?
9    A.   Jay.
10   Q.   And when you did laundry, who was your
11 supervisor?
12   A.   Judy.
13        MS. CAVANAUGH:  Who?
14        THE WITNESS:  Judy.
15   Q.   (By Ms. Charles-Collins)  When you worked
16 between 5:30 and 1:00 or 2:00 P.M., would Jay be at the
17 hotel?
18   A.   Not all the time.
19   Q.   Okay.  How often was he there when you were
20 working?
21   A.   Three to five times a week or -- three to five
22 times in a week, yes.
23   Q.   And how many employees would you say would be
24 in the hotel at the time that you worked?  So from 5:30
25 until 1:00 or 2:00 P.M., how many employees would be

Page 22

1  there?
2      A.   Ten to 13 people.
3      Q.   Does that include Jay or in addition to Jay?
4      A.   Include Jay.
5      Q.   Did you-all have any type of radio to
6  communicate with each other throughout the hotel?
7      A.   No.
8      Q.   How did you communicate?  Like if you were in a
9  room and you needed something --
10     A.   We call.
11     Q.   Okay.  So there were phones in the room?
12     A.   Yes.
13     Q.   Any phones in the hallway?
14     A.   No.
15     Q.   Is there a phone in the laundry room?
16     A.   Yes.
17     Q.   Is there a phone in the breakfast bar?
18     A.   No.
19     Q.   Where's the closest phone to the breakfast bar?
20     A.   Front desk.
21     Q.   How far is the front desk from the breakfast
22  bar?
23     A.   Eight to 10 steps.
24     Q.   When you started working at the Holiday Inn
25  Express, did you have any type of orientation or

Page 23

1  training?  Did you get trained by anyone?
2      A.   Yes.
3      Q.   Who trained you?
4      A.   Annie.
5      Q.   Who's Annie?
6      A.   She's housekeeping also.
7      Q.   Anybody else train you?
8      A.   Only her.
9      Q.   Did you do any training on the computer?
10     A.   No.
11     Q.   When you worked at the Holiday Inn in Smyrna
12  Beach, did you have any type of training?
13     A.   Training, yes.
14     Q.   Okay.  What kind of training did you have?
15     A.   The same thing Annie did, like cleaning the
16  rooms.
17     Q.   When you worked for the Holiday Inn Express,
18  did you have to complete -- other than your application,
19  did you have to complete any paperwork for your job?  Do
20  you understand what I'm asking?
21     A.   No.
22     Q.   Okay.  Did you fill out any forms?
23     A.   I did, but I don't remember what was that.
24     Q.   Up until the time that you left the Holiday Inn
25  Express, did you do all three jobs, housekeeping,

Page 24

1  breakfast bar, and laundry, or did you stop doing any of
2  those at any time?
3      A.   I was doing --
4      Q.   All of those?
5      A.   Yes.
6      Q.   Okay.  When you got the raise to the $8.25,
7  what did you get a raise for?  Do you know why you got a
8  raise?
9      A.   Because I -- first, because the minimum wage
10  went up.
11     Q.   Okay.
12     A.   Then I was doing breakfast bar and laundry.
13     Q.   Okay.  How did you know that the minimum wage
14  went up?
15     A.   I heard on the news.
16     Q.   Okay.  What's your education background?
17     A.   High school graduate.
18     Q.   In the Philippines or --
19     A.   In the Philippines.
20     Q.   Any other schooling after high school?
21     A.   No.
22     Q.   Any other type of training, so getting any
23  certificates or any other type of job training?  You
24  don't --
25     A.   How about the CNA course?  Is that include?

Page 25

1      Q.   Yes.
2      A.   Yes.
3      Q.   So CNA?
4      A.   CNA.
5      Q.   Okay.  When did you do that?
6      A.   End of June.
7      Q.   Of what year?
8      A.   2017 [sic].
9      Q.   Okay.  So just recently?
10     A.   Just recently.
11     Q.   All right.  Other than the CNA course, any
12  other courses like that that you've taken?
13     A.   No.
14     Q.   Okay.  So do you now have a CNA certificate?
15     A.   Not certificate yet, but I took the class.
16     Q.   Okay.  So you haven't taken the test yet?
17     A.   Not yet.
18     Q.   Okay.  Are you going to take the test?
19     A.   Yes.
20     Q.   On your shifts at the Holiday Inn Express,
21  would you work with the same people?
22     A.   The same, yes.
23     Q.   Okay.  Tell me who worked on your shift.
24     A.   Annie.
25     Q.   Okay.

Page 26

1    A.    Sandy, Doris, Maggie, Wendy, Dawn, Mike.
2  That's it.
3    Q.    Okay.  Mike was the maintenance guy?
4    A.    Maintenance, yes.
5    Q.    Okay.  Annie housekeeping?
6    A.    Yes, but she's a supervisor.
7    Q.    Okay.
8    A.    She's the supervisor now.
9    Q.    But at the time she was just housekeeping?
10   A.    Right.
11   Q.    All right.  What about Sandy?
12   A.    She's the laundry.
13   Q.    Doris, what position --
14   A.    Housekeeping.
15   Q.    What about Maggie?
16   A.    Housekeeping.
17   Q.    Wendy?
18   A.    Housekeeping.
19   Q.    And Dawn?
20   A.    I forgot one person.
21   Q.    Okay.  Go ahead.
22   A.    Martha, she's breakfast bar, and Jennifer also.
23   Q.    Okay.  And Dawn was housekeeping?
24   A.    Front desk.
25   Q.    And what was Jennifer?

Page 27

1    A.    She's -- she's breakfast bar and front desk.
2    Q.    Okay.  With the four employees, because you
3  said that there would be about four housekeepers who
4  worked per shift, right?
5    A.    Yes.
6    Q.    Are those the four housekeepers plus a
7  supervisor or four including the supervisor?
8    A.    I don't understand.
9    Q.    Okay.  Would it be four housekeepers who are
10 actually cleaning the rooms?
11   A.    Yes.
12   Q.    And would the people cleaning the rooms include
13 whoever the housekeeping supervisor was?
14   A.    (Witness nodding head.)
15   Q.    Would the supervisor clean rooms?
16   A.    Sometimes if we are short-handed.
17   Q.    Okay.  But if there are four housekeepers
18 there, would the supervisor clean rooms?
19   A.    No.
20   Q.    Okay.  How many rooms are in the hotel?
21   A.    My estimate, 70 to 75 rooms.
22   Q.    Okay.  And on any given day, approximately how
23 many rooms would you-all have to clean?  Do you know
24 what I'm saying to you?
25   A.    Like how many rooms we clean in a day?

Page 28

1    Q.    Uh-huh.
2    A.    Ten to 12 rooms.
3    Q.    And that's between the four of you?
4    A.    Yes.
5    Q.    So would that mean that the other 60 or so
6  rooms are occupied by guests?
7    A.    Yes.
8    Q.    Was your hotel a hotel where it would be filled
9  with guests?
10   A.    Yes.
11   Q.    And how many rooms would you be assigned to
12 clean on a day?
13   A.    It really depends because sometimes we are
14 busy, sometimes we are not.  If just a regular total,
15 like eight or 10 rooms.
16   Q.    That you would have to clean by yourself?
17   A.    Yes.
18   Q.    Okay.  So if there were only 10 -- so when you
19 said cleaning 10 to 12 rooms, and I asked you if that
20 was for all four of you, are you saying four to -- are
21 you saying 10 to 12 rooms per person --
22   A.    Per person.
23   Q.    -- or 10 per person?
24   A.    (Witness nodding head.)
25   Q.    Okay.  So on average you would be assigned

Page 29

1  eight to 10 rooms to clean?
2    A.    Yes.
3    Q.    So if there are four of you and there's eight
4  to 10 rooms, then you're saying there are about 40 rooms
5  that are empty on a given day.  Do you understand what
6  I'm saying?
7    A.    No.
8    Q.    Okay.  If there are four housekeepers, right?
9    A.    Uh-huh.
10   Q.    And each of you has 10 rooms, eight to 10 rooms
11 to clean, right, then that would be 32 to 40 rooms per
12 day that needed to be cleaned.  Do you get that?
13   A.    Yes.
14   Q.    All right.  If there are 40 rooms that need to
15 be cleaned and there's 70 to 75 rooms in the hotel, then
16 35 are occupied, 30 to 35 rooms are occupied, but
17 there's about 40 rooms empty per day.  Is that --
18   A.    Not per day.
19   Q.    Okay.
20   A.    It really depends.
21   Q.    Okay.  Was everyone assigned to clean their own
22 rooms or did you have help cleaning your rooms?
23   A.    We have help, not all the time.
24   Q.    Okay.  How many floors are in the hotel?
25   A.    Three.

Page 30

1    Q.   And when you're on -- when you're cleaning
2  rooms on your floor, is there anybody else also cleaning
3  rooms on that same floor?
4    A.   Yes.
5    Q.   And can you see where the other housekeepers
6  are while you're on that floor?
7    A.   Yes.
8    Q.   And when you go in to clean a room, do you
9  leave your cart outside the room?
10   A.   Yes.
11   Q.   And do you leave the room doors open?
12   A.   Open.
13   Q.   And on average, how long would it take you to
14 clean a room?
15   A.   Thirty-five to 45 minutes.  It depend how
16 trashed the room.
17   Q.   And did you have any type of log-in sheet where
18 you had to say I started cleaning at this time and I
19 ended at this time?
20   A.   For our keys, yes.
21   Q.   So for the room keys?
22   A.   Room keys.
23   Q.   Okay.  And how would you -- how would you check
24 out the room keys?
25   A.   What do you mean?

Page 31

1    Q.   Okay.  So when you come in to work, right, what
2  happens as soon as you come in to work that day?  Tell
3  me what happens.
4    A.   We log -- we log in the key, we write down
5  9 o'clock and we sign our name.
6    Q.   Okay.  So that would be the time that you came
7  in?
8    A.   You came in and you got your key also.
9    Q.   Okay.  So who would give you the keys?
10   A.   Annie.
11   Q.   Okay.  So Annie would give you the keys or --
12 is it more than one key or just one key?
13   A.   Just one key.
14   Q.   Okay.  And that one key would open whatever
15 rooms --
16   A.   The whole --
17   Q.   -- you were assigned to?
18   A.   The whole third floor.
19   Q.   All right.  So were you assigned just to the
20 third floor?
21   A.   When I started, yes.
22   Q.   Okay.  And did that change at some point?
23   A.   Yes.
24   Q.   Okay.  When did that change?
25   A.   Two years after.

Page 32

1    Q.   Okay.  And did you get assigned to a different
2  floor?
3    A.   Yes.
4    Q.   What floor did you get assigned to?
5    A.   First floor.
6    Q.   Okay.  Why was that changed?
7    A.   Because I'm doing -- I'm doing laundry and
8  breakfast bar.  It's easier for me to just --
9    Q.   Go back and forth?
10   A.   Right.
11   Q.   Okay.  When you were assigned to the third
12 floor, was anyone else assigned to the third floor?
13   A.   Yes.
14   Q.   Who was assigned?
15   A.   Doris.
16   Q.   Doris?
17   A.   Uh-huh.
18   Q.   When you were assigned to the first floor, who
19 was assigned there with you?
20   A.   Just myself.
21   Q.   Okay.  And when you -- after you finished
22 cleaning each room, did you have to make any type of
23 notation as to, you know, the time that you finished
24 cleaning that room?
25   A.   I don't understand.

Page 33

1    Q.   Say, for instance, you had to clean room 305,
2  right?
3    A.   Uh-huh.
4    Q.   Did you have to write down what time you
5  started cleaning room 305?
6    A.   No.
7    Q.   Okay.  Didn't have to write down when you
8  ended?
9    A.   No.
10   Q.   Okay.  Did you ever share your cart with any of
11 the other housekeepers on your floor?
12   A.   Yes.
13   Q.   Yes?
14   A.   Uh-huh.
15   Q.   Does everyone have their own cart or you-all
16 share?
17   A.   We all share.
18   Q.   Okay.  So there's just one cart?
19   A.   What I mean, like if I'm -- if I have a day off
20 somebody will borrow or use my cart.
21   Q.   Okay.  But on a day where you're assigned to
22 your floor, for example, when you were on the third
23 floor and you were assigned with Doris, would Doris be
24 working at the same time that you're working?
25   A.   Yes.

Page 34

1     Q.   Okay.  Would Doris have her own cart and you
2  would have your own cart?
3     A.   Yes.
4     Q.   Okay.  And then when you -- so you get assigned
5  your keys and then what do you do?
6     A.   When we're done we sign out our key.
7     Q.   Okay.  And there's a time that you would sign
8  out the key?
9     A.   Yes.
10    Q.   All right.  In between the time that you come
11 in to work and the time that you signed out and left for
12 work, did you take any type of break, lunch break?
13    A.   No, we really don't.
14    Q.   If you were away from the floor, right, would
15 you have to sign out or let somebody know that you
16 weren't -- you weren't on the floor?
17    A.   What do you mean?
18    Q.   Okay.  So if you left, say you're -- well, if
19 you left the floor --
20    A.   The floor.
21    Q.   -- did you have to let Doris or the supervisor
22 know, hey, I'm not on the floor?
23    A.   No.
24    Q.   Okay.  If you left the floor, would you take
25 your cart with you or just leave it there?

Page 35

1     A.   Just leave it there.
2     Q.   Okay.  What would be a reason that you would
3  leave the floor?
4     A.   Like if you need something downstairs like
5  shampoo or chemicals.
6     Q.   Okay.  So items that you needed for the room?
7     A.   Right.
8     Q.   Okay.  So you said when you got assigned to the
9  first floor.  What year was that?
10    A.   '15.
11    Q.   2015?
12    A.   Yes.
13    Q.   Okay.  Was Judy your supervisor in housekeeping
14 for the entire time that you worked there?
15    A.   Not the entire time.
16    Q.   Okay.  Who else was your supervisor?
17    A.   Annie.
18    Q.   When did Annie become your supervisor?
19    A.   When Judy quit.
20    Q.   And then who was your laundry supervisor when
21 Judy quit?
22    A.   Annie.
23    Q.   Okay.  Did anyone else besides Jay supervise
24 you in the breakfast bar?
25    A.   No.

Page 36

1     Q.   When you worked at the Holiday Inn Express you
2  never took a lunch break?
3     A.   No.
4     Q.   Ever?
5     A.   Not like you sit down, you know.  I eat while
6  working.  We don't really have like, okay, take a break
7  or lunch.
8     Q.   Okay.  Do you know Jennifer Kufrin?
9     A.   Yes.
10    Q.   How do you know Jennifer Kufrin?
11    A.   We worked together.
12    Q.   At the Holiday Inn Express?
13    A.   At the Holiday Inn Express.
14    Q.   Did she work there before you started or after
15 you started?
16    A.   After.
17    Q.   What position was she in?  What was her job?
18    A.   She was doing breakfast bar and front desk.
19    Q.   So were you and Jennifer doing breakfast bar at
20 the same time?
21    A.   Not the same time, like we take turns.
22    Q.   Do you know how many days a week Jennifer
23 worked?
24    A.   Six days a week.
25    Q.   Were those different days depending on the week

Page 37

1  or did you -- did you -- this is a question about your
2  schedule.
3          The six days a week that you worked, were they
4  the set -- same set days or they were different days
5  depending on the week?
6     A.   Pretty much the same.
7     Q.   Okay.  And what were those days?
8     A.   Tuesdays.
9     Q.   That was your off day?
10    A.   My day off, yes.
11    Q.   Okay.  Do you know why Tuesday was your off
12 day?
13    A.   Not really.  They just give it to me.
14    Q.   So you would work Wednesday through Monday?
15    A.   Right.
16    Q.   Did you know Jennifer Kufrin before she came to
17 work at the Holiday Inn Express?
18    A.   No.
19    Q.   Are you friends with Jennifer Kufrin?
20    A.   After we met, yes.
21    Q.   Okay.  What time -- did Jennifer Kufrin work at
22 the same time of day that you worked?
23    A.   Not every day.
24    Q.   Okay.  Approximately how many times a week?
25    A.   Three times.

Page 38

1   Q.   And what job would she be doing when she worked
2   on the same time that you worked?
3   A.   She would be breakfast bar.
4   Q.   Okay.
5   A.   Sometimes I see her in the front desk.
6   Q.   Did you and Jennifer ever go out or socialize
7   after work?
8   A.   No.
9   Q.   So no friendship outside of work?
10  A.   No.
11  Q.   When's the last time that you had any contact
12  with Jennifer?
13  A.   I don't remember, but we bumped into each other
14  somewhere in a store.
15  Q.   Do you-all live close to each other?
16  A.   I live in Spring Hill.  She lives in Weeki
17  Wachi.
18  Q.   How far is that from each other?
19  A.   Approximately eight miles.
20  Q.   Okay.  Do you remember when it is that you-all
21  bumped into each other at the store?
22  A.   I remember that it was after we got fired.
23  Q.   What did you-all talk about?
24  A.   We didn't talk too much because my daughter was
25  with me and her boyfriend was there.

Page 39

1   Q.   Since both of you left the Holiday Inn, is that
2   the only contact that you've had with Jennifer Kufrin?
3   A.   Yes.
4   Q.   Do you know how both of you ended up with the
5   same attorney?
6   A.   Do I know?
7   Q.   During this lawsuit, do you know how both of
8   you ended up having the same attorney?
9   A.   If I know, no.
10  Q.   Okay.  How did you find Mr. Fraley?
11  A.   Online.
12  Q.   Do you know how Ms. Kufrin found Mr. Fraley?
13  A.   I don't know.
14  Q.   Did you have to enter into a written contract?
15  Did you have to sign paperwork to have Mr. Fraley be
16  your attorney?
17  A.   No.
18       MR. FRALEY:  What did you say?
19       THE WITNESS:  I don't understand.
20  Q.   (By Ms. Charles-Collins)  That's all right.
21  Always tell me if you don't understand.  That's fine.
22  It's perfectly fine.
23       Did you have to sign any type of document or
24  paperwork for Mr. Fraley to represent you in this
25  lawsuit?

Page 40

1   A.   I sign something, but I don't remember what was
2   that.
3   Q.   Okay.  Did you ask -- did you have anybody
4   review it?  Other than Mr. Fraley, did you have anybody
5   else review the document before you signed it?
6   A.   My husband.
7   Q.   Okay.  Was your husband present with you or you
8   took it home?
9   A.   I took it home with me.
10  Q.   What does your husband do for a living?
11  A.   He's retired.
12  Q.   Retired from where?
13  A.   From post office.
14  Q.   How long did he work at the post office?
15  A.   I believe 27 years.
16  Q.   What did he do at the post office?
17  A.   Clerk.
18  Q.   He was a clerk?
19  A.   He was a clerk, yes.
20  Q.   And was it a post office in Florida or all over
21  the place?
22  A.   All over the place.
23  Q.   Have you lived anywhere else besides Florida in
24  the United States?
25  A.   No.

Page 41

1   Q.   Anywhere else besides New Smyrna Beach and
2   where you reside now?
3   A.   No.
4   Q.   Was your husband -- was your husband ever a
5   supervisor or a manager at the post office?
6   A.   Not that I know of.
7   Q.   Okay.  Do you drive?
8   A.   Yes.
9   Q.   Okay.  Did you drive when you worked at the
10  Holiday Inn Express?
11  A.   Yes.
12  Q.   So you would drive yourself to work and drive
13  home?
14  A.   Right.
15  Q.   Have you and Jennifer Kufrin had any
16  conversations about your lawsuits?
17  A.   No.
18  Q.   Why not?
19  A.   I really don't want to talk to -- anything to
20  nobody.
21       MR. FRALEY:  Could we take a couple minute
22  break?
23       MS. CHARLES-COLLINS:  Yeah.
24       (Recess from 10:19 a.m. until 10:24 a.m.)
25  Q.   (By Ms. Charles-Collins)  How old are you?

Page 42

1   A.   Thirty-two.
2   Q.   How old is your husband?
3   A.   Seventy-two.
4   Q.   Where did you meet him?
5   A.   Internet.
6   Q.   And were you all married here or in the
7   Philippines?
8   A.   Here.
9   Q.   How long after you met on the internet did you
10  get married?
11  A.   Can you repeat it, please?
12  Q.   How long after you met on the internet did you
13  get married?
14  A.   Two years.
15  Q.   Did you date your husband now for those two
16  years before you got married?
17  A.   Yes.
18  Q.   Was it like an online dating service?
19  A.   It's publish like a pen pal.
20  Q.   Like pen pal?
21  A.   Yes.
22  Q.   What was the name of it?
23  A.   It was Ladies of the Philippines.
24  Q.   Were you already living here in the United
25  States?

Page 43

1   A.   No; in the Philippines.
2   Q.   Did he sponsor you to come here?
3   A.   Yes.
4   Q.   So the two years that you all dated you
5   were in the Philippines or you moved here?
6   A.   I was in the Philippines.  He came there three
7   times.
8   Q.   Okay.  In the two years he came there three
9   times?
10  A.   Yes.
11  Q.   Okay.  And then he --
12  A.   The fourth time he bring me here.
13  Q.   Okay.  Why are you suing Mr. Panjabi?
14  A.   I'm sorry?
15  Q.   Why are you suing Mr. Panjabi?
16  A.   Because of what he -- what he did to me.
17  Q.   Okay.  What did he do to you?
18  A.   Sexual harassment.
19  Q.   Okay.  What do you mean by sexual harassment?
20  A.   He force me to do against my will.
21  Q.   Do what against your will?  What did he force
22  you to do against your will?
23  A.   He wants me to -- like he was using F words.
24  Q.   He used the F word?
25  A.   Yes.

Page 44

1   Q.   What is the F word?
2   A.   Fuck.
3   Q.   Okay.  So when you said that he was using the
4   word fuck, what does that mean?
5   A.   He wants sex.
6   Q.   Okay.  So he said -- he said the word fuck to
7   you?
8   A.   Yes.
9   Q.   Okay.  So tell me specifically what he said to
10  you.
11  A.   Approximately like two -- two months after he
12  hired me he demand a return for hiring me.
13  Q.   Okay.  And when you say he demanded a return
14  for hiring you, what did he say to you that made you
15  think that he demanded a return for hiring you?
16  A.   He said he wants to fuck me.
17  Q.   Okay.  And where were you when he said this?
18  A.   We were in the laundry room.
19  Q.   Was anyone else there?
20  A.   Nobody.
21  Q.   What time of day was this?
22  A.   That was in the afternoon.  I don't remember
23  the time.
24  Q.   Okay.  After 2 o'clock?  Before 2 o'clock?
25  A.   After 2 o'clock.

Page 45

1   Q.   Okay.  What time did you usually leave work?  I
2   thought you said you would be done by 1:00 or 2:00?
3   A.   It really depends because sometimes if we are
4   really busy, especially like Sunday, like 3:00 or 4:00,
5   but usually like 1:00 or 2:00.
6   Q.   Okay.  And when you're done, would you leave
7   the premises?
8   A.   We leave, yes.
9   Q.   You would leave the hotel when you're done?
10  A.   Right.
11  Q.   So why were you in the laundry room after 2:00
12  P.M.?
13  A.   I was the last doing the housekeeping, last,
14  then I return my key and he came to me.
15  Q.   Okay.  So just one day --
16  A.   Just one day.
17  Q.   -- out of the blue --
18  A.   Right.
19  Q.   -- he just came up to you in the laundry room
20  and said he wanted to fuck you?
21  A.   Yes.
22  Q.   Okay.
23       MR. FRALEY:  Do you know what that means, out
24       of the blue?  Do you know that expression, out of
25       the blue?

Page 46

1      THE WITNESS:  No.
2      MR. FRALEY:  You may want to explain those
3  types of expressions.
4      MS. CHARLES-COLLINS:  Okay.
5      MR. FRALEY:  I just -- when we talk, when I use
6  colloquialisms or witticisms -- anyway --
7      Q.   (By Ms. Charles-Collins)  You don't understand
8  what I mean by out of the blue?
9      A.   No.
10     Q.   Okay.  Do you know what I mean if I say all of
11 a sudden?
12     A.   All of a sudden, yes.
13     Q.   Okay.  So just one day you're in the laundry
14 room?
15     A.   Yes.
16     Q.   All of a sudden he walks up to you and says, I
17 want to fuck you?
18     A.   Yes.
19     Q.   Okay.  And what did you say?
20     A.   I was shocked.  I said no.
21     Q.   Okay.  And what did he say when you said no?
22     A.   He said, why not?  I said, I don't want to.
23     Q.   Okay.  And then what happened?
24     A.   Then he told me I am still in like 90 days
25 probation.

Page 47

1      Q.   Okay.
2      A.   He's the one decide if I stay or not.
3      Q.   Okay.
4      A.   So I ask him, what are you talking about?  And
5  he said, I am -- I am your boss.
6      Q.   Okay.  And then what?
7      A.   Then he said, not just your boss, but I own the
8  place.
9      Q.   Okay.  What else did he say, if anything?
10     A.   Then he told me not to say anything to anybody
11 what we talked.
12     Q.   Okay.  So when he -- go ahead.
13     A.   Or else I will be in big trouble.
14     Q.   All right.  So then when he said that I'm still
15 your boss, etcetera -- do you know what I mean by
16 etcetera?
17     A.   Yes.
18     Q.   Okay.  When he said that, what was your
19 response?
20     A.   I didn't say anything.  I was afraid.
21     Q.   Afraid of what?
22     A.   When he told me I will be in big trouble, I
23 don't know what he meant by that.
24     Q.   All right.  So how long did this conversation
25 last?

Page 48

1      A.   Not very long.  It's --
2      Q.   Did anyone come into the laundry room at that
3  time that you-all were having the conversation?
4      A.   No.
5      Q.   So you said that this happened two months after
6  you were hired, so June of 2013?
7      A.   Yes.
8      Q.   This was the first encounter that you had with
9  him?
10     A.   First, yes.
11     Q.   Okay.  How did this end?  How did this
12 conversation end?
13     A.   I left the building.
14     Q.   Did you get any type of discipline after you
15 said no to him?
16     A.   What do you mean by that?
17     Q.   Did you get reprimanded?  Did you get in
18 trouble at work for saying no?
19     A.   No.
20     Q.   Did you get fired for saying no?
21     A.   No.
22     Q.   Okay.  Did he say anything else to you after
23 this day?
24     A.   After that day, no.
25     Q.   Okay.  So this is the only incident that

Page 49

1  happened?
2      A.   For that month that I remember.
3      Q.   Okay.  So after June of 2013, was there any
4  other incident?
5      A.   For two weeks he was just like pestering me.
6      Q.   What does that mean?
7      A.   Like he came up to me like asking me about if I
8  want some fun again.
9      Q.   Was anyone around?
10     A.   No.
11     Q.   Where would he come up to you and ask you that?
12 Where would you be?
13     A.   I was in third floor.
14     Q.   Okay.  Anybody else on the third floor?  Would
15 Doris be on the third floor?
16     A.   Yes.  She's on the other side.  I'm here.
17     Q.   Okay.  So where would he -- where would you be
18 and where would he be when he's asking you these
19 questions?
20     A.   I'm in my cart and he'll be like walking.
21     Q.   Okay.
22     A.   He come to me by the cart.
23     Q.   Okay.  And so for the two weeks that he was
24 pestering you, tell me specifically what he would be
25 saying to you.

Page 50

1  A.  He'll come to me like asking me how I'm doing,
2  how I'm feeling.
3      Q.  Okay.  What else?
4      A.  Then he'll ask me that come back anytime I want
5  to.
6      Q.  What do you mean by that?
7      A.  Like he told me to come back whenever I want
8  after I'm done.
9      Q.  Come back where?
10     A.  Come back in hotel.
11     Q.  Okay.  Anything else he said to you?
12     A.  That was it.
13     Q.  Did you ever come back to the hotel after you
14 finished your shift?
15     A.  Yes.
16     Q.  When?
17     A.  I don't remember when.
18     Q.  How many times?
19     A.  Just one time.
20     Q.  What year was that?
21     A.  2013.
22     Q.  And why did you come back?
23     A.  He told me to come back.
24     Q.  Okay.  But you had already left the building,
25 right?

Page 51

1      A.  Right.  I was in the parking lot.
2      Q.  Uh-huh.
3      A.  Then he called my phone.  He told me to come
4  back.
5      Q.  Okay.  And what was the reason that he was
6  telling you to come back?
7      A.  He said I have a paper that I have to sign.
8      Q.  All right.  And then did you go back to the
9  hotel?
10     A.  Yes.
11     Q.  And did you receive a paper?
12     A.  Yes.
13     Q.  What was the paper that you received?
14     A.  It was for my uniform that I have to sign.
15     Q.  Okay.  And did you sign the paper?
16     A.  Yes.
17     Q.  Okay.  And did anything else happen?
18     A.  Yes.
19     Q.  Okay.  What happened?
20     A.  The first time he -- he grabbed my breast.
21     Q.  Okay.  So when you went back in the hotel to
22 sign this paper for the uniform he grabbed your breast?
23     A.  Uh-huh.
24     Q.  Okay.  Where did you meet him to sign the
25 paper?

Page 52

1      A.  Behind the desk.
2      Q.  The front desk?
3      A.  Front desk, yes.
4      Q.  Okay.  So who was working front desk that day?
5      A.  It was just him.
6      Q.  Okay.  So you were behind the desk when he
7  grabbed your breast?
8      A.  Uh-huh.
9      Q.  Yes?
10     A.  Yes.
11     Q.  All right.  Did he do anything else?
12     A.  Yes.
13     Q.  Okay.  When he grabbed your breast, what did
14 you do?
15     A.  I push him.
16     Q.  Okay.  Was anyone else working at the hotel at
17 the time?
18     A.  No.
19     Q.  So the only person in the hotel was him?
20     A.  The maintenance was still there.
21     Q.  Okay.  What time was this?
22     A.  In the afternoon.
23     Q.  Around what time?
24     A.  I don't remember the time, but it was probably
25 like after 1 o'clock.

Page 53

1      Q.  Where were the other housekeepers?
2      A.  They left already.
3      Q.  So the only person or two people that were in
4  the hotel to run the hotel would have been Jay and the
5  maintenance guy?
6      A.  Yes.
7      Q.  Okay.  So then he grabbed your breast, you
8  pushed him, and then what happened?
9      A.  That was it.
10     Q.  Okay.  So after you pushed him, what did he do?
11     A.  He told me not to say anything to anybody or
12 else I will be in big trouble.
13     Q.  Did you ask him what he meant by that?
14     A.  No.
15     Q.  Why not?
16     A.  I was afraid to ask anything.
17     Q.  Why?  Why were you afraid?
18     A.  Because he was mad.
19     Q.  He was mad?
20     A.  Uh-huh.
21     Q.  What was he mad about?
22     A.  Because I push him.
23     Q.  Okay.  Other than telling you not to say
24 anything or else you would be in big trouble, did he say
25 anything else to you that day?

Page 54

1    A.   He told me if I -- if I say anything to anybody
2  I will lose my family.
3    Q.   Anything else?
4    A.   My job.  He'll send me back to Philippines.
5    Q.   How is he going to send you back to the
6  Philippines?
7    A.   He told me he's powerful, he can do anything he
8  wants to do.
9    Q.   Are you a US citizen?
10   A.   Yes.
11   Q.   When did you become a US citizen?
12   A.   Year 2009.
13   Q.   Okay.  So at the time that you worked with Mr.
14 Panjabi and he claimed that -- you say that he said that
15 he would send you back to the Philippines you were
16 already a US citizen, right?
17   A.   Yes.
18   Q.   And had been for four years, right?
19   A.   (Witness nodding head.)
20   Q.   Yes?
21   A.   Yes.
22   Q.   Did he say anything else to you on that day?
23   A.   No.
24   Q.   Did you say anything to him?
25   A.   I was crying.

Page 55

1    Q.   How long did this encounter last?
2    A.   Approximately like two months.
3    Q.   No, no.  How long did this incident where he
4  grabbed your breast, you pushed him, how long did that
5  -- minutes?  Seconds?
6    A.   Minutes.
7    Q.   What happened after he said -- as you say, that
8  he said if you -- you'll lose your family and your job,
9  did he say anything else to you?
10   A.   No.
11   Q.   What did you do next?
12   A.   I left the building.
13   Q.   And where did you go?
14   A.   Go home.
15   Q.   Did you tell your husband when you got home?
16   A.   No.
17   Q.   Why not?
18   A.   I was afraid.
19   Q.   Afraid of your husband?
20   A.   My husband of what he can do.
21   Q.   All right.  Anything else that he did in that
22 two weeks that you say he was pestering you?
23   A.   No.
24   Q.   Okay.  So in the two weeks where you say he was
25 pestering you he asked how you were doing, right?

Page 56

1    A.   Right.
2    Q.   How you were feeling?
3    A.   Yes.
4    Q.   Asked you to come back to the hotel anytime
5  after you worked, right?
6    A.   Yes.
7    Q.   Yes?
8    A.   Yes.
9    Q.   And that one occasion he told you to come back
10 in to sign the paperwork?
11   A.   Right.
12   Q.   Okay.  Anything else happen between you and Mr.
13 Panjabi that you're saying is related to this lawsuit?
14   A.   Yes.
15   Q.   What happened?
16   A.   The very first time he called my phone to come
17 to -- to come back to work.
18   Q.   I thought that that was the incident we just
19 talked about?  Is there another -- you're saying this is
20 a different incident?
21   A.   Yes.
22   Q.   Okay.  So he called your cell phone?
23   A.   Yes.
24   Q.   Where were you?
25   A.   I was about to -- like I'm almost home.

Page 57

1    Q.   Okay.  And when did this happen?
2    A.   Around three months, five months approximately.
3    Q.   So three to five months after you started
4  working there?
5    A.   Yes.
6    Q.   Okay.  So three to five months he called your
7  phone and then what?  What did you do?  What did he say
8  when he called you?
9    A.   He told me to come back to hotel because I have
10 room -- I have room to clean.
11   Q.   All right.  And what did you say?
12   A.   I said okay.
13   Q.   Did you still have rooms to clean or did you
14 clean all your rooms?
15   A.   I did clean all my rooms.
16   Q.   So why did you say okay?
17   A.   Because he told me to come back to clean one
18 more room in the first floor.
19   Q.   Okay.  So at the time that this happened you
20 were working on the first floor?
21   A.   Third floor, but the lady in first floor go
22 home already.
23   Q.   Okay.  So he called you to come back?
24   A.   Yes.
25   Q.   How far do you live from the hotel?

Page 58

1    A.   Three miles.
2    Q.   So did you go back?
3    A.   I did.
4    Q.   All right.  And what happened when you went
5  back?
6    A.   I was in the laundry room.
7    Q.   Okay.  Why were you in the laundry room?
8    A.   Because he was talking to somebody in the front
9  desk.  He told me, go in the laundry room, wait for me
10 there --
11   Q.   Okay.
12   A.   -- because he'll give me the key.
13   Q.   Who was he talking to at the front desk?
14   A.   The guest.
15   Q.   Okay.  And how long did you wait in the laundry
16 room before he came to speak to you?
17   A.   About like five minutes.
18   Q.   And then did he come to the laundry room?
19   A.   Yes.
20   Q.   All right.  And what happened when he came to
21 the laundry?
22   A.   He give me the key, but he told me I don't need
23 to clean the room.
24   Q.   Okay.  What did he say?  What else did he say?
25   A.   He -- he grabbed me.

Page 59

1    Q.   Grabbed you where?
2    A.   My hand.
3    Q.   Which hand?
4    A.   My left hand.
5    Q.   Okay.  And then what?
6    A.   Then he started touching me in my breast.
7    Q.   When he grabbed your left hand, what did you
8  do?
9    A.   I push him.
10   Q.   And when he started grabbing your breast, what
11 did you do?
12   A.   I push him.  I stop him.
13   Q.   And then what happened?
14   A.   He grabbed -- he grabbed my head.
15   Q.   Where did he grab your head?
16   A.   Here, he grabbed me.
17   Q.   When you say here, because she's taking this
18 down and we have to read it, you have to describe for me
19 what you mean.
20   A.   Okay.  He -- he grab me by the hand.
21   Q.   By your left hand?
22   A.   My left hand.
23   Q.   Okay.
24   A.   Then he grabbed my hand down.
25   Q.   Grabbed your hand down or your head down?

Page 60

1    A.   My head down.
2    Q.   Okay.  Tell me how he grabbed your head.  What
3  do you mean?  What side of your head did he grab?
4    A.   My -- here.
5    Q.   You're pointing to the back of your head?
6    A.   Yes.
7    Q.   Okay.  Did he grab your hair or your head?
8    A.   Head.
9    Q.   Okay.  And what did he do when he grabbed your
10 head?
11   A.   He told me to give him oral sex.
12   Q.   Was he dressed?
13   A.   Yes.
14   Q.   Okay.  And so did you give him oral sex?
15   A.   Yes.
16   Q.   Okay.  Who undressed who?
17   A.   He did.  He took -- he took his pants off.
18   Q.   Okay.  And why did you give him oral sex?
19   A.   He grabbed -- he grabbed me by the head and
20 push me down.  I tried to stop him, but he's very
21 strong.
22   Q.   And how long did you give him oral sex?
23   A.   Very shortly.
24   Q.   Did you stop on your own or did he say stop?
25   A.   I push my hand.

Page 61

1    Q.   Okay.  So you stopped?
2    A.   I stopped.
3    Q.   And when you stopped, what did he do?
4    A.   He just keep pushing.
5    Q.   Pushing what?
6    A.   Pushing me down more.
7    Q.   Okay.  And what did you do?
8    A.   I cried, but I tried to stop him.
9    Q.   Did you scream or yell for help?
10   A.   No.
11   Q.   Why not?
12   A.   I was afraid.  If I scream I don't know what
13 he'll do to me.
14   Q.   Okay.  But there was a guest, at least one
15 guest was in the hotel, right?
16   A.   At that time when I arrive, yes.
17   Q.   Okay.  So you knew that there were people
18 around?
19   A.   Yes.
20   Q.   Okay.  So you could have yelled for help,
21 right?
22   A.   Right.
23   Q.   All right.  So you said that he kept pushing
24 your head down.  How long did this go on?
25   A.   I don't remember how long.  Probably 15

Page 62

1  minutes.

2      Q.   Okay.  And for that 15-minute period, were you

3  performing oral sex or that was the whole time that --

4      A.   That was the whole time.

5      Q.   Okay.  And how long did you perform oral sex?

6      A.   Fifteen minutes, 25.  I don't remember.

7      Q.   Okay.  So you actually were giving him oral sex

8  for 15 to 25 minutes?

9      A.   It's like almost everything.

10     Q.   But what I want to know specifically,

11 not how long you-all were in the laundry room, how long

12 of a period of time were you actually giving him oral

13 sex?

14     A.   I don't really remember.

15     Q.   Okay.  Did he have an orgasm?

16     A.   Yes.

17     Q.   Okay.  Did he have on a condom?

18     A.   When I do oral sex, no.

19     Q.   Okay.  And did he have an orgasm while you were

20 giving him oral sex or did he pull out?

21     A.   He pull out.

22     Q.   Okay.  And then what happened after that?  Once

23 he pulled out, what happened?

24     A.   I -- I left.

25     Q.   Okay.  And where did you go?

Page 63

1      A.   Go home.

2      Q.   Did you tell your husband?

3      A.   No.

4      Q.   Anything else happen with Mr. Panjabi that is

5  the subject of this lawsuit?

6      A.   Five months later.

7      Q.   Five months after this incident or five months

8  after you started working?

9      A.   Five months after.

10     Q.   After that incident?

11     A.   After this incident.

12     Q.   Okay.  What happened?

13     A.   He was with his friend.  His name Kevin.

14     Q.   And when you say he, you're saying Jay?

15     A.   Jay, yes.

16     Q.   Okay.  And he was with his friend, Kevin,

17 where?  Where were they?

18     A.   They were walking around in the hallway.

19     Q.   At the Holiday Inn?

20     A.   At the Holiday Inn.

21     Q.   Okay.  And you were working that day?

22     A.   Yes.  He was introducing me to Kevin.

23     Q.   Okay.  And what did he say?

24     A.   He told me that's his close friend and they

25 left after that.

Page 64

1      Q.   Okay.  Were you working housekeeping at that

2  time?

3      A.   Housekeeping, yes.

4      Q.   Did anything else happen on that day?

5      A.   No.

6      Q.   Okay.  Anything else?  So he -- all he did was

7  introduce you to Kevin?

8      A.   Introduce me that day, yes, and the following

9  day.

10     Q.   Yes.  Tell me what happened.

11     A.   They came back.

12     Q.   What time was it?

13     A.   In the afternoon, like --

14     Q.   While you were still working?

15     A.   Yes, while I was still working.

16     Q.   Okay.  Where were you?

17     A.   I was doing the housekeeping in the third

18 floor.

19     Q.   Okay.  Who else was on the third floor?

20     A.   Doris.

21     Q.   And what happened?

22     A.   Jay called me.

23     Q.   How did he call you?

24     A.   In the room.

25     Q.   So he came up to the third floor?

Page 65

1      A.   He's in his office.  He called me in the third

2  floor.

3      Q.   Okay.  How would he know where you were on the

4  third floor?

5      A.   He has a camera on his phone.  He always watch

6  the camera.

7      Q.   Okay.  So he -- he called you in one of the

8  rooms?

9      A.   Yes.

10     Q.   So called you on a room phone?

11     A.   Right.

12     Q.   Okay.  And then what happened?

13     A.   He told me not to leave without his permission.

14     Q.   Did you ask him why?

15     A.   I said why.  He said he -- he has papers that I

16 need to sign again.

17     Q.   Did you ask him what papers?

18     A.   Yes.  He told me that was about the -- the

19 policy.

20     Q.   What policy?

21     A.   I really don't remember what policy.

22     Q.   Okay.  So then after he said it was about the

23 policy, then what happened?

24     A.   After that we were about to leave.

25     Q.   Who is we?

Page 66

1    A.    Me and Doris.  She ride with me that time.  Jay
2  told me to stay.
3    Q.    So what did you do?
4    A.    He told me to clean -- clean rooms.
5    Q.    What rooms on the third floor?  On the third
6  floor?
7    A.    On the third floor.
8    Q.    So if Doris rode with you that day, what did
9  she do when he told you to stay?
10   A.    She called -- she called her daughter.
11   Q.    So he told you that you needed to clean rooms
12 on the third floor?
13   A.    Yes.
14   Q.    And you and Doris had already cleaned rooms on
15 the third floor?
16   A.    Yes.
17   Q.    Okay.  So did you say to him we've already
18 cleaned the rooms?
19   A.    Yes.
20   Q.    And what did he say?
21   A.    He said there's another room that -- because
22 the guest check in, then they left.
23   Q.    Okay.  So then what?
24   A.    I need to clean.
25   Q.    Okay.  So did you go clean the room?

Page 67

1    A.    No.
2    Q.    What happened?
3    A.    He was just -- make that up so I stay, and
4  Kevin was there.
5    Q.    All right.  Then what happened?
6    A.    We were in the laundry room.
7    Q.    Okay.  So when you -- when he told you to stay,
8  was Doris there?  Did she witness that?
9    A.    Yes.
10   Q.    Okay.  And so then you stayed and you went to
11 the laundry room?
12   A.    Uh-huh.
13   Q.    Why did -- yes?
14   A.    Yes.
15   Q.    Why did you go to the laundry room?
16   A.    Because that's where we wait for our key.
17   Q.    Okay.  Was anybody in the laundry room?
18   A.    Nobody.
19   Q.    Were there any guests around the hotel?
20   A.    I don't see anybody.
21   Q.    Okay.  How long did you wait in the laundry
22 room before anybody came in there?
23   A.    Like 15 minutes.
24   Q.    Okay.  And so you're in there by yourself for
25 15 minutes?

Page 68

1    A.    Uh-huh.
2    Q.    Yes?
3    A.    Yes.
4    Q.    Okay.  And then did anybody come in the laundry
5  room?
6    A.    Kevin.
7    Q.    And what happened when Kevin came in the
8  laundry room?
9    A.    He waited for Jay to come in also.
10   Q.    How long did Jay take to come in there after
11 that?
12   A.    Very shortly.
13   Q.    All right.  And then when Jay came in, then
14 what?
15   A.    He was watching the phone.
16   Q.    Who was watching the phone?
17   A.    Jay was watching the phone because his phone
18 has a camera, the whole building.
19   Q.    So Jay was watching the phone, his cell phone?
20   A.    Yes.
21   Q.    Okay.  And then what?
22   A.    Then he -- he told Kevin to start touching me.
23   Q.    So did Kevin do that?
24   A.    Yes.
25   Q.    Where was he touching you?

Page 69

1    A.    My breast.
2    Q.    And are they doing -- are you dressed?  When
3  you say that they grab your breast and everything, are
4  you dressed?
5    A.    Yes.
6    Q.    And when Kevin -- when you heard him tell Kevin
7  to grab your breast or touch your breast, what did you
8  do?
9    A.    I start crying.
10   Q.    Okay.  So when he said -- when you say that Jay
11 told Kevin to start touching your breast, then you
12 started crying?
13   A.    Yes.
14   Q.    Did you say, don't touch me?
15   A.    I said -- yes.
16   Q.    Okay.  So tell me exactly what you said when
17 Jay told -- when you say that Jay told Kevin to grab
18 your breast --
19   A.    I said no.
20   Q.    -- or touch you?
21   A.    Don't touch me.
22   Q.    All right.  And what did Jay or Kevin say?
23   A.    They were talking their own language, so I
24 don't really understand what they're talking.
25   Q.    Okay.  Did you leave or try to leave?

Page 70

1    A.   Yes.
2    Q.   Okay.  And then --
3    A.   Then --
4    Q.   Go ahead.
5    A.   Jay was stopping me.
6    Q.   How was he stopping you?
7    A.   He -- he just hold me.
8    Q.   Hold you where?
9    A.   Like my body.
10   Q.   Okay.  And what was Kevin doing?
11   A.   Just watching.
12   Q.   Did Kevin ever touch your breasts?
13   A.   Yes.
14   Q.   And what did you do?
15   A.   I push him.
16   Q.   And what did Kevin do after you pushed him?
17   A.   He stopped.
18   Q.   All right.  Did Jay do anything when you pushed
19   Kevin?
20   A.   Yes.
21   Q.   What did Jay do?
22   A.   He grabbed my hand.  He undress himself.
23   Q.   While Kevin was there?
24   A.   Yes.
25   Q.   So he completely undressed?

Page 71

1    A.   Just the bottom.
2    Q.   All right.  And then what happened?
3    A.   Then he told me to give him oral sex.
4    Q.   And did you?
5    A.   Yes.
6    Q.   And what was Kevin doing?
7    A.   He was watching.  He was watching us, then
8    Kevin undress also.
9    Q.   And then what?
10   A.   I give -- I ask -- or he -- he told me to give
11   him oral sex also.
12   Q.   He told you or you asked him if he wanted oral
13   sex?
14   A.   No.  He -- he told me to give him oral sex.
15   Q.   Kevin told you to do that?
16   A.   Yes.
17   Q.   And what did you say?
18   A.   I said no.
19   Q.   And what did he say when you said no?
20   A.   He didn't say anything.  They were just pushy.
21   Q.   They were just what?
22   A.   Pushy.
23   Q.   Pushy?
24   A.   Pushy, yes.
25   Q.   So did you give Kevin oral sex?

Page 72

1    A.   He told me to give him oral sex.  Jay
2    demanding.
3    Q.   Jay demanded that you give Kevin oral sex?
4    A.   Yes.
5    Q.   Okay.  And did you give Kevin oral sex?
6    A.   Yes.
7    Q.   How long did you perform oral sex on Jay?
8    A.   I don't remember.
9    Q.   What about Kevin?
10   A.   I don't remember.
11   Q.   Did either man have on a condom?
12   A.   Yes.
13   Q.   Okay.  Who had on a condom?
14   A.   Both of them.  After oral sex they were wearing
15   condom because they were --
16   Q.   No.  During oral sex, did they wear a condom?
17   A.   No.
18   Q.   Okay.  Did either man have an orgasm while you
19   performed oral sex?
20   A.   No.
21   Q.   Okay.  What happened after you performed oral
22   sex on Kevin?
23   A.   What happened after?
24   Q.   Uh-huh.
25   A.   He was on the floor.

Page 73

1    Q.   Who is he?  Sorry?
2    A.   Kevin and Jay was on the floor.
3    Q.   Okay.  So when you're performing oral sex on
4    them, where -- and you on your -- tell me the positions
5    of each person.  Describe it for me.
6    A.   Kevin was by the wall standing and Jay was
7    standing also.
8    Q.   Okay.  And were you --
9    A.   I was down.
10   Q.   On your knees?
11   A.   Knees.
12   Q.   All right.  So then you say then -- but now you
13   say that they were on the floor, so explain that to me.
14   A.   They were both laying down.
15   Q.   On the floor?
16   A.   Yes.
17   Q.   In the laundry room?
18   A.   Uh-huh.
19   Q.   Okay.  So after you performed oral sex on them,
20   they just laid down on the ground in the -- in the
21   laundry room?
22   A.   (Witness nodding head.)
23   Q.   Yes?
24   A.   Yes.
25   Q.   Okay.  Were they dressed or -- from the bottom

Page 74

1  down or --
2      A.   From the bottom down.
3      Q.   They were undressed?
4      A.   Undressed.
5      Q.   Okay.  Were they on their backs?
6      A.   Yes.
7      Q.   And what were you doing?
8      A.   I was just crying and I told them no.
9      Q.   Told them no what?
10     A.   I don't want to do anything.
11     Q.   Okay.  So when they -- when they're laying on
12 the ground on their backs, where are you?
13     A.   I was standing.
14     Q.   Where was the door?
15     A.   The door was like five steps.
16     Q.   From you?
17     A.   From me, yes.
18     Q.   Could you have gotten out the door?
19     A.   Can I?
20     Q.   Could you have gotten out of the door?  Could
21 you have walked out the door?
22     A.   No.
23     Q.   Why?
24     A.   Because I was afraid.
25     Q.   Okay.  So other than being afraid, there was

Page 75

1  nothing stopping you from going out the door?  They
2  weren't blocking the door?
3      A.   No.
4      Q.   All right.  They were laying on the ground half
5  naked?
6      A.   Right.  That's the door and they were like
7  (indicating).
8      Q.   Right, but you could have gotten to the door
9  and run out the door, right?
10     A.   Yes.
11     Q.   Okay.  And they were half naked, so if they
12 tried to come after you they'd have to run out half
13 naked, right?
14     A.   Right.
15     Q.   Okay.  How long after performing oral sex did
16 they get on the floor?  Was it as soon as you were done
17 performing oral sex they laid on the floor?
18     A.   Yes.
19     Q.   Did they say why they were laying on the floor?
20     A.   They told me to have sex with them.
21     Q.   Okay.  Who said that to you?
22     A.   Jay.
23     Q.   What did he say specifically?
24     A.   He said, fuck me.
25     Q.   Okay.  And what did you say?

Page 76

1      A.   I said, no, I don't want to.
2      Q.   Did Jay -- I mean, did Kevin say anything?
3      A.   No.
4      Q.   And when you said no, you don't want to, then
5  what happened?
6      A.   Jay was pushing me, grabbing me.  He grabbed
7  me.
8      Q.   Grabbed you how?
9      A.   In my legs to come closer to him.
10     Q.   Okay.  And then what?
11     A.   So I was on top of Jay.
12     Q.   How did you get on top of Jay?
13     A.   He grabbed me.
14     Q.   Okay.  Explain that to me.
15     A.   He grabbed my -- he grabbed my leg hard.
16     Q.   Which leg?
17     A.   My right leg.
18     Q.   All right.
19     A.   Then I said, no, no, no, then he said -- very
20 angry he told me I will get in trouble if I don't give
21 them anything.
22     Q.   Okay.  Are you still standing?
23     A.   Yes.
24     Q.   All right.  And then what happened?
25     A.   Because I was so scared, so I was doing what

Page 77

1  they asked me to do.
2      Q.   Okay.  So did the men have on condoms?
3      A.   Yes.
4      Q.   Who put on the condoms?
5      A.   Both.
6      Q.   You watched them put on the condoms?
7      A.   Yes.
8      Q.   And while they were putting on the condoms,
9  what were you doing?
10     A.   I was crying.
11     Q.   Why didn't you leave the room?
12     A.   I was just afraid to do anything.
13     Q.   Okay.  So then they put on the condoms and then
14 what?
15     A.   They were doing like -- they fuck me.  They
16 take turns.
17     Q.   Okay.  So only -- only Jay said something to
18 you, right?  Kevin didn't say anything to you?
19     A.   He didn't say anything to me.
20     Q.   Okay.  So they're laying on their back and
21 they're standing, so how do you get to a point where
22 you're having sex with them?
23     A.   They were laying down.  Jay was grabbing my --
24 my leg.
25     Q.   Okay.

Page 78

1    A.   Then I -- he was saying that angry and I got so
2  afraid.
3    Q.   So how did --
4    A.   So I --
5    Q.   Go ahead.
6    A.   So I was on top of Jay.
7    Q.   Okay.  So you climbed on top of Jay?
8    A.   He grabbed me, yes.
9    Q.   Okay.  So he grabbed you.  Did you fall?
10   A.   Yes.
11   Q.   Okay.  You just fell on top of him?
12   A.   Uh-huh.
13   Q.   Yes?
14   A.   Yes.
15   Q.   Okay.  And how were you when you fell on top of
16 him?  Were you sitting on top of him or you fell on top
17 of him?
18   A.   On top of them.  I was falling.
19   Q.   Okay.  So are they laying on the ground close
20 together?
21   A.   Pretty much close, yes.
22   Q.   Okay.  And are they facing the same way?
23   A.   No.
24   Q.   Okay.  Explain to me where Jay is and where
25 Kevin is and how their bodies are positioned.

Page 79

1    A.   Like this is Jay and this is Kevin, like that
2  (indicating.)
3    Q.   What does that mean?  Are their feet pointing
4  the same way?
5    A.   Yes.
6    Q.   Okay.  Are their arms touching each other?  Any
7  of their arms touching each other?
8    A.   Yes.
9    Q.   Okay.  So they're close enough that their
10 bodies are touching each other?
11   A.   Uh-huh.
12   Q.   Yes?
13   A.   Yes.
14        MR. FRALEY:  Uh-huh when she tries to type that
15    up, it can look like uh-huh or ung-ugh, right?  So
16    that's why she wants you to say -- you know, you can
17    explain your answer, of course, but, you know, you
18    want to say yes or no because that can come out
19    either way on that transcript.
20        THE WITNESS:  Okay.
21        MR. FRALEY:  That's the reason, okay?
22        THE WITNESS:  Okay.  I just need to take a
23    break.
24        MS. CHARLES-COLLINS:  You want a break?
25        THE WITNESS:  Yes.

Page 80

1         MS. CHARLES-COLLINS:  All right.  Any time that
2     you want a break, just tell me, okay?
3         THE WITNESS:  Yes.
4         (Recess from 11:09 a.m. until 11:16 a.m.)
5     Q.   (By Ms. Charles-Collins)  Ms. Charest, before
6  we took a break I was asking you about the way that
7  Kevin and Jay were laying on the floor, right?
8     A.   Uh-huh.
9     Q.   So when they're laying on the floor, are their
10 feet facing the door or away from the door?
11    A.   Away.
12    Q.   Okay.  Can they see the door?
13    A.   Yes, they can see the door.
14    Q.   Okay.  Is their head -- do you know what it
15 means to be parallel to something?
16    A.   Yes.
17    Q.   Okay.  Were their bodies parallel to the door?
18    A.   Parallel, yes.
19    Q.   Okay.  So that one of their arms would be
20 parallel to the door?
21    A.   Yes.
22    Q.   Okay.  And then are you standing by their head
23 or by their feet?
24    A.   By their feet.
25    Q.   Okay.  Are you standing in front of Kevin's

Page 81

1 feet or in front of Jay's feet?
2     A.   Jay.
3     Q.   And how does Jay -- if you're standing at his
4  feet, how does Jay grab your leg?
5     A.   He -- he got up and grab me like that.
6     Q.   Okay.  And when you say grab you like that,
7  what do you mean?
8     A.   He grab my -- my leg.
9     Q.   Okay.  So he grabbed your right leg?
10    A.   Uh-huh.
11    Q.   Yes?
12    A.   Yes.
13    Q.   What kind of uniform did you have on?
14    A.   We had scrubs, blue color.
15    Q.   Okay.  So a skirt or a dress?
16    A.   Skirt -- I mean, it's two-piece.
17    Q.   Okay.  So pants and a top?
18    A.   Pans and a top, right.
19    Q.   Okay.  And were you wearing undergarments under
20 your pants and top?
21    A.   Yes.
22    Q.   Okay.  So did you have on shoes?
23    A.   Shoes, yes.
24    Q.   What kind of shoes?
25    A.   Like rubber shoes.

Page 82

1    Q.   Okay.  Did you have socks on?
2    A.   Yes.
3    Q.   So he grabbed your leg?
4    A.   Uh-huh.
5    Q.   Right?  Yes?
6    A.   Yes.
7    Q.   And then what happens?
8    A.   He grabbed my legs and my whole body just fall.
9  He took my uniform off, just the -- not all the way,
10 just like halfway.
11   Q.   Okay.
12   A.   Then he just grab me and I was on top of him.
13   Q.   Okay.  So did he take off your underwear, too?
14   A.   Kevin, yes.  While I was doing -- I was in the
15 middle of doing Jay, Kevin got up and undress my
16 uniform.
17   Q.   Okay.  So when Jay grabbed you, right, and you
18 fell down --
19   A.   Yes.
20   Q.   -- you still had your clothes on?
21   A.   Yes.
22   Q.   All right.  Who took off your clothes?
23   A.   Kevin, just the down, not the whole thing.
24   Q.   Okay.  So while you're down on the ground by
25 Jay, are you on top of Jay or are you on the side of

Page 83

1  him?
2    A.   On top.
3    Q.   Okay.  You're facing him?
4    A.   Facing, yes.
5    Q.   Okay.  Did you yell for help or anything?
6    A.   No.
7    Q.   Were you crying or --
8    A.   I was -- yes, I was crying.
9    Q.   Okay.  So when he pulls you down, you're on top
10 of him facing him?
11   A.   Yes.
12   Q.   You still have your clothes on?
13   A.   Right.
14   Q.   Okay.  And then what happens?
15   A.   Kevin got up just to -- so he can grab my
16 uniform down.
17   Q.   Okay.  Did your uniform have like a string that
18 ties it --
19   A.   No, just --
20   Q.   -- or just elastic?
21   A.   Just elastic.
22   Q.   Okay.  So did he pull your pants and your
23 underwear off?
24   A.   Right.  Yes.
25   Q.   And when he -- when he pulled your pants and

Page 84

1  your underwear off, are you laying on top of Jay?
2    A.   Yes.
3    Q.   All right.  Did you try to stop him from taking
4  them off?
5    A.   I did, yes.
6    Q.   Did you say anything?
7    A.   I was -- I was crying.  I said, no, I don't
8  want to do this.
9    Q.   All right.  So then after he pulled your pants
10 and your underwear off, what happened?
11   A.   He would start fucking me.
12   Q.   Okay.  So -- but you're on top of him.  Did you
13 sit or were you still laying on top of him?
14   A.   I was on top of him.
15   Q.   Right, but are you --
16   A.   Lay down.
17   Q.   Okay.  And that's how you're having sex with
18 Jay?
19   A.   Yes.
20   Q.   All right.  And when you're having sex with
21 Jay, what's Kevin doing?
22   A.   Kevin watch.  Kevin just watching us, then play
23 -- play -- touching my breasts.
24   Q.   Okay.  But you're laying open top of Jay?
25   A.   Yes, and he was in my -- Jay is in the --

Page 85

1    Q.   In the bottom?
2    A.   Bottom, me here, then Kevin was there like
3  start grabbing my breasts.
4    Q.   Is Kevin on top of you or he's next to you?
5    A.   Next.
6    Q.   Okay.  So how does he get to your breasts if
7  you're laying on top of --
8    A.   He was like doing like that (indicating.)  He
9  can still reach.
10   Q.   All right.  So then you have sex with Jay, and
11 then what?
12   A.   Then when he's done, he told Kevin it's his
13 turn.
14   Q.   Okay.  And did you have sex with Kevin?
15   A.   Yes.
16   Q.   And then what happened?
17   A.   Jay left.
18   Q.   Left you there with Kevin?
19   A.   Yes.
20   Q.   And then what happened?
21   A.   I was crying.  I told him Kevin, I don't want
22 to do this.  Jay was very pushy, very mean.  He
23 constantly threatens me.
24   Q.   Did he threaten you at all during this time,
25 this day when he was trying to get you to have sex?

Page 86

1   A.   Yes.
2   Q.   What did he say?
3   A.   He told me don't say anything to anybody or you
4   will be in big trouble.
5   Q.   Anything else?
6   A.   You will lose your job, my family.
7   Q.   Okay.  So every time that he asked you to have
8   oral sex or asked you to have sex he would tell you
9   don't say anything to anybody, you'll be in big trouble,
10  you'll lose your family, you'll lose your job?
11  A.   Yes.
12  Q.   How long did this go on, this incident where
13  you're in the laundry room with Jay and Kevin?
14  A.   What do you mean?
15  Q.   How many minutes, hours, seconds?  How long did
16  this last giving them oral sex and having sex with each
17  one?
18  A.   Approximately 20 minutes.
19  Q.   Okay.  Was the door to the laundry room locked?
20  A.   Yes.
21  Q.   Does anyone like the maintenance guy have a
22  key?
23  A.   Yes.
24  Q.   Who locked the door?
25  A.   Jay.

Page 87

1   Q.   Okay.  When you were standing up, could you
2   have unlocked the door?
3   A.   Yes.
4   Q.   All right.  So then Jay leaves you in there
5   with Kevin and when you tell Kevin that you don't want
6   to do this, what did Kevin say?  Did he say anything?
7   A.   He -- he agree with me that Jay was mean and
8   very demanding.
9   Q.   Did he agree that he was mean by taking your
10  clothes off?
11  A.   I'm sorry?
12  Q.   Did Kevin -- so he just talked about Jay being
13  mean.  Did he say anything about his own behavior?
14  A.   No.
15  Q.   Okay.  What else did -- if anything, did Kevin
16  say to you?
17  A.   He was just telling -- he was just agreeing
18  what I said.
19  Q.   Okay.
20  A.   Then he just said, I know.  That's all he said.
21  Q.   Okay.  And then how long did you stay in the
22  laundry room after having sex with Jay and Kevin?
23  A.   Not very long.
24  Q.   What did you do after -- did Kevin leave or did
25  you both leave at the same time?

Page 88

1   A.   I left.
2   Q.   You left Kevin in the laundry room?
3   A.   Yes.
4   Q.   And where did you go?
5   A.   When I left Jay was in the front desk.  He told
6   me don't say anything to anybody again.
7   Q.   Okay.  So for the time that you—all are in the
8   laundry room, who's manning -- who's taking care of the
9   hotel?
10  A.   Jay.
11  Q.   No.  When you, Jay, and Kevin are in the
12  laundry room, who's taking care of guests at the hotel?
13  A.   Nobody.
14  Q.   Okay.
15  A.   He -- he has a phone that he can monitor who's
16  coming or not.  He has a camera in his phone.
17  Q.   Okay.  So while he's having sex with you, was
18  he monitoring the camera?
19  A.   Yes.
20  Q.   Did you have an orgasm when you had sex with
21  Kevin and with -- with Jay?
22  A.   No.
23  Q.   Did they?
24  A.   Yes.
25  Q.   Okay.  After this incident, did any other

Page 89

1   incidents occur that are the subject of your lawsuit?
2   A.   He didn't bother me for a while.
3   Q.   What do you mean for a while?
4   A.   Like eight months to a year.
5   Q.   Okay.  When -- when he had you perform oral sex
6   or have sexual intercourse with him, why didn't you
7   quit?
8   A.   I need -- I need my job.
9   Q.   Okay.  So you were willing to endure having sex
10  with your manager in order to keep your job?
11  A.   No.  I was -- I was afraid of him.
12  Q.   Okay.  So for after this incident in the
13  laundry room with Kevin and Jay for eight months to one
14  year he didn't bother you?
15  A.   He didn't bother me, but he made -- he made me
16  cry.
17  Q.   How did he make you cry?
18  A.   Like when the guests check out they left like a
19  wine bottle, then two hours after they came back.  They
20  asked me, where's the wine bottle.  I told Jay, I throw
21  away.  He said, why you throw away?  I said, I didn't
22  think that the guest will come back.  And he was so mad
23  at me.  He was hollering.  He said he can fire me.
24  Q.   Okay.  So he was yelling at you because you
25  threw away a guest's wine bottle?

Page 90

1    A.   Right.

2    Q.   Okay.  For the eight months to one year, right,

3 after this laundry room incident, did he make any

4 comments to you or do anything to you that is the

5 subject of your lawsuit?

6    A.   What do you mean?

7    Q.   That you're suing him for.  For that eight

8 months to one year, did he do anything that you're suing

9 him for?

10    A.   Forcing me to have sex with him.

11    Q.   Right, but you said between that eight months

12 to one year he didn't bother you.

13    A.   He didn't bother me, right.

14    Q.   Okay.  So during that eight months to one year,

15 did he -- did you have oral sex with him?

16    A.   Yes.

17    Q.   In that eight months to one year?

18    A.   I remember like once.

19    Q.   Okay.  So after the laundry room incident --

20    A.   Yes.

21    Q.   -- for the eight months to the 12 months after

22 that laundry room incident, you had oral sex with him

23 once?

24    A.   That I remember, yes; very shortly, just like

25 very short.

Page 91

1    Q.   Very short what?  Meaning the oral sex was

2 short or very shortly after the laundry room?

3    A.   The oral sex, just --

4    Q.   Did you have sexual intercourse with him in

5 that eight-month to one-year period after this laundry

6 room incident?

7    A.   No.  After -- after he yell at me, that wine

8 bottle for the guest, like after that day he was asking

9 for the oral sex.

10    Q.   And that would be the one time that you're

11 talking about?

12    A.   Yes.

13    Q.   All right.  So after he yelled at you and he

14 asked you for oral sex, you gave him oral sex?

15    A.   He told me to give him, yes.

16    Q.   Okay.  And you did it?

17    A.   Yes.

18    Q.   Was that the same day that he yelled at you?

19    A.   The following day.

20    Q.   Okay.  What time was that?

21    A.   In the morning.

22    Q.   Around what time?

23    A.   Before noon.

24    Q.   Okay.  Were other people in the hotel, other

25 employees?

Page 92

1    A.   Everyone was there.

2    Q.   All right.  And where were you and Jay when you

3 were giving him oral sex?

4    A.   We were in the room.

5    Q.   In what room?

6    A.   I don't remember what room.  I was in the third

7 floor.  He came -- he came to me just like to visit or

8 how's the room, so he came to me in the room.  He close

9 the door very -- very quick, then he pulled his pants

10 down.

11    Q.   And then?

12    A.   Then he told me to give him oral sex very, very

13 quick.

14    Q.   Okay.  And you did that?

15    A.   Yes.

16    Q.   All right.  Did he say anything to you?  Other

17 than telling you to give him oral sex, did he say

18 anything to you?

19    A.   Yes.

20    Q.   What did he say?

21    A.   He said don't say anything to anybody.

22    Q.   All right.  When he asked you to give him oral

23 sex, did you say anything to him?

24    A.   I said no.

25    Q.   So why did you do it after you said no?

Page 93

1    A.   Because he was so angry.

2    Q.   Why is he always so angry?

3    A.   I don't really understand why he's so angry.

4 He's angry all the time.

5    Q.   Where was Doris when this happened?

6    A.   In the other side.

7    Q.   So she's on the same floor?

8    A.   Yes.

9    Q.   Okay.  So after you performed oral sex, then

10 what happened?

11    A.   He left.

12    Q.   And what did you do?

13    A.   I continue cleaning rooms.

14    Q.   All right.  So we had the laundry room incident

15 that happened five months, right, after you started

16 working there or five months after the original

17 incident?

18    A.   Five months after original.

19    Q.   Okay.  So probably about this -- that laundry

20 room incident happened about eight months into the time

21 that you were working there?

22    A.   I'm not too sure.

23    Q.   All right.  So then after the laundry room

24 incident, for the eight months following that laundry

25 room incident to the -- a period of a year following

Page 94

1  that laundry room incident, the only thing that happened
2  was that you had oral sex with him once?
3      A.   Yes.
4      Q.   Okay.  Up until this time period, so from the
5  time that you started working at the hotel up until this
6  time period that we're talking about now where you gave
7  him oral sex after the champagne or the wine incident,
8  had you gone to the Philippines?
9      A.   Not yet.  The year -- the year after.
10     Q.   Okay.  Well, we'll try to get you to explain
11 where when we talk about this.
12          So after this eight-month to one-year period in
13 this, what -- did anything else happen that you're suing
14 Mr. Panjabi for?
15     A.   I don't understand.
16     Q.   So after where you said he didn't bother you
17 except for the one time --
18     A.   Yes.
19     Q.   -- did anything else happen?
20     A.   There's many more happening.
21     Q.   What happened?
22     A.   Before -- that was, I believe, 2014.
23     Q.   The last incident?  The oral sex incident?
24 This one?  The one where we were talking about the wine
25 bottle?

Page 95

1      A.   Yeah.  After that, there's --
2      Q.   Okay.  So when did that -- this wine bottle
3  incident happen?  2013 or 2014?
4      A.   2014.
5      Q.   All right.  So then you were saying that
6  something else happened?
7      A.   Yes.
8      Q.   What happened?  Go ahead.
9      A.   Before -- before he went to India for vacation
10 with his family, he came -- he came to me in third
11 floor.
12     Q.   Okay.  When did he go to India with his family?
13     A.   That was July or August.
14     Q.   Of what year?
15     A.   2014.
16     Q.   Okay.  You were in the third floor?
17     A.   Yes.
18     Q.   All right.  What happened?
19     A.   He came very, very like -- I didn't even know
20 he was there.  He just show up.  He was in a very, very
21 -- in a hurry, then I was cleaning the room.  I was
22 making the bed, then he just shut the door very quick,
23 then he came to me and take my -- my pants -- then he
24 told me to like lay down in bed, and I said no, then he
25 said, lay down in bed now.  He was really mad, then he

Page 96

1  -- he start touching me.
2      Q.   And what did you do?
3      A.   I was crying.  I stop him.  I told him no, then
4  he keep -- he didn't stop.  He just keep -- continue
5  what he's doing.
6      Q.   And what was that?
7      A.   He was fucking me in the bed.
8      Q.   Okay.  Did he have on a condom?
9      A.   Yes.
10     Q.   Who put it on?
11     A.   He did.
12     Q.   Was Doris on the floor?
13     A.   Yes.
14     Q.   Did you yell and scream for Doris to help you?
15     A.   No.  He told me, don't make any noise.
16     Q.   Okay.  How long did that go on, this incident?
17     A.   Not very long because he was in a rush, then
18 all of a sudden he -- he have something in his pocket
19 like shaving cream and he -- he stuck it in my vagina.
20     Q.   What did you do when he's sticking this in your
21 vagina?
22     A.   I push him.  I was crying.
23     Q.   Did you let him put it in your vagina?
24     A.   I didn't know -- because I was laying down
25 because I -- I didn't watch him, anything.  I was just

Page 97

1  -- I was crying and very nervous because he looked so
2  angry, then he just shove something in my vagina.
3      Q.   Do you know what he shoved in your vagina?
4      A.   Yeah, because he showed me.
5      Q.   Okay.  So he shoved it in your vagina and then
6  took it out and then showed you?
7      A.   Showed me, yes.
8      Q.   Okay.  And what did you say?
9      A.   I said, I don't appreciate that.  I don't like
10 that at all.  I was -- I was really mad at him.
11     Q.   And then what happened?
12     A.   Then he get dressed, then he left.  Before he
13 left he told me not to say anything to anybody.
14     Q.   And what did you say?
15     A.   I didn't say anything because I was so afraid
16 of him.
17     Q.   After he left, what did you do?
18     A.   I continue what I'm doing in the hotel.
19     Q.   So you continued cleaning rooms?
20     A.   Yes.
21     Q.   At any time after you had sex with him in the
22 laundry room or in the bedroom or you performed oral
23 sex, did you see Doris or any other employee before you
24 left the hotel?
25     A.   Yes.

Page 98

1    Q.   Okay.  After this incident, did you see Doris
2  again?
3    A.   Yes.
4    Q.   Okay.  Did you have a conversation with Doris?
5    A.   Yes, but I don't -- I don't tell her anything
6  because Jay told me not to say anything to anybody.
7    Q.   Were you crying?
8    A.   Yes.  Doris was asking me why I was crying.  I
9  told her I didn't feel good.  I just want to go home.
10   Q.   Okay.  After this incident in July or August of
11 2014, did anything else happen that you're suing Mr.
12 Panjabi for?
13   A.   Yes.  Alex, she's one of the housekeeping also.
14 I don't know if I say that.  Jay came to our room.
15   Q.   Jay came to what room?
16   A.   To one of the rooms in the second floor.
17   Q.   Were you in that room?
18   A.   Yes.
19   Q.   Why were you there?
20   A.   I was helping Alex.
21   Q.   Okay.  So Alex and you are in the second floor?
22   A.   Yes.  I was helping her.
23   Q.   Okay.
24   A.   Then Jay came to us, offered us $100 for -- for
25 -- have sex with him.

Page 99

1    Q.   So he offered both you and Alex --
2    A.   Yes.
3    Q.   -- $100 each?
4    A.   A hundred dollars -- only $100.
5    Q.   Okay.  To have sex with him?
6    A.   To have sex with him.
7    Q.   Okay.  What did you say?
8    A.   I said no, then Alex said no.
9    Q.   And then what happened?
10   A.   Then he -- because we said no, he was just like
11 -- like not really, really mad, but I can tell his face,
12 he was not happy.  He left.
13   Q.   Okay.  What is Alex's race?
14   A.   She's not Japanese.
15   Q.   She's Asian?
16   A.   She's Asian, yes.
17   Q.   Okay.
18   A.   Korean.
19   Q.   Korean?
20   A.   She's Korean, yeah.
21   Q.   Okay.  So did he threaten either you or Alex
22 that day or say anything about you-all saying no?
23   A.   Not with Alex.
24   Q.   Okay.  Did he say anything to you other than --
25 after you-all said no, did he say anything?

Page 100

1    A.   Yes.  He told me if Alex complain to anybody
2  about what -- the incident, he told me not to say
3  anything to anybody.  He wants me to lie.
4    Q.   When did he tell you that?
5    A.   October.  That was the month of either August
6  or October.
7    Q.   That this happened?
8    A.   Yes.
9    Q.   Of 2014?
10   A.   '15.
11   Q.   2015.  Okay.  So when he told you to not -- if
12 Alex complained not to say anything, where were you?
13 Were you somewhere separate apart from Alex?
14   A.   Yes.
15   Q.   Okay.  Where did he have this conversation with
16 you?
17   A.   In the office.  In his office.
18   Q.   And what time of day was that?
19   A.   We were picking up the checks so that was like
20 after maybe 1:30.
21   Q.   Okay.  So you were getting your paycheck?
22   A.   Yes.
23   Q.   All right.  So between the incident in the room
24 in July or August of 2014 with the shaving cream can,
25 the next incident would have been this incident with

Page 101

1  Alex?
2    A.   Yes.
3    Q.   Okay.  And so that incident you said where you
4  had sex with him in the room, that was July or August of
5  2014 when he went to India, right?
6    A.   Right.
7    Q.   How long was he gone to India?
8    A.   If I remember correct, I think two months.
9    Q.   All right.  And so then this incident that
10 happened with Alex, then that was August or October of
11 2015?
12   A.   Yes.
13   Q.   Okay.  Between July or August of 2014 and
14 August to October of 2015 -- August or October of 2015,
15 did you go to the Philippines?
16   A.   Yes.
17   Q.   When did you go to the Philippines?
18   A.   June, July.
19   Q.   Of what month?  I mean, of what year, I'm
20 sorry?
21   A.   The first time, that was 2014.
22   Q.   Okay.  Before or after he went to India?
23   A.   Before.
24        MS. CAVANAUGH:  Can we take a break?
25        MS. CHARLES-COLLINS:  Uh-huh.

Page 102

1          (Recess from 11:43 a.m. until 11:50 a.m.)
2     Q.   (By Ms. Charles-Collins)  Before we took a
3  break we were -- we were trying to figure out when it
4  is that you went to the Philippines the first time and I
5  think you said June or July of 2014.
6     A.   June and July, yes.
7     Q.   Okay.  So June and July?
8     A.   Yes.
9     Q.   Okay.  And then you said that that was before
10  he went -- Jay went to India for his vacation?
11     A.   Yes.
12     Q.   So how long after you returned in July of 2014
13  from your vacation did this incident happen in the room
14  before Jay went to India?
15     A.   Okay.  I don't understand.
16     Q.   Okay.  So you returned from the Philippines in
17  July of 2014, correct?
18     A.   Yes.
19     Q.   Then you said that Jay, before he went to India
20  in July or August of 2014, that this incident happened
21  in the room with the shaving cream can.
22          How long after you had come back from the
23  Philippines did this incident happen, did the shaving
24  cream incident happen?
25     A.   How long?

Page 103

1     Q.   Uh-huh.
2     A.   I don't remember.
3     Q.   Okay.  Was it in the same month that you
4  returned or was it --
5     A.   After.
6     Q.   Do you understand what I'm asking you?
7     A.   When it happened, if it's before or after?
8     Q.   Yeah.  How long --
9     A.   How long?
10     Q.   -- after you came back from the Philippines did
11  this incident with Jay happen that you said was in the
12  -- with the shaving cream can?
13     A.   Two months.
14     Q.   Okay.  So you came back in July and then two
15  months later this incident happened?
16     A.   Yes.
17     Q.   Okay.  So that would have been August or
18  September?
19     A.   Right.
20     Q.   Right?
21     A.   Yes.
22     Q.   When did he go to India?
23     A.   It was August, July or August.
24     Q.   All right.  Before you left to go to the
25  Philippines you say that he had threatened you and asked

Page 104

1  you to have sex, right, and have oral sex, right?
2     A.   Correct.
3     Q.   You left and went to India for two -- I mean,
4  to the Philippines for two months, right?
5     A.   Uh-huh.
6     Q.   How did you support yourself for those two
7  months?
8     A.   My husband.
9     Q.   Okay.  Does he --
10     A.   His income.
11     Q.   Okay.  Was he still working at the time?
12     A.   No.  My -- my income and my husband income.
13     Q.   Okay.  But for two months you weren't working
14  while you were in the Philippines or were you working?
15     A.   Yes.
16     Q.   When you went to the Philippines you worked?
17     A.   Oh, no.  I did not work there.
18     Q.   Okay.
19     A.   We have a little business over there.
20     Q.   Okay.  What's the business that you have in the
21  Philippines?
22     A.   Lending business.
23     Q.   A what business?
24     A.   Lending.
25     Q.   Lending?

Page 105

1     A.   Yes.
2     Q.   So lending money?
3     A.   Lending money.
4     Q.   What's the name of that business?
5     A.   We just call lending money.
6     Q.   The actual name is lending money?
7     A.   Yes.
8     Q.   Okay.  And how long have you-all had that
9  business?
10     A.   Like one year we had that and --
11     Q.   You only had it for one year?
12     A.   Yes.
13     Q.   Who started the business?
14     A.   My brother.  He's the one run the business for
15  us.
16     Q.   Is that business still a good business, in
17  existence?
18     A.   No more.
19     Q.   Okay.  And who were you lending money to?
20     A.   To the people who work in City Hall.
21     Q.   And where were you getting the money that you
22  would lend to the people in City Hall?
23     A.   My husband.  From my husband.
24     Q.   Okay.
25     A.   He had -- he had a little bit of money to start

Page 106

1  because we -- we live in the Philippines for three
2  years, so my husband pension receive up.
3     Q.   Okay.  So you and your husband lived in the
4  Philippines for three years?
5     A.   For three years.
6     Q.   When was that?
7     A.   March 2010 to March 2013.
8     Q.   Okay.  So prior to working at the Holiday Inn
9  Express?
10    A.   Not --
11    Q.   Before?
12    A.   Before.
13    Q.   Okay.  When did your husband retire from the
14 post office?
15    A.   2004.
16    Q.   And does he still get a pension?
17    A.   Yes.
18    Q.   And can you-all survive on his pension if you
19 didn't work?
20    A.   Not really.
21    Q.   How much is his pension?
22    A.   1,500.
23    Q.   A month?
24    A.   A month.
25    Q.   Does he receive any other type of benefits

Page 107

1  since he's seventy-two years old?  Does he receive
2  Social Security or anything else?
3     A.   Social Security.
4     Q.   How much does he receive in Social Security?
5     A.   Three hundred.
6     Q.   That's it?  A month?
7     A.   Yes.
8     Q.   Okay.  Anything -- any other payments that he
9  receives per month?
10    A.   Payments, no.
11    Q.   So when you went to the Philippines for the two
12 months, June and July of 2014, you weren't receiving any
13 pay from Holiday Inn Express?
14    A.   No.
15    Q.   Okay.  You-all survived on your husband's
16 pension?
17    A.   Right.
18    Q.   Why did you return to the Holiday Inn when you
19 came back in July of 2014 as opposed to applying for
20 another job since you had been away --
21    A.   Right.
22    Q.   -- and you said that you were afraid, so why
23 did you return to a place where you said that you were
24 afraid of the person who was supervising you?
25    A.   First of all, the job I have, I really need

Page 108

1  that job because I'm helping out my husband and my -- my
2  family also in the Philippines.  Second, I don't really
3  have choice because I sign a paper from Jay that if I
4  apply any business somewhere he will prosecuted me.
5     Q.   Okay.  Where did you get that word prosecuted
6  you from?  Who told you that word?
7     A.   I sign a paper.
8     Q.   And the paper said that you would be
9  prosecuted?
10    A.   Yes.
11    Q.   Is that the paper you're talking about?
12    A.   Yes.
13    Q.   That's the paper?
14    A.   Yes.
15    Q.   Okay.  Let me see that paper.
16    A.   (Handing to Attorney Charles-Collins.)
17    Q.   Okay.  So my question was, when you -- when you
18 left, right, to go to the Philippines, you went to the
19 Philippines in June and July of 2014, right?
20    A.   Right.
21    Q.   When you came back, why didn't you go apply for
22 a job somewhere else if you felt that you were being
23 harassed by Jay at the Holiday Inn Express?
24    A.   I did look for a job.
25    Q.   Where did you look?

Page 109

1     A.   I looked Burger King.
2     Q.   When did you look for a job at Burger King?
3     A.   When I was -- when I was -- when I came back
4  from the Philippines I look like -- I tried to look
5  Burger King.  I put application in Burger King.
6     Q.   And where else?
7     A.   McDonald's.
8     Q.   Okay.
9     A.   Walmart.
10    Q.   Okay.  And all of this was when you came back
11 from the Philippines in July of 2014?
12    A.   That was really when the -- when Jay was
13 starting -- this is during and after my -- like when Jay
14 started to threatening me, like that, I started looking
15 elsewhere, but --
16    Q.   When was that?  When did -- when did you start
17 looking for a job elsewhere?
18    A.   Like two months or three months after I'm in
19 Holiday Inn I look.
20    Q.   Okay.
21    A.   I started.
22    Q.   Okay.  So two months to three months after you
23 started working there --
24    A.   Yes.
25    Q.   -- at the Holiday Inn Express you started

Page 110

1  looking for a new job?
2      A.   Yes.
3      Q.   Why?
4      A.   Because of the threatening.
5      Q.   Okay.  So when you testified earlier you said
6  the first incident where he asked you about oral sex was
7  three months after you started working there, so you
8  started looking for a job before that?
9      A.   After.  I start looking job after, after that
10 happened.
11     Q.   Okay.  Where did you look for jobs?
12     A.   Burger King, McDonald's, Walmart.
13     Q.   Okay.  So that was in that --
14     A.   That's all I remember, yes.
15     Q.   So that was in that two- to three-month period?
16     A.   Right.
17     Q.   After you started working at Holiday Inn
18 Express?
19     A.   Yes.
20     Q.   Yes?
21     A.   Yes.
22     Q.   So then when you came back from the Philippines
23 in July of 2014, why didn't you go work somewhere else?
24     A.   I put application, but nobody call me.
25     Q.   Okay.  So because you -- nobody called you, you

Page 111

1  decided to go back to work at the Holiday Inn Express
2  where you say that Jay was forcing you to have sex, oral
3  sex, and threatening your job and your family?
4      A.   Yes.
5      Q.   Why?
6      A.   Because I don't really have a choice because I
7  sign a paper.
8      Q.   Okay.  I'm going to mark this --
9           MS. CHARLES-COLLINS:  Have you seen this?
10          MS. CAVANAUGH:  No.
11          MS. CHARLES-COLLINS:  I'm going to mark that as
12      Defendant's Exhibit 1.
13     Q.   (By Ms. Charles-Collins)  When did you start
14 working again at the hotel after you came back from the
15 Philippines?
16     A.   When I started?
17     Q.   Yes.
18     A.   Two days after I came back.
19     Q.   Okay.  Did you come back in the middle of July
20 or after July?
21     A.   August.  I believe it was August.
22     Q.   Okay.  So you came back from the Philippines in
23 July and the reason -- you say the reason that you came
24 -- you went back to the Holiday Inn Express is because
25 you had signed a paper saying that you would be

Page 112

1  prosecuted if you worked somewhere else, right?
2      A.   Right.
3           MS. CHARLES-COLLINS:  Okay.  Can you mark this
4      as Defendant's Exhibit 1, please?
5           (Defendant's Exhibit Number 1 was marked for
6      identification.)
7      Q.   (By Ms. Charles-Collins)  Did you sign that
8  paper before you went to the Philippines?
9      A.   That was before he hired me.
10     Q.   Okay.  Before he hired you when?
11     A.   April.
12     Q.   Of 2013?
13     A.   Of 2013.
14     Q.   Is when you signed the paper?
15     A.   Yes.
16     Q.   I'm going to show you what's being marked as
17 Defendant's Exhibit 1.  Is that your signature on that
18 document?
19     A.   This one here?
20     Q.   Down at the bottom, is that your signature
21 right here?
22     A.   This one?  This one, no.
23     Q.   Is this your signature?
24     A.   Yes.
25     Q.   All right.  What's the date say?

Page 113

1      A.   August.
2      Q.   Of when?
3      A.   2014.
4      Q.   Okay.  It says August 11th of 2014?
5      A.   Uh-huh.
6      Q.   Yes?
7      A.   Yes.
8      Q.   You were hired in April of 2013?
9      A.   Yes.
10     Q.   Okay.  So you didn't sign that paper when he
11 hired you in April of 2013?
12     A.   I had two.
13     Q.   Okay.  Where is the other one?
14     A.   I think -- this is the first -- the very first
15 one.
16     Q.   Okay.
17          MS. CHARLES-COLLINS:  Can you mark this as
18      Defendant's Exhibit 2, please?
19          (Defendant's Exhibit Number 2 was marked for
20      identification.)
21     Q.   (By Ms. Charles-Collins)  By the way, did you
22 bring any other papers with you?
23     A.   That's all I have.
24     Q.   All right.  So I'm going to show you what's
25 being marked as exhibit -- Defendant's Exhibit 2.  Can

Page 114

1 you tell me what the title of this document is, ma'am?
2    A.   Handbook acknowledge.  I'm sorry, right here.
3    Q.   Okay.  I need all the papers that you have with
4 you.
5         MR. FRALEY:  Well, you don't need to take
6 everything out of your purse.
7    Q.   (By Ms. Charles-Collins)  All the papers that
8 are related to this lawsuit I need you to -- not your
9 Lotto ticket.
10        MR. FRALEY:  Hold on.  Hold on.
11   Q.   (By Ms. Charles-Collins) Unless it's a winner.
12        All right.  Do you have any other employment
13 documents with you?
14   A.   That's all I have.
15   Q.   These three?
16   A.   Yes.
17        (Defendant's Exhibit 3 was marked for
18 identification.)
19   Q.   (By Ms. Charles-Collins)  All right.  So this
20 is Defendant's Exhibit 3.  So this is one that you're
21 saying is dated --
22   A.   The very first time.
23   Q.   Okay.  So what's the date on that one?
24   A.   April.
25   Q.   April what?

Page 115

1    A.   2013.
2    Q.   Okay.  So that's the document that you're
3 talking about that you signed?
4    A.   Yes.
5    Q.   All right.  And so on here it says that you
6 can't work for a year after the end of your employment
7 within 20 miles of the Holiday Inn, right?
8    A.   Right.
9    Q.   Yes?
10   A.   Yes.
11   Q.   The Burger King that you applied for a job, is
12 that within 20 miles?
13   A.   Very close to us.
14   Q.   To who?  To you?
15   A.   To my house.
16   Q.   Okay.  The McDonald's that you applied for, is
17 that within 20 miles?
18   A.   Very close.
19   Q.   Yes?
20   A.   Yes.
21   Q.   The Walmart, was that within 20 miles?
22   A.   Very close.
23   Q.   Okay.  The Quality Inn that you used to work
24 at, how far is that from your house?
25   A.   Three miles.

Page 116

1    Q.   Okay.  Outside of 20 miles from your home, are
2 there places where you could work?  There are hotels?
3    A.   Outside?
4    Q.   Twenty miles, so 21 or more miles from your
5 house.
6    A.   I really don't know.
7    Q.   You've never been 21 or more miles from your
8 house?
9    A.   No, not that -- I'm not -- I'm not familiar --
10   Q.   With what?
11   A.   That place, if there's any more hotels.
12   Q.   How long have you lived in that area?
13   A.   It will be four years now.
14   Q.   Okay.  So in four years you haven't driven 21
15 miles outside of where you live?
16   A.   I did, but I don't -- I don't know any -- I'm
17 not familiar with any -- any hotels around.
18   Q.   Okay.  What about other businesses, not just
19 hotels, any other business where you could work?
20   A.   But 20 miles --
21   Q.   Yeah, more than 20 miles from your house.
22   A.   I'm pretty sure.
23   Q.   Okay.  Did you ever apply for any jobs that
24 were more than 20 miles from your house since you had
25 signed that paper and you thought that if you worked

Page 117

1 within 20 miles you couldn't -- you would be in trouble?
2 Did you ever apply --
3    A.   I did not go that far.
4    Q.   Okay.  So instead you just decided to go back
5 to the Holiday Inn Express?
6    A.   Yes.
7    Q.   All right.  So you returned to the Holiday Inn
8 Express, so you're gone for two months.  You come back.
9 You say the incident happens in the room, then he's gone
10 for two months?
11   A.   Uh-huh.
12   Q.   Yes?
13   A.   Yes.
14   Q.   When does he return?
15   A.   I don't remember exactly.
16   Q.   All right.  So between the time that he goes to
17 India, and this August to October 2015 period where you
18 say he comes into the room with you and Alex, did
19 anything happen between you and Jay?  So from the time
20 you returned from the Philippines until this incident
21 with Alex, anything happen?
22   A.   No.
23   Q.   Okay.  When he came into the room with you and
24 Alex, did he ask you if you wanted $100 to have sex with
25 him?

Page 118

1    A.   He asked both of us.
2    Q.   Tell me what he said.
3    A.   He said, there's $100 if we want to have sex
4    with him.
5    Q.   Okay.  Had he offered you money before?
6    A.   No.
7    Q.   Had he ever given you money?  Other than your
8    paycheck, had you ever received any money from -- from
9    Mr. Panjabi?
10   A.   No.
11   Q.   Okay.  Did you learn to speak English in the
12   Philippines or in the United States?
13   A.   Here, United States.
14   Q.   And did you learn through classes or how did
15   you learn?
16   A.   Just watch TV.
17   Q.   Okay.
18   A.   Reading.
19   Q.   All right.  So how long have you been
20   communicating in English?  How long have you been
21   speaking English?
22   A.   How long?  Since I -- I'm -- I came here.
23   Q.   Okay.  So when you met your husband online,
24   were you able to communicate with him in English?
25   A.   I had a translator with me while I was talking

Page 119

1    to him online.
2    Q.   Okay.  And who would translate for you?
3    A.   My friend in the Philippines.
4    Q.   And she spoke English?
5    A.   Yes.
6    Q.   Okay.  When he moved to the Philippines, did he
7    speak Tagalog or did he speak in English?  It's
8    T-A-G-A-L-O-G.
9    A.   Not many, like very -- little only.
10   Q.   Okay.  And at that time, did you speak English
11   or were you -- did you still speak your native language?
12   A.   Still mine.
13   Q.   Okay.  So how did you-all communicate?
14   A.   The very first time I have translator.
15   Q.   Okay.  And then when you-all lived in the
16   Philippines together --
17   A.   I have -- I speak --
18   Q.   English by that time?
19   A.   Yes.
20   Q.   Okay.  And when you-all lived in the
21   Philippines together, were you already married?
22   A.   Yes, we were already married.
23   Q.   How long after you came to the United States
24   did you get married?
25   A.   I don't understand.

Page 120

1    Q.   The fourth time that he came to the Philippines
2    and brought you back --
3    A.   Yes.
4    Q.   -- how long after he brought you to the United
5    States did you marry him?
6    A.   Two years.
7    Q.   After -- not two years -- two years after you
8    met online you got married?
9    A.   Yes.
10   Q.   Okay.  So then when you came to the United
11   States, how long after you came to the United States did
12   you get married?
13   A.   Twenty-one days.
14   Q.   And did you-all have a ceremony or did you go
15   to court?
16   A.   Court.
17   Q.   Were your families there?
18   A.   No; just me and a friend.
19   Q.   His friend or your friend?
20   A.   His friend.
21   Q.   Okay.  During any of the incidents that we've
22   discussed so far, including the shaving cream can
23   incident, did you ever have any bruises or injuries from
24   these incidents?
25   A.   No, not that I know.

Page 121

1    Q.   Okay.  Did you ever seek any medical attention?
2    A.   No.
3    Q.   Did you ever take any pictures?
4    A.   No.
5    Q.   Did you ever write it down anywhere, write down
6    that these things happened?
7    A.   No.
8    Q.   Okay.  So between the time that the shaving
9    cream can incident occurred in August or October of
10   2015, nothing happened where you were having sex, oral
11   or intercourse, with Mr. Panjabi, correct?
12   A.   Yes.
13   Q.   I'm correct?
14   A.   Correct.
15   Q.   Okay.  Between that time period, did he make
16   any comments to you that you are suing him about?
17   A.   He's just threatening me about not to say or do
18   anything.
19   Q.   So between the time that he returns from India
20   and the time that he has this conversation with you and
21   Alex, he's threatening you not to say anything?
22   A.   Right.
23   Q.   About what?
24   A.   About what he did to me.
25   Q.   Okay.

Page 122

1    A.   And to Alex also.
2    Q.   But during that time he's not doing anything
3 else to you, right?
4    A.   No.
5    Q.   Okay.  And when you say he's threatening you,
6 what is he saying?
7    A.   He said if I say anything or report to anybody
8 I will be in big trouble.
9    Q.   Okay.  Anything else?
10   A.   That I could lose my family.
11   Q.   Okay.
12   A.   He'll send me back to the Philippines.
13   Q.   Okay.  Anything else?
14   A.   Because he's so powerful, he can do anything.
15   Q.   Okay.  So every time that he talks to you,
16 right?
17   A.   He say that.
18   Q.   So every time that he talks to you, he has this
19 script where he tells you the same thing?
20   A.   Yes.
21   Q.   Okay.  And he just -- every time it's the same
22 thing over and over?
23   A.   Yes.
24   Q.   Okay.  Anything happen after this August
25 October 2015 where he's speaking to you and Alex that

Page 123

1 you are suing him for?
2    A.   Yes.
3    Q.   What?
4    A.   Me and Jennifer, he -- called us in the
5 breakfast bar in the kitchen.
6    Q.   Okay.
7    A.   He was talking to us about the job and
8 everything, then all of a sudden he demand me and
9 Jennifer to touching each other.
10   Q.   When was this?
11   A.   March.  I'm not too sure about --
12   Q.   Of what year?
13   A.   2016.
14   Q.   Okay.  So he -- this was -- was this the first
15 time that he had ever asked you and Jennifer to do
16 something?
17   A.   Me and Jennifer, very first time, yes.
18   Q.   Okay.  So he demanded you touch each other.
19 What do you mean?
20   A.   Like Ruth, grab Jennifer breast, and
21 Jennifer --
22   Q.   And what did you say?
23   A.   I said, no, I'm not going to do that.  Then he
24 say, come on, just show me something.  Then me and
25 Jennifer just looked at each other like he's crazy.

Page 124

1    Q.   And what did Jennifer say?
2    A.   She say, he don't want to do anything, then
3 Jay got really angry.  He came to us very close and he
4 like --
5    Q.   He did what?
6    A.   Me and Jennifer, like he -- he push us together
7 very close.
8    Q.   How did he push you together?
9    A.   He grabbed me first and he grabbed Jennifer.
10   Q.   Where was he grabbing you?
11   A.   My hand.
12   Q.   So which hand?
13   A.   I'm not sure which one he grabbed me.
14   Q.   Okay.  So he grabbed your hand, then what did
15 he do with Jennifer?
16   A.   He grab Jennifer also.
17   Q.   How did he grab her or where?
18   A.   In his -- in her hand also.
19   Q.   Okay.  And then what did he do?
20   A.   Then he was like telling us what to do.
21   Q.   Okay.  What did he tell you to do?
22   A.   Touch Jennifer and he lift Jennifer --
23   Q.   So he told you to touch Jennifer?
24   A.   Uh-huh.
25   Q.   Okay.  So he's holding both your hands?

Page 125

1    A.   Right.
2    Q.   One -- her hand and your hand?
3    A.   Yes.
4    Q.   And he told you to touch Jennifer?
5    A.   Yes.
6    Q.   And what did you say?
7    A.   I said, no, I don't want to do that.
8    Q.   And what did he say?
9    A.   Then he said -- he was really like demanding,
10 do it now, do it now or else we will be in big trouble.
11   Q.   What time of day is this?
12   A.   About noon.
13   Q.   And you're in the breakfast bar?
14   A.   Yes.
15   Q.   Is this a locked room or an open room?
16   A.   Open.  Open.  There's a open room and there's a
17 locked room also.
18   Q.   Okay.  So which were you in?
19   A.   We were in the kitchen.  There's a door there
20 also.
21   Q.   Were other employees at the hotel working that
22 day?
23   A.   Yes.
24   Q.   All right.  And how far is like the kitchen
25 where you were to the front desk?

Page 126

1    A.   Ten to 15 steps.
2    Q.   The door on the kitchen, does it have a glass
3  or is it --
4    A.   No.
5    Q.   It's completely --
6    A.   Completely closed.
7    Q.   Okay.  What about in the laundry room?  Is that
8  completely closed?
9    A.   Completely closed.
10   Q.   All right.  So he tells you to touch Jennifer,
11 you say no, he tells you to do it now, and then what do
12 you do?
13   A.   Because I was so afraid of him I touch
14 Jennifer.
15   Q.   Where did you touch her?
16   A.   Breast.
17   Q.   Okay.  And what was Jennifer doing when you
18 touched her breast?
19   A.   She didn't -- no reaction or nothing, just --
20   Q.   She didn't react?
21   A.   She just said, no, like just watch Jay.
22   Q.   Did she -- okay.  So you're saying a couple of
23 different things.  Either -- did she react at all?
24   A.   Yes.
25   Q.   How did she react physically?

Page 127

1    A.   She just do like that (indicating), but --
2    Q.   What does that mean?
3    A.   Like push, like push me, then -- because Jay
4  was there, like he make sure we were just together.
5    Q.   Okay.  So he -- so Jennifer pushed you?
6    A.   Jay push -- push us.
7    Q.   No, no.  After you touched Jennifer's breast --
8    A.   Right.
9    Q.   -- Jennifer pushed you?
10   A.   Yes.
11   Q.   Okay.  And then what happened after that?
12   A.   We -- we just stop, then Jay take his pants
13 just for oral sex quick from me and Jennifer.
14   Q.   Okay.  So did Jennifer touch you?
15   A.   Yes, very short, like that's it.
16   Q.   And when she touched you, what did you do?
17   A.   I said, no, and I push Jennifer also.
18   Q.   Okay.  So at the time that you touch Jennifer,
19 is Jay still holding one of your arms and one of her
20 arms?
21   A.   Yes.
22   Q.   And at the time that she touches you, he's
23 still holding one of your hands and one of hers?
24   A.   Yes.
25   Q.   And at the time that you-all push each other,

Page 128

1  he's still holding on to you?
2    A.   Uh-huh.
3    Q.   Other than touching each other's breast like
4  quickly, did you-all do -- have any other physical
5  contact, you and Jennifer?
6    A.   We were talking in the hotel, yes.
7    Q.   No, no.  While you're standing there, other
8  than touching on the breast, do you and Jennifer have
9  any type of other sexual or physical contact with each
10 other?
11   A.   No.
12   Q.   Okay.  Didn't kiss?
13   A.   No kiss, not -- not that day.
14   Q.   Okay.
15   A.   Not that time.
16   Q.   In the incident -- the times that you had sex
17 with Mr. Panjabi or oral sex, did you ever kiss him?
18   A.   No.
19   Q.   So on this day where you-all were in the
20 kitchen, in the breakfast kitchen, you and Jennifer did
21 not kiss?
22   A.   No.
23   Q.   All right.  So then after you said that he --
24 he dropped his pants or he took his pants off?
25   A.   He just drop.

Page 129

1    Q.   Okay.  So then he let go of both your hands,
2  correct?
3    A.   Yes.
4    Q.   And then he -- tell me what he did.
5    A.   He took his pants off, then while Jennifer
6  doing oral sex he was like watching also in the door if
7  anybody is watching.
8    Q.   And what were you doing?
9    A.   Me?  I watch.
10   Q.   Why?
11   A.   Because he was -- he was by the door.  There's
12 no other door.
13   Q.   Was he leaning up against the door?
14   A.   Yeah.  He was like -- that door, he was like
15 that, watching if anybody coming.
16   Q.   Okay.  So was the door open or closed?
17   A.   Open.
18   Q.   So while you're in this kitchen --
19   A.   Yes.
20   Q.   -- and Jennifer is giving him oral sex --
21   A.   Uh-huh.
22   Q.   -- he's watch -- this door is open?
23   A.   Right.
24   Q.   The door is open?
25   A.   Uh-huh.

Page 130

1    Q.   So you could get out the door?
2    A.   Yeah, he was.  He was in the door.
3    Q.   Right.
4    A.   His body was in the door, so there's no way I
5    can get out because he -- if I get out, he can grab me.
6    Q.   But you could have yelled for somebody's
7    attention?
8    A.   Yes, but I was afraid.
9    Q.   Okay.  So she's giving him oral sex.  Is he
10   standing up?
11   A.   Yes.
12   Q.   She's on her knees?
13   A.   Uh-huh.
14   Q.   And you're just standing there watching?
15   A.   Just standing there, yeah.
16   Q.   Okay.
17   A.   Then after that, he demand it's my turn.
18   Q.   Okay.  So then you gave him oral sex?
19   A.   Yes.
20   Q.   And how long did this whole incident go on?
21   A.   Not very long, probably like five minutes.
22   Q.   Did he have an orgasm with either of you?
23   A.   No, not that time.
24   Q.   All right.  So then what happened -- so when
25   you were giving him oral sex, what was Jennifer doing?

Page 131

1    A.   Watch.
2    Q.   So did you actually watch her -- when she was
3    giving him oral sex, did you actually watch what was
4    going on?
5    A.   Yeah, I watch.
6    Q.   Why didn't you turn around?
7    A.   He keep calling -- he'll call me, Ruth, Ruth.
8    Q.   Okay.  So he's -- he's getting oral sex from
9    Jennifer?
10   A.   Uh-huh.
11   Q.   The door is open?
12   A.   Yes.
13   Q.   There are people working in the hotel, right?
14   A.   Yes.
15   Q.   And at the same time he's yelling your name,
16   Ruth, Ruth?
17   A.   Yes.
18   Q.   Yes?
19   A.   (Witness nodding head.)
20   Q.   And when he's saying Ruth, Ruth, what are you
21   -- what are you responding?
22   A.   Nothing.  I just look at him like scared.
23   Q.   Okay.  So you're -- you're standing there just
24   watching her give him oral sex?
25   A.   Yes.

Page 132

1    Q.   And when you're giving him oral sex, what's she
2    doing?
3    A.   Watch.
4    Q.   Okay.  So she just stands there and watches?
5    A.   Yes.
6    Q.   And is he calling her name, too?
7    A.   Uh-huh.
8    Q.   Yes?
9    A.   Yes.
10   Q.   And the door is still open?
11   A.   (Witness nodding head.)
12   Q.   Yes?
13   A.   Uh-huh.
14   Q.   And anybody in the -- because now that opens to
15   the breakfast room area, right?
16   A.   Right, but at that time the breakfast bar is
17   already closed.
18   Q.   Right, but the room is open.
19   A.   Right.
20   Q.   Anybody can walk into that area?
21   A.   Yes.
22   Q.   Okay.  So then after Jennifer watches you give
23   him oral sex, then what happens?
24   A.   He -- he left after that.
25   Q.   And then what did you and Jennifer do?

Page 133

1    A.   We were just scared, shock.
2    Q.   Okay.  So what did you-all do?  Did you-all
3    talk about it?
4    A.   Yeah.  I told her -- I told her that Jay has
5    been doing that to me, like demanding.
6    Q.   Demanding what?
7    A.   About oral sex.
8    Q.   And what did she say to you?
9    A.   She said same thing with Jay also to her.
10   Q.   Okay.  So at that time, this incident in the
11   breakfast kitchen, Jen said to you that Jay had also --
12   had already been demanding the same thing from her?
13   A.   Yes.
14   Q.   Did she say whether or not she did it?
15   A.   No.
16   Q.   Okay.  What else did you-all talk about?
17   A.   That was it because we had -- we had to go back
18   to work.  He don't want us talking.
19   Q.   But he left you in the room, right?
20   A.   Yeah.  He left us in the room, then me and
21   Jennifer, we just talk very short, then I have to go
22   back to my work.
23   Q.   Okay.  Did Jay say anything to you and/or
24   Jennifer other than calling your names?  Did he say
25   anything else to you?

Page 134

1    A.  After that he just said that if we report we'll
2  be in big trouble.
3    Q.  When did he say that?
4    A.  Before he left.
5    Q.  Okay.  So this is March of 2016.  Anything
6  happen after this incident of March of 2016 that you're
7  suing Jay for?
8    A.  Yes, another time also.
9    Q.  When?
10   A.  The same month, if I remember correctly.
11   Q.  Okay.  What happened?
12   A.  I was doing breakfast bar.  Jennifer was doing
13  front desk.  She was ready to leave because she was
14  doing night shift.  Me, I was doing breakfast bar, then
15  Jay called us in the room.
16   Q.  What room?
17   A.  That was in first floor.
18   Q.  Called both of you?
19   A.  Yes.
20   Q.  How did he call you?
21   A.  He -- he came to the breakfast bar.  He told
22  me, come in the room.  Jennifer, he call Jennifer also.
23  When I get there Jennifer is already there.
24   Q.  Okay.  When you got to the room Jennifer was
25  there?

Page 135

1    A.  Yes.
2    Q.  All right.  And then what?
3    A.  Then he -- he demand to have threesome.
4    Q.  Tell me, what do you mean by he demanded to
5  have a threesome?
6    A.  He told us to -- like both of us when he come
7  back he wants us to get naked.  He said, I'll be right
8  back.  I want you both naked when I come back.  So he
9  came back.
10   Q.  Okay.  So hold on.  So when you get to the room
11  Jennifer's in the room?
12   A.  Already, yes.
13   Q.  Correct?
14   A.  Uh-huh.
15   Q.  Is Jay in the room?
16   A.  He was there, yes.
17   Q.  Okay.  Was the door open or closed?
18   A.  Closed.
19   Q.  So how did you get in the room?
20   A.  He give me the key.
21   Q.  Okay.  And when you get to the room, is Jay --
22  does he have his clothes on?
23   A.  Yes.  He was still --
24   Q.  Where is he standing when you come into the
25  room?

Page 136

1    A.  By the door.  He was waiting for me.
2    Q.  Okay.  And where is Jennifer?
3    A.  Inside the room.
4    Q.  Where?
5    A.  By the couch.
6    Q.  Was she sitting or standing?
7    A.  Sitting.
8    Q.  She's sitting on the couch?
9    A.  Yes.
10   Q.  Okay.  So then you come into the room?
11   A.  Uh-huh.
12   Q.  Where do you go when you come into the room?
13   A.  I think -- what do you mean?
14   Q.  When you walked into the room, where did you
15  go?  She's on the couch.  Where did you go?
16   A.  Just beside her.
17   Q.  Okay.  Did you sit on the couch?
18   A.  No.
19   Q.  When he asked you to come to the first floor
20  room, did he tell you why you were coming to the room?
21   A.  No.  He didn't say anything.  He just say, come
22  in the room.
23   Q.  Okay.  Did you ask him why?
24   A.  No.
25   Q.  You just went?

Page 137

1    A.  Yes.
2    Q.  Okay.  When you got to the room, did you ask
3  him, why am I here?
4    A.  I said, what am I doing here?  Nobody's
5  watching the breakfast bar.
6    Q.  And what did he say?
7    A.  He said, don't worry about it.  Nobody's here
8  yet.  That was like before 6 o'clock in the morning, so
9  nobody there yet.
10   Q.  Okay.  And then did you ask Jennifer, what are
11  you doing here?
12   A.  Yes.  And Jennifer said, he asked me to come
13  here.
14   Q.  All right.  And so then after he tells you
15  don't worry about it, there's nobody here yet, what
16  happened?  Did he say anything else?
17   A.  He left for a minute to check the breakfast bar
18  and the front desk, but when he comes back he wants us
19  to undress.
20   Q.  Okay.  So he leaves you and Jennifer in the
21  room?
22   A.  Yes.
23   Q.  How far is the breakfast bar and the front desk
24  from the room that you were in?
25   A.  Fifteen to 20 steps.

Page 138

1    Q.   Okay.  How long is he gone from the room?
2    A.   Not very long, probably five, 10 minutes.  He
3   came back right away.
4    Q.   Okay.  So you and Jennifer are in the room
5   together without Jay for five to 10 minutes?
6    A.   Yes.
7    Q.   What are you doing in that five to 10 minutes?
8    A.   We were just talking like we don't want to do
9   this.  We don't want to get naked because he demand us
10  to get naked.  So when he came back we were not naked.
11  He get mad.
12   Q.   Okay.  So before he left to go check the
13  breakfast room he told you to get naked?
14   A.   Yes.
15   Q.   On the first floor of the hotel, is there any
16  way to get out of the hotel?
17   A.   Yes.
18   Q.   Okay.  How far is that exit from the room that
19  you were in?
20   A.   I would say 20 steps.
21   Q.   Okay.  So in that 10 to 15 minutes that he was
22  gone both of you could have left that room and left the
23  hotel, right?
24   A.   Yes.
25   Q.   Why didn't you?

Page 139

1    A.   We were scared.
2    Q.   So you were scared.  Somebody had just told you
3   to get naked and you were scared, but there was an exit
4   20 seconds away and you knew that he was -- he was -- or
5   20 steps away and he was out of the room?  Yes?
6    A.   Yes.
7    Q.   Okay.  So he's gone for 10 to 15 minutes.  You
8   two are just sitting in there talking that you don't
9   want to be there, right?
10   A.   Right.
11   Q.   But you don't leave, right?
12   A.   (Witness nodding head.)
13   Q.   He returns?
14   A.   He get -- he got really mad because we were not
15  undressed.
16   Q.   Okay.  So what did he say, if anything?
17   A.   He said, why take forever to get undressed,
18  then we told him, we don't want to do anything.
19   Q.   Okay.
20   A.   Then he said, do it now.  You guys don't want
21  to -- you don't want to see me mad.
22   Q.   Okay.  And what else?
23   A.   Because we were afraid, so.
24   Q.   You were afraid what?
25   A.   We were afraid that he'll fire us.

Page 140

1    Q.   Okay.  So what did you do?
2    A.   So we took our clothes.
3    Q.   Were you wearing the pants and top?
4    A.   Yes.
5    Q.   And what was she wearing?
6    A.   The same.
7    Q.   So you undressed yourself?
8    A.   Yes.
9    Q.   She undressed herself?
10   A.   Yes.
11   Q.   You took off all of your clothes?
12   A.   Yes.
13   Q.   Completely?
14   A.   He was -- yeah.  He was hollering at us like,
15  do it now, do it now.
16   Q.   Okay.  So you got completely naked?
17   A.   Yes.
18   Q.   Jennifer got completely naked?
19   A.   (Witness nodding head.)
20   Q.   Yes?
21   A.   Yes.
22   Q.   Was Jay dressed?
23   A.   He was undressed also.
24   Q.   Okay.  So who undressed Jay?
25   A.   He did.

Page 141

1    Q.   Okay.  So he undressed himself?
2    A.   Yes.
3    Q.   So the three of you are in this room fully
4   naked?
5    A.   Yes.
6    Q.   Okay.  And then what happened?
7    A.   He demand us to give him oral sex, me first,
8   then Jennifer, like we take turns.
9    Q.   When you're giving oral sex to Mr. Panjabi,
10  what's Jen doing?
11   A.   Watching.
12   Q.   Where is she?
13   A.   Just close to us.
14   Q.   Okay.  So where are you giving him oral sex?
15   A.   Where?
16   Q.   Yeah.  Where is he?
17   A.   Standing.
18   Q.   Okay.  By the bed?  By the couch?
19   A.   By the bed.
20   Q.   Okay.  He's not sitting on the bed?
21   A.   No.
22   Q.   Are you on the bed?
23   A.   No.
24   Q.   Okay.
25   A.   We were just all standing.

Page 142

1   Q.   Okay.  So he's standing up.  You're on your
2  knees or you're standing?
3   A.   Standing.
4   Q.   So you're standing up giving him oral sex?
5   A.   No.  We were standing, then when we give oral
6  sex we --
7   Q.   Got on your knees?
8   A.   -- got on our knees.
9   Q.   Okay.  So you're giving him oral sex.  Jen is
10  watching?
11   A.   Yes.
12   Q.   Then you finish giving him oral sex.  How long
13  was that?
14   A.   Not very long.
15   Q.   Okay.  Then she gives him oral sex and what are
16  you doing?
17   A.   Just watch.
18   Q.   Didn't turn around?  Didn't turn your eyes?
19  Nothing?  You watched?  Yes?
20   A.   Yes.
21   Q.   Okay.  She didn't turn away?  She watched him
22  -- you give him oral sex?
23   A.   Uh-huh.
24   Q.   Yes?
25   A.   Yes.

Page 143

1   Q.   And while you're giving him oral sex, is she
2  saying anything?  Is she saying, no, don't do this, we
3  don't want to do this, or is she just quiet?
4   A.   We both say that, but Jay, he's kind of person
5  that -- he's like really pushy, then he -- if you say
6  no, he'll get really mad.
7   Q.   Okay.  But while you're giving him oral sex, is
8  she saying anything?
9   A.   She say no.  Jay, that's it.  We're -- we don't
10  want to do this.
11   Q.   Okay.  She's saying that while you're giving
12  him oral sex?
13   A.   Yes.
14   Q.   But then she gives him oral sex?  Yes?
15   A.   Yes.
16   Q.   Okay.  And then when she's giving him oral sex,
17  what are you doing?
18   A.   I told Jay, I don't want to do it.
19   Q.   Okay.  When she's giving him oral sex after you
20  gave him oral sex, did you like grab your clothes and
21  run out the room?
22   A.   No.
23   Q.   Okay.  How long did she give him oral sex?
24   A.   Not very long.  It was short.
25   Q.   Then what happened after you both gave him oral

Page 144

1  sex?
2   A.   He just -- he fuck us.
3   Q.   At the same time?
4   A.   One by one.
5   Q.   Who first?
6   A.   Me first.
7   Q.   All right.  Where are you when you're having
8  sex?
9   A.   We were in the bed.
10   Q.   How did you get in the bed?
11   A.   Jay -- Jay push Jennifer first, then he push
12  me, then he --
13   Q.   He pushed Jennifer first where?
14   A.   In the bed.
15   Q.   Is it a room with a king bed or two beds?
16   A.   King.
17   Q.   Okay.  So he pushed her on the -- on the bed?
18   A.   Uh-huh.
19   Q.   Right or left side?
20   A.   I don't remember where.
21   Q.   Okay.  So he pushes her on the bed and what
22  does she say when he pushes her on the bed?
23   A.   She just said no.
24   Q.   Okay.  Did she get up off the bed?
25   A.   No.

Page 145

1   Q.   She just laid there?
2   A.   Yes.
3   Q.   Okay.  Then when he's pushing her onto the bed,
4  what are you doing?
5   A.   I don't do anything.
6   Q.   You just stood there?
7   A.   Yes.
8   Q.   Okay.  So then he pushes her on the bed and
9  then what?
10   A.   He fuck me.
11   Q.   Okay.  But where were you?  So were you on the
12  bed when --
13   A.   Yeah, because he push Jennifer and he push me.
14   Q.   Okay.
15   A.   He was having aggressive.
16   Q.   Okay.  So when he pushed you on the bed, were
17  you next to Jennifer?
18   A.   Very -- pretty much.
19   Q.   Okay.  Did you try to get up?
20   A.   Yes.  He -- like he was -- I try to get up,
21  then he was like pushing.
22   Q.   All right.  So then when he's trying to push
23  you down, what's Jennifer doing?
24   A.   She just --
25   Q.   She's just laying there?

Page 146

1    A.   Laying.
2    Q.   Okay.  Is she laying on her back?
3    A.   Yes, she was.
4    Q.   Okay.  And are you laying on your back?
5    A.   Yes.
6    Q.   And where's Jay?
7    A.   He was doing both of us, like me first, then
8  Jennifer, then me, then Jennifer.
9    Q.   Okay.  So he's having sex with you and Jennifer
10 back and forth?
11   A.   Yes.
12   Q.   So he would go -- he would have sex with you,
13 then get up, go have sex with her, back and forth?
14   A.   Yes.
15   Q.   For how long?
16   A.   Not very long.
17   Q.   Did he have an orgasm with you?
18   A.   Yes.
19   Q.   Did he have an orgasm with her?
20   A.   No.
21   Q.   Okay.  So then he's -- he has -- he's on top of
22 you having sex, so is he laying on top of you?
23   A.   Yes.
24   Q.   And when he's laying on top of you, what's she
25 doing?

Page 147

1    A.   Nothing.
2    Q.   She's just laying there?
3    A.   Yes.
4    Q.   Is she watching?
5    A.   Uh-huh.
6    Q.   Yes?
7    A.   Yes.
8    Q.   Is she saying anything?
9    A.   She just said no.
10   Q.   Okay.  And when you -- when he starts to have
11 sex with her, what are you doing?  Are you watching?
12   A.   Yes.
13   Q.   Okay.  Did you turn away from him or turn your
14 eyes away or try to get up out the bed?
15   A.   I tried to get my dress up, but he yell.
16   Q.   Did you have on a dress or pants?
17   A.   I mean, pants.
18   Q.   Okay.  So I thought you were fully naked.
19   A.   I was fully naked, yes.  While he's doing
20 Jennifer I try to get up and get my clothes, then he
21 yell.  He said, don't get dressed yet.
22   Q.   So why is that you were -- you weren't afraid
23 to try to get up and get your dress or get dressed while
24 he's in there trying to have sex with you, but when you
25 were fully clothed and he wasn't around for 10 to 15

Page 148

1  minutes you were too afraid to get out the room?
2    A.   I'm just afraid.
3    Q.   Okay.  So he has sex with her -- I mean, with
4  you, then her, then you, then her.  He has an orgasm
5  with you and then does he go back to trying to have sex
6  with her?
7    A.   No.
8    Q.   Okay.  Then what happens?
9    A.   When he's done, he dressed, then he told us not
10 to say anything or else we'll in big trouble.
11   Q.   Okay.  And then what happened?
12   A.   He left the room.  He went to front desk.  Me
13 and Jennifer get dressed.
14   Q.   Did you-all talk to each other?
15   A.   Yes.
16   Q.   What did you-all say to each other?
17   A.   We were -- we were mad to Jay.
18   Q.   What were you mad at Jay about?
19   A.   Because he won't take no for an answer.
20   Q.   Were you mad because he made you-all have sex
21 with him at the same time?
22   A.   No, just mad because he treat us like a piece
23 of meat.
24   Q.   Okay.  What else did you-all talk about?
25   A.   We said that we don't want to do this again.

Page 149

1    Q.   Was that the first time that you had sex with
2  Jay that Jennifer was also in the room?
3    A.   I'm sorry?
4    Q.   Was that the first time that you had sex with
5  Jay that Jennifer was also in the room?
6    A.   Yes.
7    Q.   Did you and Jennifer kiss in this incident?
8    A.   No.
9    Q.   Did you ever kiss Jennifer?
10   A.   No.
11   Q.   At any time?
12   A.   One time when he -- when Jay told us to kiss
13 each other, not really a kiss-kiss, but just like a
14 smack kiss because we didn't want to do it.
15   Q.   When was that?
16   A.   That's the -- that's the first time.
17   Q.   The first time when you were talking about in
18 the -- in the breakfast kitchen?
19   A.   No.  The one in the room, when we were in the
20 room.
21   Q.   Okay.  So when you were in the room he had
22 you-all kiss?
23   A.   Yeah, before -- before he fucked us.
24   Q.   The first time in the breakfast kitchen, did
25 you and Jennifer have sex with Mr. Panjabi?

Page 150

```
 1   A.   Not in the breakfast.
 2   Q.   Okay.
 3   A.   Just oral sex.
 4   Q.   Okay.  Do you need to take a break or anything?
 5   A.   Yes.
 6   Q.   Okay.  Just tell me when you need to take a
 7 break.  You can take a break.
 8        (Recess from 12:46 p.m. until 1:19 p.m.)
 9            (Continued in Volume II.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Exhibits**

**EX 0001 Ruth C
harest 030317**
**EX 0002 Ruth C
harest 030317**
**EX 0003 Ruth C
harest 030317**

**$**

**$100**  98:24
  99:3,4 117:24
  118:3
**$8.25**  24:6

**1**

**1**  52:25
  111:12 112:4,
  5,17
**1,500**  106:22
**10**  22:23
  28:15,18,19,
  21,23 29:1,4,
  10 138:2,5,7,
  21 139:7
  147:25
**10:19**  41:24
**10:24**  41:24
**11:00**  20:24
**11:09**  80:4
**11:16**  80:4
**11:43**  102:1
**11:50**  102:1
**11th**  113:4
**12**  28:2,19,21
  90:21
**12:46**  150:8
**13**  22:2
**14**  19:8
**1401**  16:2
**15**  35:10
  61:25 62:8
  67:23,25

100:10 126:1
138:21 139:7
147:25
**15-minute**
  62:2
**1:00**  17:18
  19:14 21:16,
  25 45:2,5
**1:19**  150:8
**1:30**  100:20

**2**

**2**  17:19
  44:24,25
  113:18,19,25
**20**  86:18
  115:7,12,17,
  21 116:1,20,
  21,24 117:1
  137:25 138:20
  139:4,5
**2004**  106:15
**2009**  54:12
**2010**  106:7
**2013**  12:18
  19:8 48:6
  49:3 50:21
  95:3 106:7
  112:12,13
  113:8,11
  115:1
**2014**  7:1
  94:22 95:3,4,
  15 98:11
  100:9,24
  101:5,13,21
  102:5,12,17,
  20 107:12,19
  108:19 109:11
  110:23 113:3,
  4
**2015**  19:9
  20:16 35:11
  100:11
  101:11,14
  117:17 121:10
  122:25

**2016**  19:11
  123:13 134:5,
  6
**2017**  4:3 25:8
**21**  116:4,7,14
**25**  62:6,8
**2525**  4:4
**27**  40:15
**2:00**  19:14
  21:16,25
  45:2,5,11

**3**

**3**  4:3 114:17,
  20
**30**  29:16
**305**  33:1,5
**32**  29:11
**33609**  4:4
**34608**  5:11
**35**  29:16
**352 610-3342**
  5:24
**3:00**  45:4

**4**

**40**  21:6 29:4,
  11,14,17
**45**  30:15
**4:00**  45:4

**5**

**50**  9:13,14
**5:30**  20:22
  21:16,24

**6**

**6**  137:8
**60**  28:5
**6125**  5:3

**7**

**7.65**  17:23
  18:1
**70**  27:21
  29:15
**75**  27:21
  29:15

**8**

**8.25**  18:3

**9**

**9**  17:17 31:5
**90**  46:24
**9:00**  19:14
**9:31**  4:3

**A**

**a.m.**  4:3
  41:24 80:4
  102:1
**acknowledge**
  114:2
**actual**  105:6
**addition**  22:3
**address**  5:2
**affirm**  4:10
**afraid**  47:20,
  21 53:16,17
  55:18,19
  61:12 74:24,
  25 77:12 78:2
  89:11 97:15
  107:22,24
  126:13 130:8
  139:23,24,25
  147:22 148:1,
  2
**afternoon**
  44:22 52:22
  64:13

**aggressive**
145:15
**agree** 87:7,9
**agreeing**
87:17
**ahead** 14:17
26:21 47:12
70:4 78:5
95:8
**Alex** 98:13,
20,21 99:1,8,
21,23 100:1,
12,13 101:1,
10 117:18,21,
24 121:21
122:1,25
**Alex's** 99:13
**and/or** 133:23
**angry** 76:20
78:1 93:1,2,
3,4 97:2
124:3
**Annie** 23:4,5,
15 25:24 26:5
31:10,11
35:17,18,22
**anytime** 8:14
50:4 56:4
**application**
12:22 13:4,8,
13,23,24
14:1,4,6,15
23:18 109:5
110:24
**applied**
115:11,16
**apply** 11:6
12:9 108:4,21
116:23 117:2
**applying**
107:19
**approximately**
7:3 21:4
27:22 37:24
38:19 44:11
55:2 57:2
86:18

**April** 12:16
112:11 113:8,
11 114:24,25
**area** 9:16
116:12
132:15,20
**arms** 79:6,7
80:19 127:19,
20
**arrive** 61:16
**Asian** 99:15,
16
**assigned**
28:11,25
29:21 31:17,
19 32:1,4,11,
12,14,18,19
33:21,23 34:4
35:8
**Atlantic** 16:2
**attention**
121:1 130:7
**attorney** 7:15
8:8 39:5,8,16
108:16
**August** 95:13
98:10 100:5,
24 101:4,10,
13,14 102:20
103:17,23
111:21 113:1,
4 117:17
121:9 122:24
**Avenue** 16:3
**average** 28:25
30:13

**B**

**back** 6:25
7:11 13:25
14:6 18:8,20
32:9 50:4,7,
9,10,13,22,23
51:4,6,8,21
54:4,5,15
56:4,9,17
57:9,17,23

58:2,5 60:5
64:11 77:20
89:19,22
102:22
103:10,14
107:19 108:21
109:3,10
110:22 111:1,
14,18,19,22,
24 117:4,8
120:2 122:12
133:17,22
135:7,8,9
137:18 138:3,
10 146:2,4,
10,13 148:5
**background**
24:16
**backs** 74:5,12
**badly** 14:13
**bar** 20:4,5,6,
11,18,21 21:7
22:17,19,22
24:1,12 26:22
27:1 32:8
35:24 36:18,
19 38:3 123:5
125:13 132:16
134:12,14,21
137:5,17,23
**Beach** 16:3
23:12 41:1
**bed** 95:22,24,
25 96:7
141:18,19,20,
22 144:9,10,
14,15,17,21,
22,24 145:3,
8,12,16
147:14
**bedroom** 97:22
**beds** 144:15
**begin** 7:12
**behavior**
87:13
**benefits**
17:24,25
106:25

**big** 47:13,22
53:12,24
86:4,9 122:8
125:10 134:2
148:10
**birth** 16:9
**bit** 8:5
105:25
**blocking** 75:2
**blue** 45:17,
24,25 46:8
81:14
**bodies** 78:25
79:10 80:17
**body** 70:9
82:8 130:4
**borrow** 33:20
**boss** 47:5,7,
15
**bother** 89:2,
14,15 90:12,
13 94:16
**bottle** 89:19,
20,25 91:8
94:25 95:2
**bottom** 71:1
73:25 74:2
85:1,2 112:20
**Boulevard**
8:21
**boy** 6:12
**boyfriend**
38:25
**break** 8:2,3,
14,16 34:12
36:2,6 41:22
79:23,24
80:2,6 101:24
102:3 150:4,7
**breakfast**
20:4,5,6,11,
18,21 21:2,7
22:17,19,21
24:1,12 26:22
27:1 32:8
35:24 36:18,
19 38:3 123:5
125:13 128:20

132:15,16
133:11
134:12,14,21
137:5,17,23
138:13
149:18,24
150:1
**breast** 51:20,
22 52:7,13
53:7 55:4
59:6,10 69:1,
3,7,11,18
123:20
126:16,18
127:7 128:3,8
**breasts** 70:12
84:23 85:3,6
**bring** 43:12
113:22
**Brooks** 8:21
**Brooksville**
8:19,21,24
9:6 10:3,6,8
**brother**
105:14
**brought**
120:2,4
**bruises**
120:23
**building**
48:13 50:24
55:12 68:18
**bumped** 38:13,
21
**Burger** 109:1,
2,5 110:12
115:11
**business**
104:19,20,22,
23 105:4,9,
13,14,16
108:4 116:19
**businesses**
116:18
**busy** 28:14
45:4

---

**C**

**C-A-P-L-A-N**
9:5
**C-E-M-A-N-E-S**
4:24
**C-H-A-R-E-S-T**
4:25
**call** 13:25
22:10 64:23
105:5 110:24
131:7 134:20,
22
**called** 51:3
56:16,22
57:6,8,23
64:22 65:1,7,
10 66:10
110:25 123:4
134:15,18
**calling** 131:7
132:6 133:24
**camera** 65:5,6
68:18 88:16,
18
**Caplan** 9:3
**car** 15:15
**care** 88:8,12
**cart** 30:9
33:10,15,18,
20 34:1,2,25
49:20,22
**Cavanaugh**
7:17 21:13
101:24 111:10
**cell** 5:25 6:1
56:22 68:19
**Cemanes** 4:22,
23
**Center** 8:19,
25
**ceremony**
120:14
**certificate**
25:14,15

**certificates**
24:23
**champagne**
94:7
**change** 6:18
31:22,24
**changed** 32:6
**Charest** 4:1,
14,22,25 5:20
80:5
**Charles-**
**collins** 4:19
7:14 12:5,7,8
21:15 39:20
41:23,25
46:4,7 79:24
80:1,5 101:25
102:2 108:16
111:9,11,13
112:3,7
113:17,21
114:7,11,19
**Chatman** 8:21
**check** 30:23
66:22 89:18
137:17 138:12
**checks** 100:19
**chemicals**
35:5
**child** 6:10
16:9
**children** 6:5
**choice** 108:3
111:6
**citizen** 54:9,
11,16
**City** 4:4
105:20,22
**claimed** 54:14
**clarify** 11:25
**class** 25:15
**classes**
118:14
**clean** 27:15,
18,23,25
28:12,16
29:1,11,21

30:8,14 33:1
57:10,13,14,
15,17 58:23
66:4,11,24,25
**cleaned**
29:12,15
66:14,18
**cleaning**
23:15 27:10,
12 28:19
29:22 30:1,2,
18 32:22,24
33:5 93:13
95:21 97:19
**clerk** 40:17,
18,19
**climbed** 78:7
**close** 38:15
63:24 78:19,
21 79:9 92:8
115:13,18,22
124:3,7
141:13
**closed** 126:6,
8,9 129:16
132:17
135:17,18
**closer** 76:9
**closest** 22:19
**clothed**
147:25
**clothes**
82:20,22
83:12 87:10
135:22 140:2,
11 143:20
147:20
**CNA** 24:25
25:3,4,11,14
**code** 5:10
**colloquialisms**
46:6
**color** 81:14
**commencing**
4:3
**comments** 90:4
121:16

communicate
   22:6,8 118:24
   119:13
communicating
   118:20
complain
   100:1
complained
   100:12
complete   13:8
   23:18,19
completely
   70:25 126:5,
   6,8,9 140:13,
   16,18
computer   23:9
condom   62:17
   72:11,13,15,
   16 96:8
condoms   77:2,
   4,6,8,13
constantly
   85:23
contact   38:11
   39:2 128:5,9
continue
   93:13 96:4
   97:18
continued
   97:19 150:9
continuously
   18:7
contract
   39:14
conversation
   47:24 48:3,12
   98:4 100:15
   121:20
conversations
   41:16
correct   5:1
   101:8 102:17
   104:2 121:11,
   13,14 129:2
   135:13
correctly
   134:10

couch   136:5,
   8,15,17
   141:18
counsel   4:2
couple   41:21
   126:22
courses   25:12
court   8:5
   120:15,16
crazy   123:25
cream   96:19
   100:24
   102:21,24
   103:12 120:22
   121:9
cried   61:8
cry   89:16,17
crying   54:25
   69:9,12 74:8
   77:10 83:7,8
   84:7 85:21
   96:3,22 97:1
   98:7,8

_____

          D

date   12:13
   42:15 112:25
   114:23
dated   43:4
   114:21
dating   42:18
daughter   7:10
   38:24 66:10
Dawn   13:17,
   18,22 26:1,
   19,23
Dawn's   13:20
day   12:19,20
   13:9,10
   14:18,19
   16:11,13,14,
   18,22,23,24
   17:11,18
   19:16,19
   27:22,25
   28:12 29:5,

12,17,18 31:2
   33:19,21
   37:9,10,12,
   22,23 44:21
   45:15,16
   46:13 48:23,
   24 52:4 53:25
   54:22 63:21
   64:4,8,9 66:8
   85:25 91:8,
   18,19 99:22
   100:18
   125:11,22
   128:13,19
day-to-day
   17:11
days   17:15
   36:22,24,25
   37:3,4,7
   46:24 111:18
   120:13
December   7:6
decide   47:2
decided   111:1
   117:4
defendant's
   111:12 112:4,
   5,17 113:18,
   19,25 114:17,
   20
Defendants
   4:2
demand   44:12
   123:8 130:17
   135:3 138:9
   141:7
demanded
   44:13,15 72:3
   123:18 135:4
demanding
   72:2 87:8
   125:9 133:5,
   6,12
department
   15:7
depend   30:15
depending
   36:25 37:5

depends   17:17
   28:13 29:20
   45:3
deposition
   4:1,5
describe
   59:18 73:5
desk   13:15
   22:20,21
   26:24 27:1
   36:18 38:5
   52:1,2,3,4,6
   58:9,13 88:5
   125:25 134:13
   137:18,23
   148:12
discipline
   48:14
discuss   15:17
discussed
   120:22
document
   39:23 40:5
   112:18 114:1
   115:2
documents
   114:13
dollars   99:4
door   74:14,
   15,18,20,21
   75:1,2,6,8,9
   80:10,12,13,
   17,20 86:19,
   24 87:2 92:9
   95:22 125:19
   126:2 129:6,
   11,12,13,14,
   16,22,24
   130:1,2,4
   131:11 132:10
   135:17 136:1
doors   30:11
Doris   26:1,13
   32:15,16
   33:23 34:1,21
   49:15 64:20
   66:1,8,14
   67:8 93:5

96:12,14
97:23 98:1,4,
8
**downstairs**
35:4
**dress** 81:15
147:15,16,23
**dressed** 60:12
69:2,4 73:25
97:12 140:22
147:21,23
148:9,13
**drive** 41:7,9,
12
**driven** 116:14
**drop** 128:25
**dropped**
128:24
**duly** 4:15
**duty** 15:20

**E**

**earlier** 110:5
**easier** 32:8
**eat** 36:5
**education**
24:16
**eight-month**
91:5 94:12
**elastic**
83:20,21
**employed** 8:18
**employee**
97:23
**employees**
21:23,25 27:2
91:25 125:21
**employment**
18:7,9,19
114:12 115:6
**empty** 29:5,17
**encounter**
48:8 55:1
**end** 18:7,19
25:6 48:11,12
115:6

**ended** 30:19
33:8 39:4,8
**endure** 89:9
**English**
118:11,20,21,
24 119:4,7,
10,18
**enter** 39:14
**entire** 11:16
35:14,15
**estimate**
27:21
**etcetera**
47:15,16
**EXAMINATION**
4:18
**examined** 4:16
**exhibit**
111:12 112:4,
5,17 113:18,
19,25 114:17,
20
**existence**
105:17
**exit** 138:18
139:3
**experience**
15:21
**explain** 46:2
73:13 76:14
78:24 79:17
94:10
**Express** 5:15
6:3 10:25
11:2,5 15:24
18:6,12 19:5
22:25 23:17,
25 25:20
36:1,12,13
37:17 41:10
106:9 107:13
108:23 109:25
110:18 111:1,
24 117:5,8
**expression**
45:24
**expressions**
46:3

**eyes** 142:18
147:14

**F**

**face** 99:11
**facing** 78:22
80:10 83:3,4,
10
**fall** 78:9
82:8
**falling** 78:18
**familiar**
116:9,17
**families**
120:17
**family** 54:2
55:8 86:6,10
95:10,12
108:2 111:3
122:10
**feel** 98:9
**feeling** 50:2
56:2
**feet** 79:3
80:10,23,24
81:1,4
**fell** 78:11,
15,16 82:18
**felt** 108:22
**Fifteen** 62:6
137:25
**figure** 102:3
**fill** 23:22
**filled** 28:8
**find** 11:4
14:15 39:10
**fine** 8:15
12:5 39:21,22
**finish** 11:16
12:1 142:12
**finished**
11:21 32:21,
23 50:14
**fire** 89:23
139:25

**fired** 38:22
48:20
**FIRM** 4:4
**floor** 30:2,3,
6 31:18,20
32:2,4,5,12,
18 33:11,22,
23 34:14,16,
19,20,22,24
35:3,9 49:13,
14,15 57:18,
20,21 64:18,
19,25 65:2,4
66:5,6,7,12,
15 72:25
73:2,13,15
75:16,17,19
80:7,9 92:7
93:7 95:11,16
96:12 98:16,
21 134:17
136:19 138:15
**floors** 29:24
**Florida** 4:4,6
5:7 16:3
40:20,23
**follow** 14:6
**force** 43:20,
21
**forcing** 90:10
111:2
**forever**
139:17
**forgot** 26:20
**form** 8:9
**forms** 23:22
**found** 39:12
**Fourteen** 6:24
**fourth** 43:12
120:1
**Fraley** 4:3
11:15,19,24
12:6 39:10,
12,15,18,24
40:4 41:21
45:23 46:2,5
79:14,21
114:5,10

Friday  4:2
friend  63:13,
  16,24 119:3
  120:18,19,20
friends  37:19
friendship
  38:9
front  13:15
  22:20,21
  26:24 27:1
  36:18 38:5
  52:2,3,4
  58:8,13 80:25
  81:1 88:5
  125:25 134:13
  137:18,23
  148:12
fuck  44:2,4,
  6,16 45:20
  46:17 75:24
  77:15 144:2
  145:10
fucked  149:23
fucking  84:11
  96:7
full  4:20,21
fully  141:3
  147:18,19,25
fun  49:8

## G

gave  91:14
  94:6 130:18
  143:20,25
Girl  6:12,13
girls  19:15
give  4:11
  12:24 13:6,
  14,24 16:9
  31:9,11 37:13
  58:12,22
  60:11,14,18,
  22 71:3,10,
  14,25 72:1,3,
  5 76:20 91:15
  92:12,17,22
  131:24 132:22

135:20 141:7
  142:5,22
  143:23
giving  62:7,
  12,20 86:16
  92:3 129:20
  130:9,25
  131:3 132:1
  141:9,14
  142:4,9,12
  143:1,7,11,
  16,19
glass  126:2
good  12:7
  98:9 105:16
Gordon  5:20
grab  59:15,20
  60:3,7 69:3,
  7,17 81:4,5,
  6,8 82:12
  83:15 123:20
  124:16,17
  130:5 143:20
grabbed
  51:20,22
  52:7,13 53:7
  55:4 58:25
  59:1,7,14,16,
  24,25 60:2,9,
  19 70:22
  76:6,8,13,15
  78:8,9 81:9
  82:3,8,17
  124:9,13,14
grabbing
  59:10 76:6
  77:23 85:3
  124:10
graduate
  24:17
great  12:3
ground  73:20
  74:12 75:4
  78:19 82:24
guest  58:14
  61:14,15
  66:22 89:22
  91:8

guest's  89:25
guests  28:6,9
  67:19 88:12
  89:18
guy  26:3 53:5
  86:21
guys  139:20

## H

hair  60:7
half  75:4,11,
  12
halfway  82:10
Hall  105:20,
  22
hallway  22:13
  63:18
hand  4:9,20
  59:2,3,4,7,
  20,21,22,24,
  25 60:25
  70:22 124:11,
  12,14,18
  125:2
Handbook
  114:2
handing
  108:16
hands  124:25
  127:23 129:1
happen  19:7
  51:17 56:12
  57:1 63:4
  64:4 94:13,19
  95:3 98:11
  102:13,23,24
  103:11
  117:19,21
  122:24 134:6
happened
  12:23 46:23
  48:5 49:1
  51:19 53:8
  55:7 56:15
  57:19 58:4,20
  59:13 62:22,
  23 63:12

64:10,21
  65:12,23
  67:2,5 68:7
  71:2 72:21,23
  76:5,24 84:10
  85:16,20
  93:5,10,15,20
  94:1,21 95:6,
  8,18 97:11
  99:9 100:7
  101:10 102:20
  103:7,15
  110:10 121:6,
  10 127:11
  130:24 134:11
  137:16 141:6
  143:25 148:11
happening
  94:20
happy  99:12
harassed
  108:23
harassment
  43:18,19
hard  12:1
  76:15
he'll  21:1
  49:20 50:1,4
  54:4 58:12
  61:13 122:12
  131:7 139:25
  143:6
head  27:14
  28:24 54:19
  59:14,15,25
  60:1,2,3,5,7,
  8,10,19 61:24
  73:22 80:14,
  22 131:19
  132:11 139:12
  140:19
Healthcare
  8:19,24
hear  6:9
heard  24:15
  69:6
helping
  98:20,22

108:1
**hey**   34:22
**high**   24:17,20
**Hill**   5:7
    38:16
**hired**   16:11,
    16 44:12 48:6
    112:9,10
    113:8,11
**hiring**   11:9,
    11 12:25 13:2
    14:11 44:12,
    14,15
**hold**   11:14
    70:7,8 114:10
    135:10
**holding**
    124:25
    127:19,23
    128:1
**Holiday**   5:15
    6:3 10:25
    11:1,4 15:23
    16:2 18:6,11,
    19,21 19:4
    22:24 23:11,
    17,24 25:20
    36:1,12,13
    37:17 39:1
    41:10 63:19,
    20 106:8
    107:13,18
    108:23
    109:19,25
    110:17 111:1,
    24 115:7
    117:5,7
**hollering**
    89:23 140:14
**home**   5:25
    10:15 40:8,9
    41:13 55:14,
    15 56:25
    57:22 63:1
    98:9 116:1
**hotel**   7:18
    17:9 21:17,24
    22:6 27:20

28:8 29:15,24
    45:9 50:10,13
    51:9,21
    52:16,19 53:4
    56:4 57:9,25
    61:15 67:19
    88:9,12 91:24
    94:5 97:18,24
    111:14 125:21
    128:6 131:13
    138:15,16,23
**hotels**   116:2,
    11,17,19
**hours**   21:4,6
    86:15 89:19
**house**   115:15,
    24 116:5,8,
    21,24
**housekeepers**
    19:13,17,20
    27:3,6,9,17
    29:8 30:5
    33:11 53:1
**housekeeping**
    9:21 10:5
    15:8,11,19,21
    16:6,7 17:2
    19:18 20:1,
    13,18 21:3
    23:6,25 26:5,
    9,14,16,18,23
    27:13 35:13
    45:13 64:1,3,
    17 98:13
**how's**   92:8
**hundred**   99:4
    107:5
**hurry**   95:21
**husband**   15:12
    40:6,7,10
    41:4 42:2,15
    55:15,19,20
    63:2 104:8,12
    105:23 106:2,
    3,13 108:1
    118:23
**husband's**
    5:19 107:15

---

**I**

**identification**
    112:6 113:20
    114:18
**II**   150:9
**incident**
    48:25 49:4
    55:3 56:18,20
    63:7,10,11
    86:12 88:25
    89:12 90:3,
    19,22 91:6
    93:14,17,20,
    24,25 94:1,7,
    23 95:3 96:16
    98:1,10
    100:2,23,25
    101:3,9
    102:13,20,23,
    24 103:11,15
    110:6 117:9,
    20 120:23
    121:9 128:16
    130:20 133:10
    134:6 149:7
**incidents**
    89:1 120:21,
    24
**include**   22:3,
    4 24:25 27:12
**including**
    27:7 120:22
**income**
    104:10,12
**India**   95:9,12
    101:5,7,22
    102:10,14,19
    103:22 104:3
    117:17 121:19
**indicating**
    75:7 79:2
    85:8 127:1
**injuries**
    120:23
**Inn**   5:15 6:3
    9:11,18,25

10:8,9,10,21,
    25 11:2,5
    15:23 16:2
    18:6,12,19,21
    19:4 22:24
    23:11,17,24
    25:20 36:1,
    12,13 37:17
    39:1 41:10
    63:19,20
    106:8 107:13,
    18 108:23
    109:19,25
    110:17 111:1,
    24 115:7,23
    117:5,7
**Inside**   136:3
**instance**   33:1
**instructs**
    8:10
**intercourse**
    89:6 91:4
    121:11
**internet**
    42:5,9,12
**interrupt**
    11:20
**interview**
    15:14,16,19
    16:10
**interviewed**
    12:20 14:18,
    22
**interviewing**
    15:9
**introduce**
    64:7,8
**introduced**
    7:12
**introducing**
    63:22
**items**   35:6

---

**J**

**January**   7:5
**Japanese**
    99:14

**Jay** 11:13
12:10 14:9,10
16:11 17:5
20:7 21:9,16
22:3,4 35:23
53:4 63:14,15
64:22 66:1
68:9,10,13,
17,19 69:10,
17,22 70:5,
18,21 72:1,3,
7 73:2,6
75:22 76:2,6,
11,12 77:17,
23 78:6,7,24
79:1 80:7
81:2,3,4
82:15,17,25
84:1,18,21,
24,25 85:10,
17,22 86:13,
25 87:4,7,12,
22 88:5,10,
11,21 89:13,
20 92:2 98:6,
14,15,24
102:10,14,19
103:11 108:3,
23 109:12,13
111:2 117:19
124:3 126:21
127:3,6,12,19
133:4,9,11,23
134:7,15
135:15,21
138:5 140:22,
24 143:4,9,18
144:11 146:6
148:17,18
149:2,5,12
**Jay's** 81:1
**Jen** 133:11
141:10 142:9
**Jennifer**
26:22,25
36:8,10,19,22
37:16,19,21
38:6,12 39:2
41:15 123:4,

9,15,17,20,
21,25 124:1,
6,9,15,16,22,
23 125:4
126:10,14,17
127:5,9,13,
14,17,18
128:5,8,20
129:5,20
130:25 131:9
132:22,25
133:21,24
134:12,22,23,
24 136:2
137:10,12,20
138:4 140:18
141:8 144:11,
13 145:13,17,
23 146:8,9
147:20 148:13
149:2,5,7,9,
25
**Jennifer's**
127:7 135:11
**job** 14:12,13
16:19,24
18:20 23:19
24:23 36:17
38:1 54:4
55:8 86:6,10
89:8,10
107:20,25
108:1,22,24
109:2,17
110:1,8,9
111:3 115:11
123:7
**jobs** 9:23
23:25 110:11
116:23
**Judy** 14:25
15:1 17:4,11,
12 21:12,14
35:13,19,21
**Judy's** 15:3,5
**July** 95:13
98:10 100:24
101:4,13,18
102:5,6,7,12,

17,20 103:14,
23 107:12,19
108:19 109:11
110:23
111:19,20,23
**June** 25:6
48:6 49:3
101:18 102:5,
6,7 107:12
108:19

### K

**Kelly** 7:14,17
**Kevin** 63:13,
16,22 64:7
67:4 68:6,7,
22,23 69:6,
11,17,22
70:10,12,16,
19,23 71:6,8,
15,25 72:3,5,
9,22 73:2,6
76:2 77:18
78:25 79:1
80:7 82:14,
15,23 83:15
84:21,22
85:2,4,12,14,
18,21 86:13
87:5,6,12,15,
22,24 88:2,
11,21 89:13
**Kevin's** 80:25
**key** 31:4,8,
12,13,14
34:6,8 45:14
58:12,22
67:16 86:22
135:20
**keys** 30:20,
21,22,24
31:9,11 34:5
**kind** 8:3
23:14 81:13,
24 143:4
**king** 109:1,2,
5 110:12

115:11
144:15,16
**kiss** 128:12,
13,17,21
149:7,9,12,
14,22
**kiss-kiss**
149:13
**kitchen** 123:5
125:19,24
126:2 128:20
129:18 133:11
149:18,24
**knees** 73:10,
11 130:12
142:2,7,8
**knew** 61:17
139:4
**Korean** 99:18,
19,20
**Kufrin** 36:8,
10 37:16,19,
21 39:2,12
41:15

### L

**Ladies** 42:23
**lady** 13:15
57:21
**laid** 73:20
75:17 145:1
**Lane** 5:3
**language**
69:23 119:11
**Large** 4:6
**laundry** 9:1
10:3,6 20:10,
12,19,25
21:2,3,10
22:15 24:1,12
26:12 32:7
35:20 44:18
45:11,19
46:13 48:2
58:6,7,9,15,
18,21 62:11
67:6,11,15,

17,21 68:4,8
73:17,21
86:13,19
87:22 88:2,8,
12 89:13
90:3,19,22
91:2,5 93:14,
19,23,24 94:1
97:22 126:7
**lawsuit** 39:7,
25 56:13 63:5
89:1 90:5
114:8
**lawsuits**
41:16
**lay** 84:16
95:24,25
**laying** 73:14
74:11 75:4,19
77:20,23
78:19 80:7,9
84:1,13,24
85:7 96:24
145:25 146:1,
2,4,22,24
147:2
**leaning**
129:13
**learn** 118:11,
14,15
**leave** 9:22
16:8 18:12
30:9,11 34:25
35:1,3 45:1,
6,8,9 65:13,
24 69:25
77:11 87:24,
25 134:13
139:11
**leaves** 87:4
137:20
**left** 18:14
23:24 34:11,
18,19,24 39:1
48:13 50:24
53:2 55:12
59:4,7,21,22
62:24 63:25

66:22 85:17,
18 88:1,2,5
89:18 93:11
97:12,13,17,
24 99:12
103:24 104:3
108:18 132:24
133:19,20
134:4 137:17
138:12,22
144:19 148:12
**leg** 76:15,16,
17 77:24
81:4,8,9 82:3
**legs** 76:9
82:8
**lend** 105:22
**lending**
104:22,24,25
105:2,3,5,6,
19
**lie** 100:3
**lift** 124:22
**LISA** 4:5
**live** 38:15,16
57:25 106:1
116:15
**lived** 5:8,14
40:23 106:3
116:12
119:15,20
**lives** 38:16
**living** 6:9
40:10 42:24
**located** 8:20
**locked** 86:19,
24 125:15,17
**log** 31:4
**log-in** 30:17
**long** 5:8,21
6:23 8:14,22
9:18 11:1
15:16,18
16:4,15 18:15
30:13 40:14
42:9,12 47:24
48:1 55:1,3,4
58:15 60:22

61:24,25
62:5,11 67:21
68:10 72:7
75:15 86:12,
15 87:21,23
96:16,17
101:7 102:12,
22,25 103:8,9
105:8 116:12
118:19,20,22
119:23 120:4,
11 130:20,21
138:1,2
142:12,14
143:23,24
146:15,16
**looked** 97:1
109:1 123:25
**lose** 54:2
55:8 86:6,10
122:10
**lot** 51:1
**Lotto** 114:9
**lunch** 34:12
36:2,7

---

**M**

**mad** 53:18,19,
21 89:22
95:25 97:10
99:11 138:11
139:14,21
143:6 148:17,
18,20,22
**made** 44:14
89:15 148:20
**Maggie** 26:1,
15
**maintenance**
26:3,4 52:20
53:5 86:21
**make** 32:22
67:3 89:17
90:3 96:15
121:15 127:4
**making** 95:22

**man** 72:11,18
**manager** 17:6,
8 41:5 89:10
**manning** 88:8
**March** 4:3
106:7 123:11
134:5,6
**mark** 111:8,11
112:3 113:17
**marked** 112:5,
16 113:19,25
114:17
**married** 5:17,
21 42:6,10,
13,16 119:21,
22,24 120:8,
12
**marry** 120:5
**Martha** 26:22
**matter** 4:11
**Mcdonald's**
109:7 110:12
115:16
**Meaning** 91:1
**means** 45:23
80:15
**meant** 47:23
53:13
**meat** 148:23
**medical** 121:1
**meet** 42:4
51:24
**men** 77:2
**messed** 11:22
**met** 37:20
42:9,12
118:23 120:8
**middle** 82:15
111:19
**Mike** 26:1,3
**miles** 38:19
58:1 115:7,
12,17,21,25
116:1,4,7,15,
20,21,24
117:1

mine   119:12
minimum   24:9,
 13
minute   41:21
 137:17
minutes   30:15
 55:5,6 58:17
 62:1,6,8
 67:23,25
 86:15,18
 130:21 138:2,
 5,7,21 139:7
 148:1
Monday   37:14
money   105:2,
 3,5,6,19,21,
 25 118:5,7,8
monitor   88:15
monitoring
 88:18
month   10:12,
 13,19 12:14
 49:2 100:5
 101:19 103:3
 106:23,24
 107:6,9
 134:10
months   7:7,8
 8:23 9:19
 18:16 44:11
 48:5 55:2
 57:2,3,6
 63:6,7,9
 89:4,13 90:2,
 8,11,14,17,21
 93:15,16,18,
 20,24 101:8
 103:13,15
 104:4,7,13
 107:12
 109:18,22
 110:7 117:8,
 10
morning   10:5
 17:20 20:22
 91:21 137:8
moved   43:5
 119:6

          N

naked   75:5,
 11,13 135:7,8
 138:9,10,13
 139:3 140:16,
 18 141:4
 147:18,19
names   133:24
Nantucket
 5:3,4
national   6:21
native   119:11
needed   22:9
 29:12 35:6
 66:11
nervous   97:1
news   24:15
night   19:23
 134:14
nighttime
 10:6
Nobody's
 137:4,7
nodding   27:14
 28:24 54:19
 73:22 131:19
 132:11 139:12
 140:19
noise   96:15
noon   91:23
 125:12
normal   7:5
Notary   4:5
notation
 32:23
Notice   4:2
number   5:23
 6:2 112:5
 113:19

          O

object   8:9
occasion   56:9

occupied   28:6
 29:16
occur   89:1
occurred
 121:9
October
 100:5,6
 101:10,14
 117:17 121:9
 122:25
offered   98:24
 99:1 118:5
office   40:13,
 14,16,20 41:5
 65:1 100:17
 106:14
one-year   91:5
 94:12
online   11:7
 39:11 42:18
 118:23 119:1
 120:8
open   30:11,12
 31:14 84:24
 125:15,16
 129:16,17,22,
 24 131:11
 132:10,18
 135:17
opens   132:14
opposed
 107:19
oral   60:11,
 14,18,22
 62:3,5,7,12,
 18,20 71:3,
 11,12,14,25
 72:1,3,5,7,
 14,16,19,21
 73:3,19
 75:15,17
 86:8,16 89:5
 90:15,22
 91:1,3,9,14
 92:3,12,17,22
 93:9 94:2,7,
 23 97:22
 104:1 110:6

111:2 121:10
 127:13 128:17
 129:6,20
 130:9,18,25
 131:3,8,24
 132:1,23
 133:7 141:7,
 9,14 142:4,5,
 9,12,15,22
 143:1,7,12,
 14,16,19,20,
 23,25 150:3
order   89:10
orgasm   62:15,
 19 72:18
 88:20 130:22
 146:17,19
 148:4
orientation
 22:25
origin   6:21
original
 93:16,18
ORTEGA   4:5
other's   128:3

          P

P.A.   4:4
p.m.   19:14
 21:16,25
 45:12 150:8
paid   17:22
pal   42:19,20
Panjabi   7:15
 43:13,15
 54:14 56:13
 63:4 94:14
 98:12 118:9
 121:11 128:17
 141:9 149:25
Pans   81:18
pants   60:17
 81:17,20
 83:22,25 84:9
 92:9 95:23
 127:12 128:24
 129:5 140:3

147:16,17
**paper**  51:7,
  11,13,15,22,
  25 108:3,7,8,
  11,13,15
  111:7,25
  112:8,14
  113:10 116:25
**papers**  65:15,
  17 113:22
  114:3,7
**paperwork**
  23:19 39:15,
  24 56:10
**parallel**
  80:15,17,18,
  20
**Park**  4:4
**parking**  51:1
**part-time**
  20:10,12
**passed**  6:7
**pay**  17:22
  107:13
**paycheck**
  100:21 118:8
**payments**
  107:8,10
**pen**  42:19,20
**pending**  8:15
**pension**
  106:2,16,18,
  21 107:16
**people**  12:2
  22:2 25:21
  27:12 53:3
  61:17 91:24
  105:20,22
  131:13
**perfectly**
  39:22
**perform**  62:5
  72:7 89:5
**performed**
  72:19,21
  73:19 93:9
  97:22

**performing**
  62:3 73:3
  75:15,17
**period**  10:23
  18:17 62:2,12
  91:5 93:25
  94:4,6,12
  110:15 117:17
  121:15
**permission**
  65:13
**person**  11:7,8
  12:9 26:20
  28:21,22,23
  52:19 53:3
  73:5 107:24
  143:4
**pestering**
  49:5,24
  55:22,25
**Philippines**
  6:22,25 7:6
  18:8,12,15,18
  19:9,10
  24:18,19
  42:7,23 43:1,
  5,6 54:4,6,15
  94:8 101:15,
  17 102:4,16,
  23 103:10,25
  104:4,14,16,
  21 106:1,4
  107:11 108:2,
  18,19 109:4,
  11 110:22
  111:15,22
  112:8 117:20
  118:12 119:3,
  6,16,21 120:1
  122:12
**phone**  5:23,25
  6:1 22:15,17,
  19 51:3
  56:16,22 57:7
  65:5,10
  68:15,16,17,
  19 88:15,16
**phones**  22:11,
  13

**physical**
  128:4,9
**physically**
  126:25
**picking**
  100:19
**pictures**
  121:3
**piece**  148:22
**place**  40:21,
  22 47:8
  107:23 116:11
**places**  116:2
**play**  84:22,23
**pocket**  96:18
**point**  18:1
  31:22 77:21
**pointing**  60:5
  79:3
**policy**  65:19,
  20,21,23
**position**  11:4
  12:21 15:5,9,
  10,11 17:1
  19:25 20:3
  26:13 36:17
**positioned**
  78:25
**positions**
  73:4
**post**  40:13,
  14,16,20 41:5
  106:14
**powerful**  54:7
  122:14
**premises**  45:7
**present**  40:7
**pretty**  37:6
  78:21 116:22
  145:18
**prior**  9:6
  10:13 106:8
**probation**
  46:25
**problem**  10:18
**properly**  7:13

**prosecuted**
  108:4,5,9
  112:1
**Public**  4:6
**publish**  42:19
**pull**  62:20,21
  83:22
**pulled**  62:23
  83:25 84:9
  92:9
**pulls**  83:9
**purse**  114:6
**pursuant**  4:1
**push**  52:15
  53:22 59:9,12
  60:20,25
  70:15 96:22
  124:6,8
  127:3,6,17,25
  144:11
  145:13,22
**pushed**  53:8,
  10 55:4
  70:16,18
  127:5,9
  144:13,17
  145:16
**pushes**
  144:21,22
  145:8
**pushing**  61:4,
  5,6,23 76:6
  145:3,21
**pushy**  71:20,
  22,23,24
  85:22 143:5
**put**  4:20 20:6
  77:4,6,13
  96:10,23
  109:5 110:24
**putting**  77:8

**Q**

**Quality**  9:11,
  18,24 10:8,9,
  10,21 115:23

**question**
8:10,11,12,15
11:16,19,21,
25 37:1
108:17
**questions**
7:21 49:19
**quick** 92:9,13
95:22 127:13
**quickly** 128:4
**quiet** 143:3
**quit** 35:19,21
89:7

**R**

**race** 99:13
**radio** 22:5
**raise** 4:9
18:2,5 24:6,
7,8
**reach** 85:9
**react** 126:20,
23,25
**reaction**
126:19
**read** 59:18
**Reading**
118:18
**ready** 13:7
134:13
**reason** 35:2
51:5 79:21
111:23
**receive** 51:11
106:2,25
107:1,4
**received**
51:13 118:8
**receives**
107:9
**receiving**
107:12
**recently**
25:9,10
**recess** 41:24
80:4 102:1

150:8
**recognized**
14:12
**record** 4:21
**regular** 28:14
**related** 56:13
114:8
**remember**
12:12,13,17
13:16,20
14:19,20
15:3,5,18,20
23:23 38:13,
20,22 40:1
44:22 49:2
50:17 52:24
61:25 62:6,14
65:21 72:8,10
90:18,24 92:6
101:8 103:2
110:14 117:15
134:10 144:20
**rent** 5:12
**repeat** 11:25
42:11
**rephrase** 7:25
**report** 122:7
134:1
**reported** 4:5
**reporter** 4:9
8:5
**represent**
39:24
**represents**
7:17
**reprimanded**
48:17
**reside** 41:2
**responding**
131:21
**response**
47:19
**restart** 18:20
19:3
**restarted**
19:1

**retire** 106:13
**retired**
40:11,12
**return** 44:12,
13,15 45:14
107:18,23
117:14
**returned**
102:12,16
103:4 117:7,
20
**returns**
121:19 139:13
**review** 40:4,5
**ride** 66:1
**rode** 66:8
**room** 22:9,11,
15 30:8,9,11,
14,16,21,22,
24 32:22,24
33:1,5 35:6
44:18 45:11,
19 46:14 48:2
57:10,18
58:6,7,9,16,
18,23 62:11
64:24 65:10
66:21,25
67:6,11,15,
17,22 68:5,8
73:17,21
77:11 86:13,
19 87:22
88:2,8,12
89:13 90:3,
19,22 91:2,6
92:4,5,6,8
93:14,20,23,
25 94:1 95:21
97:22 98:14,
15,17 100:23
101:4 102:13,
21 117:9,18,
23 125:15,16,
17 126:7
132:15,18
133:19,20
134:15,16,22,
24 135:10,11,

15,19,21,25
136:3,10,12,
14,20,22
137:2,21,24
138:1,4,13,
18,22 139:5
141:3 143:21
144:15 148:1,
12 149:2,5,
19,20,21
**rooms** 23:16
27:10,12,15,
18,20,21,23,
25 28:2,6,11,
15,19,21
29:1,4,10,11,
14,15,16,17,
22 30:2,3
31:15 57:13,
14,15 65:8
66:4,5,11,14,
18 93:13
97:19 98:16
**Route** 9:14
**RPR** 4:5
**rubber** 81:25
**run** 53:4
75:9,12
105:14 143:21
**rush** 96:17
**Ruth** 4:1,14,
22 123:20
131:7,16,20

**S**

**Sandy** 26:1,11
**scared** 76:25
131:22 133:1
139:1,2,3
**schedule**
17:13,14 37:2
**school** 24:17,
20
**schooling**
24:20
**scream** 61:9,
12 96:14

script   122:19
scrubs   81:14
seconds   55:5
 86:15 139:4
Security
 107:2,3,4
seek   121:1
send   54:4,5,
 15 122:12
separate
 100:13
September
 103:18
service   42:18
set   17:14
 37:4
seventy-two
 42:3 107:1
sex   44:5
 60:11,14,18,
 22 62:3,5,7,
 13,18,20
 71:3,11,13,
 14,25 72:1,3,
 5,7,14,16,19,
 22 73:3,19
 75:15,17,20
 77:22 84:17,
 20 85:10,14,
 25 86:8,16
 87:22 88:17,
 20 89:5,9
 90:10,15,22
 91:1,3,9,14
 92:3,12,17,23
 93:9 94:2,7,
 23 97:21,23
 98:25 99:5,6
 101:4 104:1
 110:6 111:2,3
 117:24 118:3
 121:10 127:13
 128:16,17
 129:6,20
 130:9,18,25
 131:3,8,24
 132:1,23
 133:7 141:7,

9,14 142:4,6,
9,12,15,22
143:1,7,12,
14,16,19,20,
23 144:1,8
146:9,12,13,
22 147:11,24
148:3,5,20
149:1,4,25
150:3
sexual   43:18,
 19 89:6 91:4
 128:9
shampoo   35:5
share   33:10,
 16,17
shaving   96:19
 100:24
 102:21,23
 103:12 120:22
 121:8
sheet   30:17
shift   17:20
 19:14,23
 25:23 27:4
 50:14 134:14
shifts   25:20
shock   133:1
shocked   46:20
shoes   81:22,
 23,24,25
short   90:25
 91:1,2 127:15
 133:21 143:24
short-handed
 21:1 27:16
shortly   60:23
 68:12 90:24
 91:2
shove   97:2
shoved   97:3,5
show   95:20
 112:16 113:24
 123:24
showed   97:4,
 6,7
shut   95:22

sic   25:8
side   49:16
 60:3 82:25
 93:6 144:19
sign   31:5
 34:6,7,15
 39:15,23 40:1
 51:7,14,15,
 22,24 56:10
 65:16 108:3,7
 111:7 112:7
 113:10
signature
 112:17,20,23
signed   34:11
 40:5 111:25
 112:14 115:3
 116:25
sit   36:5
 84:13 136:17
sitting   78:16
 136:6,7,8
 139:8 141:20
skirt   81:15,
 16
smack   149:14
Smyrna   16:3
 23:11 41:1
Social   107:2,
 3,4
socialize
 38:6
socks   82:1
softly   8:4
somebody's
 130:6
speak   8:4
 11:12 13:22
 14:7 58:16
 118:11 119:7,
 10,11,17
speaking
 118:21 122:25
specifically
 44:9 49:24
 62:10 75:23
Spell   4:23

 9:4
spoke   12:9
 119:4
sponsor   43:2
Spring   5:7
 38:16
standing
 73:6,7 74:13
 76:22 77:21
 80:22,25 81:3
 87:1 128:7
 130:10,14,15
 131:23 135:24
 136:6 141:17,
 25 142:1,2,3,
 4,5
stands   132:4
start   10:7
 16:16,21
 17:23 18:8,22
 68:22 69:9,11
 84:11 85:3
 96:1 105:25
 109:16 110:9
 111:13
started   16:24
 18:1 22:24
 30:18 31:21
 33:5 36:14,15
 57:3 59:6,10
 63:8 69:12
 93:15 94:5
 105:13
 109:14,21,23,
 25 110:7,8,17
 111:16
starting   14:4
 109:13
starts   147:10
state   4:6,20,
 21
States   40:24
 42:25 118:12,
 13 119:23
 120:5,11
stay   47:2
 66:2,9 67:3,7
 87:21

**stayed**  10:15
  67:10
**steps**  22:23
  74:15 126:1
  137:25 138:20
  139:5
**sticking**
  96:20
**stood**  145:6
**stop**  19:3
  24:1 59:12
  60:20,24 61:8
  84:3 96:3,4
  127:12
**stopped**  18:24
  61:1,2,3
  70:17
**stopping**
  70:5,6 75:1
**store**  38:14,
  21
**string**  83:17
**strong**  60:21
**stuck**  96:19
**subject**  63:5
  89:1 90:5
**sudden**  46:11,
  12,16 96:18
  123:8
**suing**  43:13,
  15 90:7,8
  94:13 98:11
  121:16 123:1
  134:7
**summer**  7:9
**Sunday**  45:4
**supervise**
  35:23
**supervising**
  107:24
**supervisor**
  9:2 15:6
  17:3,5 21:8,
  11 26:6,8
  27:7,13,15,18
  34:21 35:13,
  16,18,20 41:5

**support**  104:6
**survive**
  106:18
**survived**
  107:15
**swear**  4:10
**sworn**  4:15

---

**T**

**T-A-G-A-L-O-G**
  119:8
**T-I-F-F-A-N-Y**
  6:16
**T-I-F-F-I-N-I**
  6:17
**Tagalog**  119:7
**taking**  59:17
  84:3 87:9
  88:8,12
**talk**  38:23,24
  41:19 46:5
  94:11 133:3,
  16,21 148:14,
  24
**talked**  47:11
  56:19 87:12
**talking**  12:2
  47:4 58:8,13
  69:23,24
  91:11 94:6,24
  108:11 115:3
  118:25 123:7
  128:6 133:18
  138:8 139:8
  149:17
**talks**  122:15,
  18
**Tampa**  4:4
**telling**  51:6
  53:23 87:17
  92:17 124:20
**tells**  122:19
  126:10,11
  137:14
**Ten**  22:2 28:2
  126:1

**terminate**
  18:19
**test**  25:16,18
**testified**
  4:17 110:5
**testimony**
  4:10
**thing**  11:15
  23:15 82:23
  94:1 122:19,
  22 133:9,12
**things**  9:17
  121:6 126:23
**Thirteen**  5:22
**Thirty-five**
  30:15
**Thirty-four**
  21:6
**Thirty-two**
  42:1
**thought**  45:2
  56:18 116:25
  147:18
**threaten**
  85:24 99:21
**threatened**
  103:25
**threatening**
  109:14 110:4
  111:3 121:17,
  21 122:5
**threatens**
  85:23
**three-month**
  110:15
**threesome**
  135:3,5
**threw**  89:25
**throw**  89:20,
  21
**ticket**  114:9
**ties**  83:18
**Tiffini**  6:15
**time**  7:8,21
  8:2 9:24 10:2
  15:13 17:16
  18:24 19:4

20:21,23,25
  21:18,24
  23:24 24:2
  26:9 29:23
  30:18,19 31:6
  32:23 33:4,24
  34:7,10,11
  35:14,15
  36:20,21
  37:21,22
  38:2,11 43:12
  44:21,23 45:1
  48:3 50:19
  51:20 52:17,
  21,23,24
  54:13 56:16
  57:19 61:16
  62:3,4,12
  64:2,12 66:1
  80:1 85:24
  86:7 87:25
  88:7 91:10,
  20,22 93:4,20
  94:4,5,6,17
  97:21 100:18
  101:21 102:4
  104:11 114:22
  117:16,19
  119:10,14,18
  120:1 121:8,
  15,19,20
  122:2,15,18,
  21 123:15,17
  125:11
  127:18,22,25
  128:15 130:23
  131:15 132:16
  133:10 134:8
  144:3 148:21
  149:1,4,11,
  12,16,17,24
**times**  7:2 8:8
  19:3 21:21,22
  37:24,25
  43:7,9 50:18
  128:16
**Tina**  9:3
**title**  114:1

**told** 13:6
16:15,18,23
46:24 47:10,
22 50:7,23
51:3 53:11
54:1,7 56:9
57:9,17 58:9,
22 60:11
63:24 65:13,
18 66:2,4,9,
11 67:7 68:22
69:11,17
71:3,10,12,
14,15 72:1
74:8,9 75:20
76:20 85:12,
21 86:3 88:5
89:20 91:15
92:12 95:24
96:3,15 97:13
98:6,9 100:1,
2,11 108:6
124:23 125:4
133:4 134:21
135:6 138:13
139:2,18
143:18 148:9
149:12
**Tomorrow**
16:12
**top** 76:11,12
78:6,7,11,15,
16,18 81:17,
18,20 82:12,
25 83:2,9
84:1,12,13,
14,24 85:4,7
140:3 146:21,
22,24
**total** 28:14
**touch** 69:7,
14,20,21
70:12 123:18
124:22,23
125:4 126:10,
13,15 127:14,
18
**touched**
126:18 127:7,

16
**touches**
127:22
**touching** 59:6
68:22,25
69:11 79:6,7,
10 84:23 96:1
123:9 128:3,8
**train** 23:7
**trained** 23:1,
3
**training**
23:1,9,12,13,
14 24:22,23
**transcript**
79:19
**translate**
119:2
**translator**
118:25 119:14
**trashed** 30:16
**treat** 148:22
**trouble**
47:13,22
48:18 53:12,
24 76:20
86:4,9 117:1
122:8 125:10
134:2 148:10
**truth** 4:11,
12,15,16
**Tuesday** 37:11
**Tuesdays** 37:8
**turn** 85:13
130:17 131:6
142:18,21
147:13
**turned** 13:13,
23
**turning** 14:3
**turns** 36:21
77:16 141:8
**TV** 118:16
**Twenty** 116:4
**Twenty-one**
120:13

**two-** 110:15
**two-month**
18:17
**two-piece**
81:16
**type** 11:17
17:24 22:5,25
23:12 24:22,
23 30:17
32:22 34:12
39:23 48:14
79:14 106:25
128:9
**types** 46:3

## U

**uh-huh** 9:10
10:22 28:1
29:9 32:17
33:3,14 51:2,
23 52:8 53:20
67:12 68:1
72:24 73:18
78:12 79:11,
14,15 80:8
81:10 82:4
101:25 103:1
104:5 113:5
117:11 124:24
128:2 129:21,
25 130:13
131:10 132:7,
13 135:14
136:11 142:23
144:18 147:5
**undergarments**
81:19
**understand**
7:22 10:17
16:17 18:10
23:20 27:8
29:5 32:25
39:19,21 46:7
69:24 93:3
94:15 102:15
103:6 119:25

**underwear**
82:13 83:23
84:1,10
**undress** 70:22
71:8 82:15
137:19
**undressed**
60:16 70:25
74:3,4
139:15,17
140:7,9,23,24
141:1
**ung-ugh** 79:15
**uniform**
51:14,22
81:13 82:9,16
83:16,17
**United** 40:24
42:24 118:12,
13 119:23
120:4,10,11
**unlocked** 87:2

## V

**vaca** 18:23
**vacation**
18:24 95:9
102:10,13
**vagina** 96:19,
21,23 97:2,3,
5
**visit** 92:7
**voice** 8:4
**Volume** 150:9

## W

**Wachi** 38:17
**wage** 24:9,13
**wait** 58:9,15
67:16,21
**waited** 68:9
**waiting** 136:1
**walk** 132:20
**walked** 74:21
136:14

walking   49:20
 63:18
walks   46:16
wall   73:6
Walmart   109:9
 110:12 115:21
wanted   45:20
 71:12 117:24
watch   65:5
 84:22 96:25
 118:16 126:21
 129:9,22
 131:1,2,3,5
 132:3 142:17
watched   77:6
 142:19,21
watches
 132:4,22
watching
 68:15,16,17,
 19 70:11 71:7
 84:22 129:6,
 7,15 130:14
 131:24 137:5
 141:11 142:10
 147:4,11
wear   72:16
wearing   72:14
 81:19 140:3,5
Wednesday
 37:14
week   13:12
 17:15 21:4,
 21,22 36:22,
 24,25 37:3,5,
 24
Weeki   38:16
weeks   49:5,23
 55:22,24
Wendy   26:1,17
When's   38:11
wine   89:19,
 20,25 91:7
 94:7,24 95:2
winner   114:11
witticisms
 46:6

word   43:24
 44:1,4,6
 108:5,6
words   7:25
 43:23
work   9:6,11,
 18,23 10:11,
 12,14,19 11:1
 15:23 16:4
 17:15 18:6
 19:19,23,25
 20:5 21:5
 25:21 31:1,2
 34:11,12
 36:14 37:14,
 17,21 38:7,9
 40:14 41:12
 45:1 48:18
 56:17 104:17
 105:20 106:19
 110:23 111:1
 115:6,23
 116:2,19
 133:18,22
worked   5:14
 6:3 8:22
 10:21 18:11
 19:4,14
 21:15,24
 23:11,17
 25:23 27:4
 35:14 36:1,
 11,23 37:3,22
 38:1,2 41:9
 54:13 56:5
 104:16 112:1
 116:25
working   9:24,
 25 10:2,7,10,
 13,23,24 14:4
 16:21,24 17:1
 18:24 19:20
 20:15 21:20
 22:24 33:24
 36:6 52:4,16
 57:4,20 63:8,
 21 64:1,14,15
 93:16,21 94:5
 104:11,13,14

106:8 109:23
 110:7,17
 111:14 125:21
 131:13
worry   137:7,
 15
write   31:4
 33:4,7 121:5
written   39:14

―――――――――

**Y**

―――――――――

year   7:2,5
 12:17 25:7
 35:9 50:20
 54:12 89:4,14
 90:2,8,12,14,
 17 93:25 94:9
 95:14 101:19
 105:10,11
 115:6 123:12
years   5:9,22
 6:11,24 7:4
 11:3 16:5
 18:5 19:7
 20:6,15 31:25
 40:15 42:14,
 16 43:4,8
 54:18 106:2,
 4,5 107:1
 116:13,14
 120:6,7
yell   61:9
 83:5 91:7
 96:14 147:15,
 21
yelled   61:20
 91:13,18
 130:6
yelling   89:24
 131:15
you-all   15:17
 22:5 27:23
 33:15 38:15,
 20,23 42:6
 43:4 48:3
 62:11 88:7
 99:22,25

105:8 106:18
 107:15
 119:13,15,20
 120:14 127:25
 128:4,19
 133:2,16
 148:14,16,20,
 24 149:22

―――――――――

**Z**

―――――――――

ZIP   5:10